B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>District of Idaho | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Tamarack Resort, LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):   1179 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>311 Village Drive<br>Tamarack, Idaho | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Valley County                         ZIP CODE  83615 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)  See above.

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7     [ ] Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>[ ] Debts are primarily consumer debts<br>[✓] Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>[ ] Individual (Includes Joint Debtor)<br>[✓] Corporation (Includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>[ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[✓] Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [✓] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>N/A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

| | COURT USE ONLY |
|---|---|
| 1. [✓] Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>                                    or<br>   b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Tamarack Resort, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Brian P. McConaghy, Vice President | x /s/ Brad A. Goergen                              12/11/09 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Banc of Am. Leasing & Capital, LLC    12/08/09 | Brad A. Goergen, Graham & Dunn PC |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 2801 Alaskan Way, Ste 300m Seattle, WA 98021 |
| | Address |
| Brian P. McConaghy One Financial Plaza - 8th Floor Providence, RI 02903 | Telephone No.  206-903-4851 |
| x /s/ John E. Quapp, CFO | x /s/ Thomas G. Walker                              12/08/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Petra Incorporated     12/08/2009 | Thomas G. Walker, Cosho Humphrey, LLC |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 800 Park Blvd., Suite 790 |
| | Address  Boise, ID 83712 |
| John E. Quapp CFO 1097 N. Rosario St, Meridian, ID 83642 | Telephone No.  208-344-7811 |
| x /s/ Rand Frisbee, President | x /s/ David M. Penny                              12/208/09 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| Hobson Fabricating Corp.     12/08/2009 | David M. Penny, Cosho Humphrey, LLP |
| Name of Petitioner                 Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 800 Park Blvd., Suite 790 |
| | Address  Boise, ID 83712 |
| Randy Frisbee, President 6428 Business Way Boise, ID 83716 | Telephone No.  208-344-7811 |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Banc of Am. Leasing & Capital, LLC, One Financial Plaza - 8th Floor, Providence, RI 02903 | Lease Damages | $4,653,022.21 |
| Petra Incorporated 1097 N. Rosario St., Meridian, ID 83642 | Unpaid contractor labor and materials | $1,370,676.84 |
| Hobson Fabricating Corp., 6428 Business Way, Boise, ID 83716 | Unpaid contractor labor and materials | $32,666.25 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  $6,648,874.30

__1__ continuation sheets attached

B5 (Official Form 5) (12/07) –Continuation Page

Name of Debtor  Tamarack Resort, LLC
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _____  President
Signature of Petitioner or Representative (State title)

X _____ Holz  12/8/09
Signature of Attorney    Date

Name of Petitioner: TMG/DPMiller LLC
Date Signed: 12/8/09

Name of Attorney Firm (if any): Jill S. Holinka, Moore Smith Buxton & Turcke, Chtd.

Name & Mailing Address of Individual Signing in Representative Capacity:
Johnny Grose
23745 225th Way SE Ste 303
Maple Valley, WA 98038

Address: 950 W. Bannock, Ste. 520, Boise, Idaho 93702
Telephone No.: 208-331-1800

X _____
Signature of Petitioner or Representative (State title)

X _____
Signature of Attorney    Date

Name of Petitioner: _____    Date Signed: _____

Name of Attorney Firm (if any): _____

Name & Mailing Address of Individual Signing in Representative Capacity:

Address: _____
Telephone No.: _____

X _____
Signature of Petitioner or Representative (State title)

X _____
Signature of Attorney    Date

Name of Petitioner: _____    Date Signed: _____

Name of Attorney Firm (if any): _____

Name & Mailing Address of Individual Signing in Representative Capacity:

Address: _____
Telephone No.: _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| TMG/DPMiller LLC, | unpaid contractor labor & materials | $592,509.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

M40355-1311058