TJ Angstman
Angstman, Johnson, & Associates, PLLC
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile: (208) 853-0117
Angstman ISB: 5738

Attorney for Jean-Pierre Boespflug

UNITED STATES BANKRUPTY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No.: 09-03911 |
| TAMARACK RESORT, LLC, | Chapter 7 |
| Debtor. | REQUEST FOR NOTICE |

PLEASE TAKE NOTICE that the law firm of Angstman, Johnson & Associates, PLLC appears for and on behalf of Jean-Pierre Boespflug, a party-in-interest in this case or any related adversary proceeding.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 9010, 9007 and 2002 and Section 1109(b) of the Bankruptcy Code, Angstman, Johnson & Associates, PLLC requests that all notices, correspondence, pleadings, and other documents filed in the bankruptcy be given to and served at the following office: Thomas J. Angstman, Angstman, Johnson & Associates, PLLC, 3649

REQUEST FOR NOTICE - PAGE 1
Matter: 6446-001

Lakeharbor Lane, Boise, Idaho 83703, (208) 384-8588 telephone, (208) 853-0117 facsimile, tj@angstman.com, email.

PLEASE TAKE FURTHER NOTICE that this Request for Notices and Services of Papers, is without prejudice to Jean-Pierre Boespflug's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be waivers of any objection thereto nor shall it be deemed or construed to submit Jean-Pierre Boespflug to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case or a proceeding therein.

DATED this 14th day of December, 2009.

.

/s/
TJ ANGSTMAN
Attorney for Boespflug

REQUEST FOR NOTICE - PAGE 2
Matter: 6446-001

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 14th day of December, 2009, I caused to be served a true copy of the foregoing REQUEST FOR NOTICE by the method indicated below, and addressed to those parties marked served below:

| Served | Party | Counsel | Means of Service |
|---|---|---|---|
| X | Creditors | Brad Goergen<br>Graham & Dunn, PC<br>2801 Alaskan Way, Ste. 300<br>Seattle, WA 98121-1128 | X ECF |

                        /s/
                       TJ Angstman

REQUEST FOR NOTICE - PAGE 3
Matter: 6446-001