**United States Bankruptcy Court**
**District of Idaho**

In re:    Tamarack Resort, LLC, Debtor         Case No. 09-03911
                                                Chapter 7

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Petra Incorporated in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**There are no entities to report under FRBP 7007.1.**

December 15, 2009

/s/ Thomas G. Walker
Thomas G. Walker (ISB No. 1856)
Counsel for Petra Incorporated
Cosho Humphrey, LLP
800 Park Blvd., Suite 790
P.O. Box 9518
Boise, Idaho 83707
208-344-7811  Fax: 208-338-3290
twalker@cosholaw.com