Form B 250E (12/09)

# United States Bankruptcy Court
## District of _____ Idaho _____

In re __Tamarack Resort LLC,__          )    Case no. __09-03911-TLM__
      Debtor*                                )
                                             )    Chapter __7__
                                             )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on December 11, 2009 (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United State Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

    Address of the clerk:  United States Bankruptcy Court, District of Idaho
                                  550 W. Fort Street, Room 400
                                  Boise, Idaho 83724

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

    Name and Address of Petitioner's Attorney:

Brad A. Goergen, Graham & Dunn PC 2801 Alaskan Way, Suite 300 Seattle WA 98121;
Thomas Walker, Cosho Humphrey LLC 800 Park Blvd., Suite 790 Boise Idaho 83707;
David Penny, Cosho Humphrey LLC 800 Park Blvd., Suite 790 Boise, Idaho 83707;
Jill Holinka, Moore Smith Buxton & Turcke, Chtd., 950 W. Bannock Street, Suite 520, Boise, Idaho 83702

If you make a motion, your time to answer is governed by Fed.R.Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

                                                _____ (Clerk of the Bankruptcy Court)

Date: _____  By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, _____, (name), certify that on _____, (date), I served this summons and a copy of the involuntary petition on _____, (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:_____         Signature:_____

Print Name: _____

Business Address:_____
_____
_____

M40355-1314299