Thomas J. Angstman
Wyatt Johnson
Matthew T. Christensen
Angstman, Johnson & Associates, PLLC
3649 Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 384-8588
Facsimile:  (208) 853-0117
Angstman ISB: 5738
Johnson ISB: 5858
Christensen ISB: 7213

Attorney for Creditors Jean-Pierre Boespflug
and Alfredo Miguel

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>TAMARACK RESORT, LLC, ,<br><br>Alleged Debtor | Case No.: 09-03911-TLM<br><br>OBJECTION TO AMENDED MOTION FOR RELIEF FROM STAY (DOCKET # 37) BY JEAN-PIERRE BOESPFLUG AND NOTICE OF HEARING |

Jean-Pierre Boespflug, having appeared in this matter, submits the following objections to the Amended Motion of Credit Suisse AG for Relief from the Automatic Stay (Docket # 37).

I.   **Notice of Hearing**

Boespflug gives notice pursuant to L.B.R. 4001.2(e) that a preliminary hearing pursuant to 11 U.S.C. 362(e) and L.B.R. 4001.2(e)(2) shall be held on the 15th day of January, 2010.

OBJECTION TO AMENDED MOTION FOR RELIEF FROM STAY (DOCKET # 37)
BY JEAN-PIERRE BOESPFLUG AND NOTICE OF HEARING – PAGE 1

### II. Objection.

Preliminarily, Boespflug does NOT object to the relief from the stay requested by Credit Suisse. Moreover, Boespflug in no way intends to consent to, acquiece in, or join the petitioning creditors in the bankruptcy petition.

However, Boespflug submits this objection that Credit Suisse's factual and legal allegations as to the details of the underlying obligations for liability, the itemization of amounts claimed to be due upon the obligations, and the value estimates regarding the collateral for the obligations are not undisputed. Rather, they are at issue in pending litigation.

Credit Suisse has filed claims against Boespflug currently pending in the Federal District Court for the State of Idaho (*see* Exhibit A, Credit Suisse Complaint)[1]. Boespflug is disputing the allegations of Credit Suisse. (*See* Answer attached as Exhibit B). Boespflug asserts this objection in order to preserve and not waive his claims and defenses.

DATED this 11th day of January, 2010.

/s/
WYATT B. JOHNSON
Attorney for Creditors Jean-Pierre Boespflug and Alfredo Miguel

---

[1] The exhibits to the Complaint have been omitted because they are volumious. They are available for review in the eletronic docket of that case.

OBJECTION TO AMENDED MOTION FOR RELIEF FROM STAY (DOCKET # 37) BY JEAN-PIERRE BOESPFLUG AND NOTICE OF HEARING – PAGE 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2010, I electronically filed the foregoing OBJECTION TO AMENDED MOTION FOR RELIEF FROM STAY (DOCKET #37) BY JEAN-PIERRE BOESPFLUG AND NOTICE OF HEARING with the Clerk of the court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

**Manuel Cachan**
Munger Tolles & Olson
manuel.cachan@mto.com

**Dogulas B. Marks**
dmarks@ejame.com

**Brad Anthony Goergen**
Graham & Dunn PC
Bgoergen @grahamdunn.com

**Lynnette M. Davis**
Hawley Troxell Ennis & Hawley, LLP
ldavis@hawleytroxell.com

**John K. Olson**
Hawley Troxell Ennis & Hawley, LLP
jkolson@hawleytroxell.com

**Randall A. Peterman**
Moffatt Thomas Barrett Rock & Fields
rap@moffatt.com

**P. Bruce Badger**
Fabian & Clendenin
bbadger@fabianlaw.com

**Elizabeth W. Walker**
Sidley Austin, LLP
ewalker@sidley.com

**Kenneth C. Howell**
Hawley Troxell Ennis & Hawley, LLP
khowell@hawleytroxell.com

**Terri R. Pickens**
Pickens Law, P.A.
terri@pickenslawboise.com

**David T. Krueck**
Trout Jones Gledhill Fuhrman
dkrueck@idalaw.com

**David M. Penny**
Cosho Humphrey, LLP
Dpenny@cosholaw.com

**Thomas G. Walker**
Cosho Humphrey, LLP
twalker@cosholaw.com

**Anna Elizabeth Eberlin**
Meuleman Mollerup, LLP
aeberlin@lawidaho.com

**John W. Kluksdal**
Hepworth Janis & Brody, Chtd.
hljklux@aol.com

**Jill S. Holinka**
Moore Smith Buxton & Turcke, Chtd.
Jsh@msbtlaw.com

**Larry E. Prince**
Holland & Hart LLP
lprince@hollandhart.com

**John R. Hammond**
Fisher Pusch & Alderman, LLP
Jrh@fpa-law.com

**Arnold L. Wagner**
Meuleman & Mollerup, LLP
wagner@lawidaho.com

**Jeffrey M. Wilson**
Wilson & McColl
jeff@wilsonmccoll.com

**Charles W. Fawcett**
Skinner Fawcett
cfawcett@skinnerfawcett.com

**Terry C. Copple**
Davison Copple Copple & Cox
tccopple@davisoncopple.com

OBJECTION TO AMENDED MOTION FOR RELIEF FROM STAY (DOCKET # 37)
BY JEAN-PIERRE BOESPFLUG AND NOTICE OF HEARING – PAGE 3

**US Trustee**  
Ustp.region18.bs.ecf@usdoj.gov

**Mark D. Perison**  
mark@markperison.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Manuel Cachan<br>Munger Tolles & Olson<br>355 S. Grand Avenue 35the Floor<br>Los Angeles California 90071 | ___ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ E-mail<br>___ Telecopy |
| Tamarack Resort LLC<br>311 Village Drive<br>Tamarack Idaho 83615 | ___ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ E-mail<br>___ Telecopy |
| TW Telecom Inc.<br>Linda Boyle<br>10475 Park Meadows Drive, #400<br>Littleton Colorado 80124 | ___ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ E-mail<br>___ Telecopy |

___/s/_____  
Wyatt Johnson