Randall A. Peterman, ISB No. 1944
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho  83701
Telephone  (208) 345-2000
Facsimile  (208) 385-5384
rap@moffatt.com
23389.0000

Elizabeth W. Walker, California State Bar No. 113545
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone (213) 896-6000
Facsimile (213) 896-6600
ewalker@sidley.com

Attorneys for Credit Suisse AG, Cayman Islands Branch
(formerly known as Credit Suisse, Cayman Islands Branch)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 09-03911-TLM |
|---|---|
| TAMARACK RESORT, LLC, | Chapter 7 |
| Debtor. | |

### STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION

Come now Credit Suisse AG, Cayman Islands Branch (formerly known as Credit Suisse, Cayman Islands Branch) ("Credit Suisse") and Petra, Inc. ("Petra") and do hereby stipulate as follows:

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 1**   Client:1491713.2

A. On or about December 22, 2009, Credit Suisse filed its Amended Motion of Credit Suisse AG from the Automatic Stay ("Motion").

B. On or about December 31, 2009, and January 11, 2010, Petra filed its Objection to the Motion ("Petra Objection") and Memorandum in Opposition to Amended Motion of Credit Suisse for Relief from the Automatic Stay ("Second Petra Objection"), respectively.

C. Credit Suisse is a plaintiff, and Petra is a defendant, in the case of *Credit Suisse v. Tamarack Resort LLC, et al.*, Case No. CV-08-114C, filed in the Fourth Judicial District of the State of Idaho, in and for the County of Valley ("State Court Proceeding").

D. In the State Court Proceeding, Credit Suisse has alleged a right to foreclose its Mortgage interest on approximately 2,200 acres of the Tamarack Resort ("Real Property"), and has alleged that its Mortgage interest is first and prior to the Petra claim of lien ("Petra Lien") on such Real Property. In the State Court Proceeding, Petra has alleged that it holds certain mortgages or liens or claims ("Liens") on the Real Property.

E. Credit Suisse and Petra desire to resolve their differences regarding the Motion, the Petra Objection, and the Second Petra Objection.

NOW, THEREFORE, Credit Suisse and Petra do hereby stipulate and agree as follows:

1. Credit Suisse denies in all respects, and Petra maintains in all respects, that Petra has or holds certain claims or defenses against Credit Suisse, including a claim for equitable subordination. Credit Suisse acknowledges that Petra reserves any and all claims or defenses that it may have or hold against Credit Suisse, including but not limited to a claim for

equitable subordination, notwithstanding execution of this Stipulation. Credit Suisse and Petra stipulate that any claim of Petra for equitable subordination may be brought only by the filing of an adversary proceeding in the TRLLC bankruptcy, and only in the event TRLLC is adjudicated a Chapter 7 debtor or April 15, 2010, whichever is later. Credit Suisse and Petra stipulate that Petra shall not institute discovery regarding equitable subordination in the State Court Litigation, but may only institute discovery regarding equitable subordination in the adversary proceeding.

      2.    Petra withdraws its Petra Objection and Second Petra Objection.

      3.    Petra consents to relief from the automatic stay as to the Real Property identified in the Credit Suisse Mortgage, as to both (a) the alleged Debtor, and (b) the Real Property of the estate of the alleged Debtor which is subject to the Mortgage of Credit Suisse, but only to the extent necessary to allow Judge Owen in the State Court Proceeding to determine (a) the validity and priority of the Petra Lien in the Real Property identified in the State Court Proceeding; and (b) the amount of the Petra Lien as to the Real Property will be determined in accordance with Paragraph 4 below.

      4.    As to the State Court Proceeding, Credit Suisse and Petra stipulate that (a) the Petra Lien is second and subordinate to the Credit Suisse Mortgages; (b) the amount of the Petra Lien shall not be determined by Judge Owen in the State Court Litigation; and (c) the amount of the Petra Lien shall be determined by an arbitrator, to be chosen by Credit Suisse and Petra, whose decision regarding the amount of the Petra Lien shall be final between Credit Suisse and Petra, and shall be preceded by no more than two depositions of witnesses by Credit Suisse and Petra of the other parties' witnesses or experts.

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING
THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE
AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 3**   Client:1491713.2

5. Credit Suisse agrees that it shall not maintain that Petra' participation in the filing of the involuntary petition was made in bad faith.

6. Petra waives the ten-day provision of Rule 4001(a)(3) of the Rules of Bankruptcy Procedure.

Dated this 15th day of January, 2010.

           MOFFATT, THOMAS, BARRETT, ROCK &
           FIELDS, CHARTERED

           By_____
           Randall A. Peterman – Of the Firm
           Attorneys for Credit Suisse AG, Cayman
           Islands Branch (formerly known as
           Credit Suisse, Cayman Islands Branch)

Dated this ___ day of January, 2010.

