**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Tamarack Resort LLC ) | Case Number:  09–03911–TLM |
| 311 Village Drive ) | |
| Tamarack, ID 83615 ) | Chapter Number: 7 |
| ) | |
| Social Security No.: ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |

_____

**NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION
AND REDACTION**

A transcript of the following document number:

*85* – Hearing Held Appearances: Randal J. French and Jared Hoskins– Counsel for Alleged Debtor Tamarack Resort LLC; Brad A. Goergen – Counsel for Banc of America Leasing & Capital LLC; Thomas G. Walker – Counsel for Petra Incorporated; Paul J. Fitzer – Counsel for TMG/DPMiller LLC; Charles W. Fawcett – Counsel for Sunbelt Rentals, Inc., American Stair Corp.; Bart W. Harwood – Counsel for Banner/Sabey II, LLC; Thomas J. Angstman – Counsel for Jean–Pierre Boespflug Wyatt B. Johnson – Counsel for Jean–Pierre Boespflug; Randall A. Peterman – Counsel for Credit Suisse AG, Cayman Islands Branch P. Bruce Badger – Counsel for Credit Suisse AG, Cayman Islands Branch Elizabeth W. Walker – Counsel for Credit Suisse AG, Cayman Islands Branch; Janine P. Reynard – Counsel for EZA, PC., d/b/a OZ Architecture of Boulder, JP Morgan Chase; John R. Hammond and James B. Alderman – Counsel for Inland Crane, Inc.; Geoffrey J. McConnell – Counsel for YMC Inc. and Interior Systems, Inc. and Scott Hedrick Construction; David T. Krueck – Counsel for Kesler Constructions, Inc.; Larry E. Prince – State Board of Land Commissioners; Wells Fargo Bank NA, as Trustee; Stephen J. Lord – Counsel for Tamarack Municipal Association, Inc.; Alex P. McLaughlin – Counsel for Tri–State Electric Inc.; Soo Y. Kang – Counsel for West Mountain Golf, LLC; James Jacobson – Counsel for MHTN Architecture, Inc.Report of Proceedings: 362 Prelim – Credit Suisse AG, Cayman Islands Branch. Please see attached PDF for the Court's Minute Entry. Trial on the Involuntary Petition, Answer and Replies shall be held commencing at 9:30 a.m. on February 24, 2010, and continuing to February 25 and 26, as necessary. (RE: related document(s)[37] Motion for Relief from Stay filed by Creditor Credit Suisse AG, Cayman Islands Branch) (Patrick, Mel)

was filed on 1/25/10 .

The following deadlines apply:

The parties have until 1/29/10 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 2/12/10 .

If a request for redaction is filed, the redacted transcript is due 2/22/10 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 4/22/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Dated: 1/25/10

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court