Randall A. Peterman, ISB No. 1944
MOFFATT, THOMAS, BARRETT, ROCK &
 FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
23389.0000

Elizabeth W. Walker, California State Bar No. 113545
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone (213) 896-6000
Facsimile (213) 896-6600
ewalker@sidley.com

Attorneys for Secured Creditor Credit Suisse AG,
Cayman Islands Branch (formerly known as Credit Suisse,
Cayman Islands Branch)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>TAMARACK RESORT, LLC,<br><br>　　　　　　　Debtor. | Case No. 09-03911-TLM<br><br>Chapter 7<br>Involuntary |

**OBJECTION OF SECURED CREDITOR CREDIT SUISSE AG
TO BANK OF THE WEST'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

I.

## INTRODUCTION

Credit Suisse AG, Cayman Islands Branch (formerly known as Credit Suisse, Cayman Islands Branch) ("Credit Suisse"), respectfully submits this Objection to Bank of the West's Motion for Relief from the Automatic Stay ("Motion").

II.

## ARGUMENT

The Motion seeks an order terminating the automatic stay pursuant to 11 U.S.C. Section 362 and allowing Bank of the West "to immediately proceed with and complete any and all contractual and statutory remedies incident to its interest in the Equipment". (Motion, p. 5.). On February 3, 2010, this Court entered the Order Regarding The Amended Motion of Credit Suisse, AG For Relief From The Automatic Stay (the "Relief Stay Order"). Pursuant to Paragraph 5 of the Relief Stay Order:

> The automatic stay of 11 U.S.C. Section 362 is hereby modified and lifted so as to allow the state court In Re Tamarack Resort Foreclosure And Related Proceedings, Case No. CV-08-114C, filed in the Fourth Judicial District of the State of Idaho, in and for the County of Valley ("State court Proceeding"), to proceed to determine the validity, priority and amount (included attorneys fees and costs) of any and all mortgages, liens, claims or interests (collectively "Liens") regarding the Real Property, as to any party of the State Court Proceeding, under applicable state law. In making determinations pursuant to this paragraph 5, the state court may, among other things, enter default orders regarding the validity, priority and amount of Liens against parties that have failed to timely appear and against parties having filed disclaimers of interest and enter orders for partial summary judgments as appropriate regarding the same, consistent with applicable Idaho law.

Paragraph 7 of the Relief Stay Order provides:

> Other than a determination in the State Court Proceeding of the validity, priority and amount (including attorneys fees and costs) of the Liens as provided by paragraph 5 of this order, the automatic stay of 11 U.S.C. Section 362 otherwise remains in full force and effect in the State Court Proceeding.

Credit Suisse does not object to the entry of an order in connection with the instant Motion; provided, however, that any such order be limited as set forth in the Relief Stay Order. Credit Suisse claims an interest in the property that is the subject of the Motion. Assuming that Bank of the West files a Complaint for relief in State Court, Credit Suisse would seek to have any such Complaint consolidated into the State Court Proceeding as it involves similar facts and circumstances -- and presents similar issues of law -- currently pending in the State Court Proceeding.

For the reasons set forth in the Court's January 15, 2010 ruling, Bank of the West should, at this point, only be granted relief from the automatic stay to seek a determination as to the validity, priority and amount of their asserted lien and/or claim in the State Court Proceeding. This will allow the State Court to determine issues relating to (i) the validity of Bank of the West's asserted claim (e.g., whether the alleged lease is a "true lease" or a disguised security agreement), (ii) the amount of any such lien or claim (e.g., whether the amounts set forth at page 4 of the Motion are verifiable and accurate), and (iii) the relative priority of Bank of the West's claim (e.g., whether the lease is a disguised security interest created after the liens of Credit Suisse and, therefore, are subordinate to the liens of Credit Suisse). Conforming the relief sought by Bank of the West to that already entered pursuant to the Relief Stay Order will ensure that all creditors are on equal footing and that no single creditor is obtaining an advantage over another with respect to the interests of the Estate.

