B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>District of Idaho | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>TAMARACK RESORT LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 1179 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>311 VILLAGE DRIVE<br>PMB 3026<br>TAMARACK, ID<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>VALLEY        83615        ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☑ Chapter 7        ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts (Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business (Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

JOINDER IN INVOLUNTARY PETITION - 1

B5 (Official Form 5) (12/07) – Page 2          Name of Debtor  Tamarack Resort LLC

Case No.  09-03911-TLM

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _~~~~~~~~~~_  Rod Walz, Secretary | x _Stafford_  February 12 2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Tamarack Municipal Association, Inc.  February     2010 | Stephen J Lord, Attorney at Law |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address  800 W State St., Ste. 200, Boise ID 83702 |
| _Rod Walz, Secretary_ 311 Village Drive, PMB 3003, Tamarack, Idaho 83615 | Telephone No.  208-342-3953 |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney  Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner  Tamaraqck Municipal Assn, Inc. 311 Village Drive, PMB 3003, Tamarack, Idaho 83615 | Nature of Claim  Association dues | Amount of Claim  $666,933.32 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  $7,215,807.62 |

_____ continuation sheets attached

JOINDER IN INVOLUNTARY PETITION - 2

Stephen J. Lord
Attorney at Law, ISB #2662
800 West State Street, Suite 200
Boise, Idaho 83702
Telephone (208) 342-3953
Facsimile (208)343-3282
Slatty@aol.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In re:

TAMARACK RESORT, LLC,

    Debtor.

**CASE NO. 09-03911-TLM**
**Chapter 7**
**Involuntary Petition**

JOINDER IN INVOLUNTARY PETITION

Pursuant to Rule 1003(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy

Code Section 303 (c), Tamarack Municipal Association, Inc., an Idaho not for profit corporation

(TMA), hereby joins in the Petition for Involuntary Bankruptcy filed on December 11, 2009.

Included in this Joinder are the following documents:

1.  Form B-5, signed by an officer of the Corporation, pursuant to Bankruptcy Rule 1003

(pages 1 and 2 hereof).

2.  The statement of corporate affiliation required by Bankruptcy Rule 1010 (b) (page 4

hereof).

JOINDER IN INVOLUNTARY PETITION - 3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

In re:

TAMARACK RESORT, LLC, Debtor.   **CASE NO. 09-03911-TLM**
**Chapter 7**

**CORPORATE OWNERSHIP STATEMENT (RULES 1010 (b) and 7007.1)**

Pursuant to Federal Rules of Bankruptcy Procedure 1010 (b) and 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Tamarack Municipal Association, Inc., in the above-captioned action certifies that the following is a Corporation, other than the debtor or government unit, that directly or indirectly owns 10% or more of any class of the Corp.'s equity interests, or states that there are no entities report under FRBP 7007.1:

**There are no entities to report under FRBP 7007 .1.**

Dated: February 17, 2010

/s/_____
STEPHEN J. LORD, ISB #2662
Attorney at Law
800 West State Street, Suite 200
Boise, Idaho 83702
Telephone 208-342-3953
slatty@aol.com

JOINDER IN INVOLUNTARY PETITION - 4

3. The filing fee has already been paid by the initial Petitioning Creditors Banc of

America Leasing, Hobson Fabricating, PETRA, Inc., and TMG/DPMiller.

4. The total of claims and petitioning creditors to which they relate appears to be:

| | |
|---|---|
| BALC | $ 4,653,022.21 |
| Petra | $ 1,270,676.84 |
| Hobson | $ 32,666.25 |
| TMG/DPMiller | $ 592,509.00 |
| TMA | $ 666,933.32 |
| Total | $ 7,215,807.62 |

DATED This 17th day of February, 2010.

/s/

_____

Stephen J. Lord
Attorney at Law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of January, 2010, I electronically filed the
foregoing Notice of Appearance with the Clerk of the court using the CM/ECF system which
sent a Notice of Electronic Filing to the following persons:

Thomas James Angstman on behalf of Creditor Jean-Pierre Boespflug
mindy@angstman.com, tj@angstman.com;kim@angstman.com

P. Bruce Badger on behalf of Creditor Credit Suisse AG, Cayman Islands Branch
bbadger@fabianlaw.com, aclark@fabianlaw.com

Terry C Copple on behalf of Creditor Tri-State Electric Inc
tc@davisoncopple.com, palmer@davisoncopple.com

Lynnette M Davis on behalf of Creditor EZA, P.C., d/b/a OZ Architecture of Boulder

