# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-03911-TLM |
| TAMARACK RESORT, LLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE
_____

On consideration of the petition filed on December 11, 2009, against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

DATED: March 17, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER FOR RELIEF - 1