Randal J. French
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
 ISB No. 3032

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: | ) | Bkr. Case No.09-03911-TLM |
| | ) | Chapter 7 |
| TAMARACK RESORT, LLC, | ) | |
| | ) | |
| Debtor-in-possession. | ) | **MOTION TO CONVERT TO** |
| | ) | **CHAPTER 11** |

COME NOW the Debtor, by and through its counsel of record, Randal J. French of the firm of Bauer & French, and moves this Court for an order converting its chapter 7 to chapter 11. This motion is made pursuant to 11 U.S.C. § 706(a). This case has not been converted under Section 1112, 1208 or 1307 of Title 11 previously.

DATED this __7__ day of April, 2010.

BAUER & FRENCH

/s/ _____
Randal J. French of the firm, Attorney for Debtor

MOTION TO CONVERT TO CHAPTER 11, p. 1
Mtn to Convert to Ch 11.wpd\nlp\040710