# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 09-03911-TLM |
| **TAMARACK RESORT, LLC,** ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

## ORDER
_____

On April 7, 2010, Tamarack Resort, LLC, filed a motion to convert this case to chapter 11 under § 706(a), Doc. No. 187.  Pursuant to § 706(a) and Fed. R. Bankr. P. 1017(f)(2), the motion is GRANTED and this case is CONVERTED to one under chapter 11.

DATED: April 9, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER - 1