IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-03911-TLM |
| TAMARACK RESORT, LLC, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by Creditor **GE CAPITAL CORPORATION** ("Movant"), Docket No. 153 ("Motion"), with Notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised, and good cause existing:

IT IS HEREBY ORDERED:

The Automatic Stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movant and to the subject property described as:

2 E-Workman, Serial #240000193 and #240000133, along with all its accessories.

1 Multipro 5700D, Serial #240000352, along with all its accessories.

Hover Mowers, Serial #7983 and #8454, along with all its accessories

Reciprocators, Serial #201 and 194, along with all its accessories

Express dual Reel Grinder, Serial #16258, along with all its accessories

Rapid Racer, Serial #RF1000, along with all its accessories

Rotary Blade Sharpener, Serial #109, along with all its accessories

Golf Lift, Serial #GL-9, along with all its accessories

Material Handler, Serial #16163, along with all its accessories

Quick Pass, Serial #QP300, along with all its accessories

Anglemaster BedKnife, Serial #16271, along with all its accessories.

Workman, Serial #250000217, along with all its accessories

Workman, Serial #250000220, along with all its accessories

Workman, Serial #250000216, along with all its accessories

Workman, Serial #250000219, along with all its accessories

Workman, Serial #250000230, along with all its accessories

Workman, Serial #250000172, along with all its accessories

Workman, Serial #250000173, along with all its accessories

Grounds Master, Serial #250000255, along with all its accessories

Grounds Master, Serial #250000196, along with all its accessories

Grounds Master, Serial #250000994, along with all its accessories

Grounds Master, Serial #250000257, along with all its accessories

Trans Pro Trailer, Serial #250000393, along with all its accessories

Trans Pro Trailer, Serial #250000386, along with all its accessories

Trans Pro Trailer, Serial #250000387, along with all its accessories

Trans Pro Trailer, Serial #250000388, along with all its accessories

Sand Pro, Serial #250000421, along with all its accessories

Greensmaster, Serial #250000335, along with all its accessories

Greensmaster, Serial #250000328, along with all its accessories

Tri Roller Kit, Model #O4495, along with all its accessories

Heavy Duty (2), Serial #22177. along with all its accessories

Debris Blower, Serial #250000133, along with all its accessories

Vicon Spreader, Serial #41258, along with all its accessories

Thatching Reels, Serial #250000785, along with all its accessories

Reelmaster, Serial #250000221, along with all its accessories

Blade Cutting, Serial #250003609, along with all its accessories

Blade Cutting, Serial #250003784, along with all its accessories

Blade Cutting, Serial #250003785, along with all its accessories

Toro Bell Trailers (3), Serial #GR1600, along with all its accessories

Toro Air Drag, along with all its accessories

Greensmaster, Serial #250000594, along with all its accessories

Greensmaster, Serial #250000690, along with all its accessories

Greensmaster, Serial #250000589, along with all its accessories

Greensmaster, Serial #250000306, along with all its accessories

Greensmaster, Serial #250000604, along with all its accessories

Greensmaster, Serial #250000691, along with all its accessories

Greensmaster, Serial #250000605, along with all its accessories

Greensmaster, Serial #250000624, along with all its accessories

Greensmaster, Serial #250001159, along with all its accessories

Greensmaster, Serial #250001202, along with all its accessories

Workman, Serial #250000493, along with all its accessories

Workman, Serial #250000236, along with all its accessories

Workman, Serial #250000269, along with all its accessories

Workman, Serial #250000268, along with all its accessories

Workman, Serial #250000216, along with all its accessories

Workman, Serial #250000211, along with all its accessories

Procore, Serial #250000182, along with all its accessories

Procore, Serial #250000852. along with all its accessories

Reelmaster, Serial #250000538, along with all its accessories

Reelmaster, Serial #250000631, along with all its accessories

Sandpro, Serial #250000589, along with all its accessories

Sandpro, Serial #250000297, along with all its accessories

Hover Mower, Serial #1908589, along with all its accessories

Hover Mower, Serial #1908590, along with all its accessories

Hover Mower, Serial #1900591, along with all its accessories

Tri Roller Kit, along with all its accessories

Rops (3), Serial #RM5500D, along with all its accessories.

4 Lanier LD 445 Copiers, along with all its accessories

4 PB 3000 Paper Bank, along with all its accessories

4 SR 790 Finisher, along with all its accessories

1 Canon IR3200, Serial #MSK18877, along with all its accessories

LD425/430/435 Bridge Unit, along with all its accessories.

IT IS FURTHER ORDERED and this does order that GENERAL ELECTRIC CAPITAL CORPORATION may exercise its rights to sell or otherwise liquidate the subject collateral.

Pursuant to Rule 4001(a)(3), the Court waives the fourteen (14) day stay otherwise in effect upon entry of this Order.//end of text//

DATED: April 9, 2010



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

_____/s/_____
JEFFREY M. WILSON
Attorney for Creditor GE Capital Corporation