           COSHO HUMPHREY LLP

           By_____
           Thomas Walker – Of the Firm
           Attorneys for Petra Incorporated

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 4**   Client:1491713.2

5. Credit Suisse agrees that it shall not maintain that Petra' participation in the filing of the involuntary petition was made in bad faith.

6. Petra waives the ten-day provision of Rule 4001(a)(3) of the Rules of Bankruptcy Procedure.

Dated this ___ day of January, 2010.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By_____
Randall A. Peterman – Of the Firm
Attorneys for Credit Suisse AG, Cayman Islands Branch (formerly known as Credit Suisse, Cayman Islands Branch)

Dated this 15 day of January, 2010.

COSHO HUMPHREY LLP

By_____
Thomas Walker – Of the Firm
Attorneys for Petra Incorporated

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 4** Client:1491713.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January, 2010, I filed the foregoing **STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

UNITED STATES TRUSTEE
Washington Group Central Plaza
720 Park Blvd., Suite 220
Boise, ID 83712
ustp.region18.bs.ecf@usdoj.gov

Charles W. Fawcett
SKINNER FAWCETT
515 S. 6th St.
P.O. Box 700
Boise, ID 83701-0700
Facsimile (208) 345-2668
cfawcett@skinnerfawcett.com
*Accepting Service on behalf of American Stair Corporation, Inc.*
*Attorneys for Sunbelt Rentals, Inc.*

J. Ford Elsaesser
Doug B. Marks
James S. MacDonald
ELSAESSER JARZABEK ANDERSON MARKS ELLIOTT & MACDONALD, CHTD.
102 S. Euclid, Suite 307
P.O. Box 1049
Sandpoint, ID 83864-0855
ford@ejame.com
dmarks@ejame.com
james@ejame.com
*Attorneys for BAG Property Holdings, LLC*

Brad A. Goergen
GRAHAM & DUNN PC
Pier 70
2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
bgoergen@grahamdunn.com
*Attorneys for Banc of America Leasing & Capital, LLC*

Bart W. Harwood
HALL FARLEY OBERRECHT & BLANTON, PA
702 W. Idaho, Suite 700
P.O. Box 1271
Boise, ID 83701-1271
Facsimile (208) 395-8585
bwh@hallfarley.com
*Attorneys for Banner/Sabey II, LLC*

Thomas J. Angstman
Wyatt B. Johnson
ANGSTMAN JOHNSON & ASSOCIATES, PLLC
3649 Lake Harbor Lane
Boise, ID 83703-6913
tj@angstman.com
wyatt@angstman.com
*Attorneys for Jean-Pierre Boespflug*

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 5**   Client:1491713.2

Elizabeth W. Walker
SIDLEY AUSTIN LLP
555 W. Fifth St., Suite 4000
Los Angeles, CA 90013
Facsimile (213) 896-6600
ewalker@sidley.com
*Attorneys for Credit Suisse AG, Cayman Islands Branch (formerly known as Credit Suisse, Cayman Islands Branch)*

Lynnette M. Davis
John K. Olson
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main St., Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Facsimile (208) 954-5213
ldavis@hawleytroxell.com
jkolson@hawleytroxell.com
*Attorneys for EZA, P.C. dba OZ Architecture of Boulder, Inc.; Quality Tile Roofing, Inc.*

David M. Penny
COSHO HUMPHREY, LLP
800 Park Blvd., Suite 790
P.O. Box 9518
Boise, ID 83707-9518
dpenny@cosholaw.com
*Attorneys for Hobson Fabricating*

James B. Alderman
John R. Hammond, Jr.
BATT FISHER PUSCH & ALDERMAN LLP
U.S. Bank Plaza, 5th Floor
101 S. Capitol Blvd.
P.O. Box 1308
Boise, ID 83701
jba@battfisher.com
jrh@battfisher.com
*Attorneys for Inland Crane, Inc.*

P. Bruce Badger
FABIAN & CLENDENIN
215 S. State St., Suite 1200
Salt Lake City, UT 84111
Facsimile (801) 531-1716
bbadger@fabianlaw.com
*Attorneys for Plaintiff Credit Suisse AG, formerly known as Credit Suisse, as Agent for Lenders*

Arnold L. Wagner
MEULEMAN MOLLERUP LLP
755 W. Front St., Suite 200
Boise, ID 83702-5802
Facsimile (208) 336-9712
wagner@lawidaho.com
*Attorneys for Scott Hedrick Construction, Inc.*

Mark D. Perison
MARK D. PERISON, PA
314 S. 9th St., Suite 300
P.O. Box 6575
Boise, ID 83707
mark@markperison.com
*Attorneys for Hopkins Growth Fund LLC*