### III.

### CONCLUSION

For all of the foregoing reasons, Credit Suisse respectfully requests that the Court limit any order on the Motion as set forth above.

DATED this 8th day of February, 2010.

SIDLEY AUSTIN LLP

By *Elizabeth W. Walker*
Elizabeth W. Walker – Of the Firm
Attorneys for Secured Creditor
Credit Suisse AG, Cayman
Islands Branch (formerly known as
Credit Suisse, Cayman Islands Branch)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February, 2010, I filed the foregoing **OBJECTION OF SECURED CREDITOR CREDIT SUISSE AG TO BANK OF THE WEST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Brad A. Goergen**
bgoergen@grahamdunn.com

**J. Ford Elsaesser**
ford@ejame.com
**Doug B. Marks**
dmarks@ejame.com
**James S. MacDonald**
james@ejame.com

**David M. Penny**
dpenny@cosholaw.com

**Larry E. Prince**
lprince@hollandhart.com

**Kenneth C. Howell**
kch@hteh.com

**Mark D. Perison**
mark@markperison.com

**Jeffrey M. Wilson**
jeff@wilsonmccoll.com

**David T. Krueck**
dkrueck@idalaw.com

**Arnold L. Wagner**
wagner@lawidaho.com

**Terry C. Copple**
tccopple@davisoncopple.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Thomas J. Angstman**
tj@angstman.com
**Wyatt B. Johnson**
wyatt@angstman.com

**Jill S. Holinka**
jsh@msbtlaw.com

**James B. Alderman**
jba@battfisher.com
**John R. Hammond, Jr.**
jrh@battfisher.com

**Anna E. Eberlin**
aeberlin@lawidaho.com

**Thomas G. Walker Jr.**
twalker@cosholaw.com

**John W. Kluksdal**
hljklux@aol.com

**Charles W. Fawcett**
cfawcett@skinnerfawcett.com

**Terri R. Pickens**
terri@pickenslawboise.com
**Justin T. Cranney**
justin@pickenslawboise.com

**Bart W. Harwood**
bwh@hallfarley.com

| | |
|---|---|
| **Lynnette M. Davis**<br>ldavis@hawleytroxell.com<br>**John K. Olson**<br>jkolson@hawleytroxell.com | **Stephen J. Lord**<br>slatty@aol.com |
| **Fredric V. Shoemaker**<br>fshoemaker@greenerlaw.com<br>**Christopher C. Burke**<br>cburke@greenerlaw.com<br>**Soo Y. Kang**<br>skang@greenerlaw.com | **Bart W. Harwood**<br>bwh@hallfarley.com |
| **William F. Nichols**<br>wfn@whitepeterson.com | **Kelly Greene McConnell** |

AND, I FURTHER CERTIFY that on such date I served the foregoing **OBJECTION OF SECURED CREDITOR CREDIT SUISSE AG TO BANK OF THE WEST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** on the following non-CM/ECF Registered Participants in the manner indicated:

Tamarack Resort LLC  
311 Village Drive  
Tamarack, ID 83615

(X) U.S. Mail, Postage Prepaid  
( ) Overnight Mail  
( ) Facsimile

Manuel F. Cachan  
MUNGER TOLLES & OLSON  
355 S. Grand Ave., 35th Floor  
Los Angeles, CA 90071-1560

(X) U.S. Mail, Postage Prepaid  
( ) Overnight Mail  
( ) Facsimile

Linda Boyle  
TW TELECOM INC.  
10475 Park Meadows Drive, #400  
Littleton, CO 80124  
Facsimile (303) 566-1010  
*Representative for tw telecom inc.*

(X) U.S. Mail, Postage Prepaid  
( ) Overnight Mail  
( ) Facsimile

Kelly Greene McConnell
GIVENS PURSLEY LLP
601 West Bannock
P.O. Box 2720
Boise, Idaho 83701-2720

(X) U.S. Mail, Postage Prepaid
( ) Overnight Mail
( ) Facsimile

_____
Elizabeth W. Walker