JOINDER IN INVOLUNTARY PETITION - 5

ldavis@hawleytroxell.com, ltuning@hawleytroxell.com;jkolson@hawleytroxell.com

Anna Elizabeth Eberlin on behalf of Creditor Interior Systems, Inc.
aeberlin@lawidaho.com, sharpe@lawidaho.com

Charles W Fawcett on behalf of Creditor American Stair Corp.
cfawcett@skinnerfawcett.com

Randal J French on behalf of Debtor Tamarack Resort LLC
rfrench@bauerandfrench.com,nichole@bauerandfrench.com;nancy@bauerandfrench.com;jheine
man@bauerandfrench.com

Brad Anthony Goergen on behalf of Petitioning Creditor Banc of America Leasing & Capital
LLC
bgoergen@grahamdunn.com, dpurdy@grahamdunn.com

John R Hammond on behalf of Creditor Inland Crane, Inc.
jrh@fpa-law.com

Bart W Harwood on behalf of Creditor Banner/Sabey II, LLC
bwh@hallfarley.com, cmc@hallfarley.com

Jill S Holinka on behalf of Petitioning Creditor TMG/DPMiller LLC
jsh@msbtlaw.com, clb@msbtlaw.com

Kenneth C Howell on behalf of Creditor Wells Fargo Equipment Finance, Inc.
kch@hteh.com, tas@hteh.com

Wyatt B Johnson on behalf of Creditor Jean-Pierre Boespflug
mindy@angstman.com, wyatt@angstman.com;kim@angstman.com

Soo Y Kang on behalf of Creditor West Mountain Golf, LLC
skang@greenerlaw.com, dcarlson@greenerlaw.com;kaulenbacher@greenerlaw.com

John W Kluksdal on behalf of Creditor Monique Lafleur
hljklux@aol.com

David T Krueck on behalf of Creditor Kesler Construction, Inc.
dkrueck@idalaw.com

Stephen J. Lord on behalf of Creditor Tamarack Municipal Association, Inc.

JOINDER IN INVOLUNTARY PETITION - 6

slatty@aol.com, kristinest725@aol.com

Douglas B Marks on behalf of Creditor BAG Property Holdings, LLC
dmarks@ejame.com, ford@ejame.com;james@ejame.com

Kelly Greene McConnell on behalf of Creditor Bank of the West
laurierehder@givenspursley.com, laurierehder@givenspursley.com

William F Nichols on behalf of Creditor North Lake Recreational Sewer and Water District
wfn@whitepeterson.com, ms@whitepeterson.com;dallen@whitepeterson.com

David M Penny on behalf of Petitioning Creditor Hobson Fabricating
dpenny@cosholaw.com, tswanson@cosholaw.com

Mark D Perison on behalf of Creditor Hopkins Growth Fund LLC
mark@markperison.com, emily@markperison.com

Randall A Peterman on behalf of Creditor Credit Suisse AG, Cayman Islands Branch
rap@moffatt.com,bzb@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotm
ail.com

Terri R Pickens on behalf of Creditor Teufel Nursery, Inc.
terri@pickenslawboise.com, shannon@pickenslawboise.com

Larry E Prince on behalf of Creditor State Board of Land Commissioners
lprince@hollandhart.com, chardesty@hollandhart.com;boiseintaketeam@hollandhart.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov

Arnold L Wagner on behalf of Creditor Scott Hedrick Construction, Inc.
wagner@lawidaho.com

Elizabeth W Walker on behalf of Creditor Credit Suisse AG, Cayman Islands Branch
ewalker@sidley.com

Thomas G Walker on behalf of Petitioning Creditor Petra Incorporated
twalker@cosholaw.com,pcarson@cosholaw.com;eklein@cosholaw.com;mwhatcott@cosholaw.c
om

JOINDER IN INVOLUNTARY PETITION - 7

Jeffrey M Wilson on behalf of Creditor United Rentals
jeff@wilsonmccoll.com, cindy@wilsonmccoll.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following
non-CM/ECF Registered Participants by the means indicated:

| | |
|---|---|
| Manuel Cachan<br>Munger Tolles & Olson<br>355 S. Grand Avenue 35the Floor<br>Los Angeles California 90071<br>manuel.cachan@mto.com | ___ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>_x_ E-mail<br>___ Telecopy |
| Tamarack Resort LLC<br>PMB 3026<br>311 Village Drive<br>Tamarack Idaho 83615 | _x_ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ E-mail<br>___ Telecopy |
| TW Telecom Inc.<br>Linda Boyle<br>10475 Park Meadows Drive, #400<br>Littleton Colorado 80124 | _x_ U.S. Mail, Postage Prepaid<br>___ Hand Delivered<br>___ Overnight Mail<br>___ E-mail<br>___ Telecopy |

/s/
_____
Stephen J Lord