David T. Krueck
TROUT JONES GLEDHILL FUHRMAN, PA
225 N. 9th St., Suite 820
P.O. Box 1097
Boise, ID 83701
dkrueck@idalaw.com
*Attorneys for Kesler Construction, Inc.*

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 6**  Client:1491713.2

John W. Kluksdal
HEPWORTH JANIS & BRODY, CHTD.
537 W. Bannock St., Suite 200
P.O. Box 2582
Boise, ID  83701-2582
Facsimile  (208) 342-2927
hljklux@aol.com
*Attorneys for Creditor Monique Lafleur*

Larry E. Prince
HOLLAND & HART, LLP
101 S. Capitol Blvd., Suite 1400
P.O. Box 2527
Boise, ID  83701-2527
lprince@hollandhart.com
*Attorneys for State Board of Land
Commissioners and Creditor Wells Fargo Bank,
National Association, as Trustee*

Terri R. Pickens
Justin T. Cranney
PICKENS LAW, PA
398 S. 9th St., Suite 240
P.O. Box 915
Boise, ID  83701
Facsimile  (208) 954-5099
terri@pickenslawboise.com
justin@pickenslawboise.com
*Attorneys for Teufel Nursery, Inc.*

Terry C. Copple
DAVISON COPPLE & COPPLE, LLP
199 N. Capitol Blvd., Suite 600
P.O. Box 1583
Boise, ID  83701-1583
Facsimile  (208) 386-9428
tccopple@davisoncopple.com
*Attorneys for Tri-State Electric, Inc.*

Thomas G. Walker Jr.
COSHO HUMPHREY, LLP
800 Park Blvd., Suite 790
P.O. Box 9518
Boise, ID  83707
twalker@cosholaw.com
*Attorneys for Petra Incorporated*

Stephen J. Lord
ATTORNEY AT LAW
800 W. State St., Suite 200
Boise, ID  83702-5851
Facsimile  (208) 343-3282
slatty@aol.com
*Attorney for Tamarack Municipal
Association, Inc.*

Jill S. Holinka
MOORE SMITH BUXTON & TURCKE, CHTD.
950 W. Bannock, Suite 520
Boise, ID  83702
jsh@msbtlaw.com
*Attorneys for TMG/DPMiller LLC*

Jeffrey M. Wilson
WILSON & McCOLL
420 W. Washington
P.O. Box 1544
Boise, ID  83701-1544
jeff@wilsonmccoll.com
*Attorneys for United Rentals*

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING
THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE
AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 7**  Client:1491713.2

Kenneth C. Howell
HAWLEY TROXELL ENNIS & HAWLEY, LLP
877 Main St., Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
kch@hteh.com
*Attorneys for Wells Fargo Equipment Finance, Inc.*

Fredric V. Shoemaker
Christopher C. Burke
Soo Y. Kang
GREENER BURKE SHOEMAKER
950 W. Bannock St., Suite 900
Boise, ID 83702
Facsimile (208) 319-2601
fshoemaker@greenerlaw.com
cburke@greenerlaw.com
skang@greenerlaw.com
*Attorneys for West Mountain Golf, LLC*

Anna E. Eberlin
MEULEMAN MOLLERUP, LLP
755 W. Front St., Suite 200
Boise, ID 83702-5802
aeberlin@lawidaho.com
*Attorneys for YMC, Inc. and Interior Systems, Inc.*

William F. Nichols
WHITE PETERSON GIGRAY ROSSMAN NYE & NICHOLS, PA
5700 E. Franklin Rd., Suite 200
Nampa, ID 83687-7901
wfn@whitepeterson.com
*Attorneys for North Lake Recreational Sewer & Water District*

AND, I FURTHER CERTIFY that on such date I served the foregoing **STIPULATION BETWEEN CREDIT SUISSE AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION** on the following non-CM/ECF Registered Participants in the manner indicated:

Tamarack Resort LLC
311 Village Dr.
Tamarack, ID 83615

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Manuel F. Cachan
MUNGER TOLLES & OLSON
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071-1560

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 8**    Client:1491713.2

| | |
|---|---|
| Linda Boyle<br>TW TELECOM INC.<br>10475 Park Meadows Dr., #400<br>Littleton, CO  80124<br>Facsimile  (303) 566-1010<br>*Representative for tw telecom inc.* | (X) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Overnight Mail<br>(  ) Facsimile |

_____
Randall A. Peterman

**STIPULATION BETWEEN CREDIT SUISSE AG AND PETRA, INC. REGARDING THE AMENDED MOTION OF CREDIT SUISSE AG FOR RELIEF FROM THE AUTOMATIC STAY, AND PETRA'S OBJECTIONS TO SUCH MOTION - 9**  Client:1491713.2