B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Idaho**

IN RE:                                                          Case No. **09-03911-TLM**

**Tamarack Resort, LLC**                                        Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 50,000,000.00 | | |
| B - Personal Property | Yes | 3 | $ 7,615,776.66 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 11 | | $ 347,347,708.85 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 32,175.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 78 | | $ 5,150,209.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 101 | $ 57,615,776.66 | $ 352,530,093.76 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Tamarack Resort, LLC**

Case No. **09-03911-TLM**

Debtor(s)    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| -Total value of all aspects of resort estimated to be between $50,000,000 and $80,000,000.  See Exhibit 1 attached hereto | | | 50,000,000.00 | 292,900,845.00 |
| Clearwater Cottages | | | 0.00 | 0.00 |
| Golden Bar Cottages | | | 0.00 | 0.00 |
| Mid Mountain Restaurant | | | 0.00 | 0.00 |
| Middlefork Chalets | | | 0.00 | 0.00 |
| Parks Ranch, offsite | | | 0.00 | 0.00 |
| Payette Staircase and Haystack Chalets | | | 0.00 | 0.00 |
| Project site B-11 (The Elan Collection/Tamarack Resort Planned Unit Development) | | | 0.00 | 0.00 |
| Tamarack Phase II Chalet 1/Bitterroot | | | 0.00 | 0.00 |
| The Heritage Project, ___ acres for future subdivision development | | | 0.00 | 0.00 |
| The Lakewing Condominium Project/Lodge at Osprey Meadows Lake Wing | | | 0.00 | 0.00 |
| Trillium Valley Cottages | | | 0.00 | 0.00 |
| Village Plaza Condominium Project | | | 0.00 | 0.00 |
| | | **TOTAL** | **50,000,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Tamarack Resort, LLC**                                                    Case No. **09-03911-TLM**
_____                          _____
Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Idaho First Bank - Checking (acct #4594)** | | **22,796.06** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Idaho Department of Lands, refund of deposit for temper contracts** | | **66,000.00** |
| | | **Idaho Power** | | **40,340.00** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Uniforms** | | **2,000.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Auto insurance** | | **0.00** |
| | | **Occupied or in use buildings insurance** | | **0.00** |
| | | **Property liability insurance** | | **0.00** |
| | | **Vacant buildings insurance** | | **0.00** |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Tamarack Video & Telecom LLC** | | **700,000.00** |
| | | **40% interest in West Mountain Golf, LLC** | | **600,000.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable (estimated face value about $1,300,000)** | | **700,000.00** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Judgment against Kimberly Mountain Development Aspen, LLC entered 10/29/08, face amount $1,924,344.40, LLC has no assets** | | **0.00** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against former receiver Douglas Wilson for damage to units 119, 121 for failure to winterize, claim probably precluded by terms of receivership, damages $50,000** | | **0.00** |
| | | **Claim against insurance company for damage to canoe grill dome** | | **10,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Tamarack Resort LLC trademark (obtained early, 2010)** | | **unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Liquor licenses (3)** | | **unknown** |
| | | **Outfitter license (mountain bike touring, level I skiing, level II skiing, backpacking, photography trips, fishing, power boating, day hikes, snowmobiling)** | | **unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1988 Chevy 2500 flat bed pickup** | | **1,000.00** |
| | | **2002 Bombardier Summit 800 snowmobile** | | **1,000.00** |
| | | **2003 Arctic Cat 4STRK snowmobile** | | **1,000.00** |
| | | **2003 Arctic Cat Bearcat snowmobile** | | **1,000.00** |
| | | **2003 Arctic Cat Bearcat snowmobile** | | **1,000.00** |
| | | **2003 Arctic Cat SNO snowmobile** | | **1,000.00** |
| | | **2003 Honda TRX350F ATV** | | **1,500.00** |
| | | **2003 Honda TRX350F ATV** | | **1,500.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2004 Bombardier skidoo snowmobile | | 1,000.00 |
| | | 2004 Bombardier SNO snowmobile | | 1,000.00 |
| | | 2004 Honda TRX350F ATV | | 1,500.00 |
| | | 2004 Polaris ATP 500 ATV | | 1,500.00 |
| | | 2004 Polaris ATP 500 ATV | | 1,500.00 |
| | | 2004 Polaris SPRT500 ATV | | 1,500.00 |
| | | 2004 Polaris SPRT500 ATV | | 1,500.00 |
| | | 2004 TRTR SM826 trailer | | 1,500.00 |
| | | 2005 Bombardier Skandic snowmobile | | 1,000.00 |
| | | 2005 Bombardier Skandic snowmobile | | 1,000.00 |
| | | 2005 GMC Yukon XL | | 8,000.00 |
| | | 2006 Bombardier Skandic snowmobile | | 1,000.00 |
| | | 2006 Bombardier Skidoo snowmobile | | 1,000.00 |
| | | 2006 TRTR trailer | | 1,500.00 |
| | | 2007 Glaval Titan 45 passenger shuttle bus (BALC) | | 29,000.00 |
| | | 2007 Yamaha SNO snowmobile | | 1,000.00 |
| | | Glaval 24 passenger shuttle bus (BALC) | | 13,000.00 |
| | | Mack CHN 613 truck with 17' Williamsen dump body (BALC) | | 55,000.00 |
| 26. Boats, motors, and accessories. | | 2005 Hobie Cat sailboats (3) | | 5,400.00 |
| | | 2005 Polar Kraft fishing boats with engines (2) | | 4,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture for 16 Trillium cabins, stored in warehouse | | 80,000.00 |
| | | Piston Bully 600 snow plow with an All-Way Blade, Flextiller, Vario-Bar Hydraulics and Kombi-Tracks (BALC) | | 80,000.00 |
| | | See Exhibit 2 attached hereto | | 538,610.05 |
| | | Ski lifts (2) (BALC) | | 3,500,000.00 |
| | | Ski lifts (except BALC, included on Exhibit 2) | | 1,135,130.55 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 7,615,776.66 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (04/10)**

**IN RE** Tamarack Resort, LLC                                    Case No. **09-03911-TLM**
_____        _____
                    Debtor(s)                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
  ☐ 11 U.S.C. § 522(b)(2)
  ☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**B6D (Official Form 6D) (12/07)**

IN RE **Tamarack Resort, LLC**                    Case No. **09-03911-TLM**

             Debtor(s)                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Action Garage Door**<br>**PO Box 43**<br>**Nampa, ID  83653-0043** | | | **Lot 2, Block 19**<br><br><br>VALUE $ | | | X | 2,594.10 | 2,594.10 |
| ACCOUNT NO.<br>**American Stair Corp.**<br>**C/O Skinner Fawcett**<br>**PO Box 700**<br>**Boise, ID  83701-0700** | | | **Lien No. 329988, mechanics lien in Village Plaza Condominium Project, junior to Credit Suisse, subcontractor to Banner/Sabey**<br>VALUE $ | X | X | X | 0.00 | |
| ACCOUNT NO.<br>**BAG Property Holdings LLC**<br>**C/O Douglas B. Marks**<br>**PO Box 1049**<br>**Sandpoint, ID  83864-0855** | | | **2006, alleged lien on property identified as Fairmont Lot, subject to setoff for BAG Property Holdings' breach of contract and consequential damages**<br>VALUE $ **5,000,000.00** | X | X | X | 21,719,090.90 | 16,719,090.90 |
| ACCOUNT NO.<br>**BAG Property Holdings LLC**<br>**C/O Munger Tolles & Olson**<br>**355 S Grand Ave 35th Fl**<br>**Los Angeles, CA  90071-1560** | | | **Assignee or other notification for:**<br>**BAG Property Holdings LLC**<br><br>VALUE $ | | | | | |

     **10** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **21,721,685.00** | $ **16,721,685.00** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Tamarack Resort, LLC**

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Banc of America Leasing & Capital, LLC PO Box 7023 Troy, MI 48007-7023** | X | | **11/05 8 Micron Clientpro 365BE 11/05 10 Micron computers T2300/365 12/05 4 Micron Transport T2300 1/06 2 Micron desktops 365 2/06 Micron Clientpro 365 3/06 8 Micron computers 365/T2300 3/06 Micron Transport T2300 computer/server** VALUE $ | | | X | 0.00 | |
| ACCOUNT NO. **Banc of America Leasing & Capital, LLC C/O Graham & Dunn PC Pier 70 2801 Alaskan Way Ste 300 Seattle, WA 98121-1128** | | | **Assignee or other notification for: Banc of America Leasing & Capital, LLC** VALUE $ | | | | | |
| ACCOUNT NO. **Banc of America Leasing & Capital, LLC PO Box 7023 Troy, MI 48007-7023** | X | | **Financing lease/disguised security interest for two ski lifts, 2007 Glaval Titan 45 passenger shuttle bus; Glaval 24 passenger shuttle bus; Mack CHN 613 truck with 17' Williamsen dump body; Piston Bully 600 snow plow with an All-Way Blade, Flextiller, Vario-Bar Hydraulics and Kombi-Tracks** VALUE $ **3,677,000.00** | | | X | 4,900,000.00 | 1,223,000.00 |
| ACCOUNT NO. **Banc of America Leasing & Capital, LLC C/O Brad Goergen Pier 70 2801 Alaskan Way Ste 300 Seattle, WA 98121-1128** | | | **Assignee or other notification for: Banc of America Leasing & Capital, LLC** VALUE $ | | | | | |
| ACCOUNT NO. **Bank of the West PO Box 4002 Concord, CA 94524-4002** | | | **Lease Agreement dated 11/6/07 in Prinorth BR350 Bison Snow Groomers with Leitwolf Blade, 66" Master Climbing Tracks, Posi-Flex Tiller (2); Prinorth BR350 Sherpa Winch Snow Groomer with Sherpa Winch, Terrain Master Blade, Posi-Flex Tiller, 66" Master Climbing Tracks (1); and Zaugg Pipe Monster 22' Half Pipe Groomer Top Implement (1) (stay lifted in April, 2010)** VALUE $ | | | X | 374,076.00 | 374,076.00 |
| ACCOUNT NO. **Bank of The West C/O Kelly Greene McConnell PO Box 2720 Boise, ID 83701-2720** | | | **Assignee or other notification for: Bank of the West** VALUE $ | | | | | |

Sheet no. ___1___ of ___10___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ **5,274,076.00**  $ **1,597,076.00** |
| Total (Use only on last page) | $           $ |
| | (Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                      Case No. **09-03911-TLM**
_____                                        _____
Debtor(s)                                                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Banner/Sabey II, LLC 25502 74th Ave S Kent, WA 98032-5875** | | | **Village Plaza & Lake Wing** <br><br> VALUE $ **5,900,000.00** | | | X | 7,692,659.73 | 1,792,659.73 |
| ACCOUNT NO. **Banner/Sabey II, LLC C/O Hall Farley Oberrecht & Blanton PA PO Box 1271 Boise, ID 83701-1271** | | | **Assignee or other notification for: Banner/Sabey II, LLC** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **Beyer-Brown & Associates 416 W. 8th Ave. Vancouver, BC V6H 1E1** | | | **2007 A/P furniture purchased for 22 Trillium cabins** <br><br> VALUE $ | | | X | 135,614.00 | 135,614.00 |
| ACCOUNT NO. **Credit Suisse AG, Cayman Islands Branch C/O Randall A. Peterman PO Box 829 Boise, ID 83701-0829** | X | | VALUE $ **50,000,000.00** | | | X | 292,626,845.00 | 242,900,845.00 |
| ACCOUNT NO. **Credit Suisse AG, Cayman Islands Branch C/O Elizabeth W. Walker 555 W 5th St Los Angeles, CA 90013-1010** | | | **Assignee or other notification for: Credit Suisse AG, Cayman Islands Branch** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **Credit Suisse AG, Cayman Islands Branch C/O Fabian & Clendenin 215 S State St Ste 1200 Salt Lake City, UT 84111-2334** | | | **Assignee or other notification for: Credit Suisse AG, Cayman Islands Branch** <br><br> VALUE $ | | | | | |

Sheet no. **2** of **10** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **300,455,118.73** | $ **244,829,118.73**

Total
(Use only on last page) $ ____ | $ ____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                          Case No. **09-03911-TLM**
_____                        _____
Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**EPIKOS**<br>**PO Box 2490**<br>**McCall, ID 83638-2490** | | | **Heritage Phase 4.1**<br><br>VALUE $ | | | X | 10,706.85 | 10,706.85 |
| ACCOUNT NO.<br>**EZA PC, dba OZ Architecture**<br>**1805 29th St Unit 2054**<br>**Boulder, CO 80301-1068** | | | **Lien No. 330862, Project Site B-11, The Elan Collection, Trillium cabins, Lots 1 and 2, Block 19, Tamarack Resort Planned Unit Development, junior to Credit Suisse, non-TRLLC project, subcontractor to MHTN Architects on VP project**<br><br>VALUE $ | X | X | X | 70,372.30 | 70,372.30 |
| ACCOUNT NO.<br>**EZA PC, dba OZ Architecture**<br>**C/O Lynnette Davis**<br>**PO Box 1617**<br>**Boise, ID 83701-1617** | | | **Assignee or other notification for:**<br>**EZA PC, dba OZ Architecture**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Hanson Eagle Precast**<br>**20059 Simplot Blvd**<br>**Caldwell, ID 83607-9043** | | | **Multi-parcel**<br><br>VALUE $ | | | X | 41,673.61 | 41,673.61 |
| ACCOUNT NO.<br>**Hobson Fabricating Corp.**<br>**6428 Business Way**<br>**Boise, ID 83716-5550** | | | **Lien Nos. 331071, 331072, 331076, 331077, 331079, 331080, 331081, 331082, 331083 mechanics lien in Trillium Townhomes or Condominiums, junior to Credit Suisse**<br>VALUE $ | | | X | 32,666.25 | 32,666.25 |
| ACCOUNT NO.<br>**Hobson Fabricating Corp.**<br>**C/O David M. Penny**<br>**PO Box 9518**<br>**Boise, ID 83707-9518** | | | **Assignee or other notification for:**<br>**Hobson Fabricating Corp.**<br><br>VALUE $ | | | | | |

Sheet no. _____**3**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    $ **155,419.01**  $ **155,419.01**

Total
(Use only on last page)                 $                $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Tamarack Resort, LLC**                                                                    Case No. **09-03911-TLM**
_____                                        _____
Debtor(s)                                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hopkins Growth Fund**<br>**C/O Mark D. Perison, P.A.**<br>**PO Box 6575**<br>**Boise, ID 83707-6575** | X | | **undeveloped land at 13261 Nisula Rd, Donnelly, ID, judgment entered 10/19/09**<br><br>VALUE $ | | | X | 7,372,017.15 | 7,372,017.15 |
| ACCOUNT NO.<br>**Hopkins Growth Fund**<br>**C/O Mark D. Perison, P.A.**<br>**PO Box 6575**<br>**Boise, ID 83707-6575** | | | **Assignee or other notification for:**<br>**Hopkins Growth Fund**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **5669**<br>**Idaho Power**<br>**Processing Center**<br>**PO Box 34966**<br>**Seattle, WA 98124-1966** | | | **3/2010 utilities**<br><br>VALUE $ **40,340.00** | | | X | 3,518.21 | |
| ACCOUNT NO.<br>**Idaho Power Company**<br>**C/O NCO Financial Systems Inc.**<br>**9180 W Barnes Dr**<br>**Boise, ID 83709-1552** | | | **Assignee or other notification for:**<br>**Idaho Power**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0366**<br>**Idaho Power**<br>**Processing Center**<br>**PO Box 34966**<br>**Seattle, WA 98124-1966** | | | **3/2010 utilities**<br><br>VALUE $ **40,340.00** | | | X | 4,422.85 | |
| ACCOUNT NO. **4782**<br>**Idaho Power**<br>**Processing Center**<br>**PO Box 34966**<br>**Seattle, WA 98124-1966** | | | **3/2010 utilities**<br><br>VALUE $ **40,340.00** | | | X | 542.85 | |

Sheet no. ____**4**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     $ **7,380,501.06**     $ **7,372,017.15**

Total
(Use only on last page)     $                    $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                                    Case No. **09-03911-TLM**
_____                                                          _____
Debtor(s)                                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Inland Foundation Specialties PO Box 5403 Boise, ID 83705-0403** | | | VALUE $ | | | X | 384,529.60 | 384,529.60 |
| ACCOUNT NO. **Inland Waterproofing Services 116 W Clayton Ave Coeur D Alene, ID 83815-9234** | | | **Lake wing** VALUE $ | | | X | 5,436.30 | 5,436.30 |
| ACCOUNT NO. **Insulfoam 19041 Ave. South Kent, WA 98032** | | | **TRLLC Communication Bld** VALUE $ | | | X | 106,310.20 | 106,310.20 |
| ACCOUNT NO. **Interior Systems C/O Meuleman Mollerup LLP 755 W Front St Ste 200 Boise, ID 83702-5802** | | | **Lien Nos. 330089, 330120, Village Plaza Condominium Project, subcontractor to Banner/Sabey** VALUE $ | X | X | X | 0.00 | |
| ACCOUNT NO. **Kesler Construction, Inc. 13801 Stewart Ct McCall, ID 83638-5253** | | | **mechanics lien no. 330098, in Heritage Phase 4.1, Lakewing Condominium Project, junior to Credit Suisse, subcontractor to Banner/Sabey** VALUE $ | X | X | X | 800,308.15 | 800,308.15 |
| ACCOUNT NO. **Kesler Construction C/O Trout Jones Gledhill Fuhrman PO Box 1097 Boise, ID 83701-1097** | | | **Assignee or other notification for: Kesler Construction, Inc.** VALUE $ | | | | | |

Sheet no. ___**5**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **1,296,584.25** | $ **1,296,584.25** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**
<center>Debtor(s)</center>

Case No. **09-03911-TLM**
<center>(If known)</center>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Knothe-Zior-Casali Construction, LLC**<br>**1043 E Park Blvd Ste 110**<br>**Boise, ID 83712-7722** | | | **Village Plaza and cabins**<br><br><br>VALUE $ | | | X | **20,515.42** | **20,515.42** |
| ACCOUNT NO.<br>**MHTN Architects, Inc.**<br>**420 E South Temple Ste 100**<br>**Salt Lake City, UT 84111-1300** | | | **Village Plaza and Lake Wing**<br><br><br>VALUE $ | | | X | **1,141,413.53** | **1,141,413.53** |
| ACCOUNT NO.<br>**North Lake Sewer & Water District**<br>**PO Box 729**<br>**Donnelly, ID 83615-0729** | | | **10/08 improvements from local imrpovement district**<br><br><br>VALUE $ | | | X | **1,866,928.00** | **1,866,928.00** |
| ACCOUNT NO.<br>**North Lake Recreational Sewer & Water**<br>**C/O White Peterson Gigray Rossman Nye**<br>**5700 E Franklin Rd Ste 200**<br>**Nampa, ID 83687-7901** | | | **Assignee or other notification for:**<br>**North Lake Sewer & Water District**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**OK Gravel Works**<br>**PO Box 1569**<br>**Cascade, ID 83611-1569** | | | **Cabins**<br><br><br>VALUE $ | | | X | **39,190.50** | **39,190.50** |
| ACCOUNT NO.<br>**Pacific Continental Bank**<br>**C/O Daniel C. Green**<br>**PO Box 1391**<br>**Pocatello, ID 83204-1391** | X | | <br><br><br>VALUE $ | | | X | **0.00** | |

Sheet no. **6** of **10** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ **3,068,047.45**   $ **3,068,047.45** |
| Total<br>(Use only on last page) | $                    $ |

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC** | Case No. **09-03911-TLM**
--- | ---
Debtor(s) | (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**PCF, Inc. dba Pella Windows and Doors**<br>**12382 Gateway Park Pl Ste B300**<br>**Draper, UT  84020-8173** | | | **Lien Nos. 330149, 330895, mechanics lien in Village Plaza Condominium Project, junior to Credit Suisse, subcontractor to Banner/Sabey**<br><br>VALUE $ | X | X | X | 0.00 | |
| ACCOUNT NO.<br><br>**Petra**<br>**1097 N Rosario St**<br>**Meridian, ID  83642-8095** | | | **Cabins**<br><br><br>VALUE $ | | | X | 1,270,676.84 | 1,270,676.84 |
| ACCOUNT NO.<br><br>**Petra Incorporated**<br>**C/O Thomas G. Walker**<br>**PO Box 9518**<br>**Boise, ID  83707-9518** | | | **Assignee or other notification for: Petra**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**Quality Tile Roofing Inc.**<br>**2711 S Curtis Rd**<br>**Boise, ID  83705-4906** | | | **Lien No. 330229, mechanics lien in Village Plaza Condominium Project, junior to Credit Suisse, subcontractor to Banner/Sabey**<br><br>VALUE $ | X | X | X | 0.00 | |
| ACCOUNT NO.<br><br>**Scott Hedrick Construction, Inc.**<br>**1154 N Orchard St**<br>**Boise, ID  83706-2234** | | | **Lien No. 331151, mechanics lien in Trillium Townhomes, junior to Credit Suisse**<br><br><br>VALUE $ | X | X | X | 1,280,401.61 | 1,280,401.61 |
| ACCOUNT NO.<br><br>**Scott Hedrick Construction, Inc.**<br>**C/O Meuleman Mollerup LLP**<br>**755 W Front St Ste 200**<br>**Boise, ID  83702-5802** | | | **Assignee or other notification for: Scott Hedrick Construction, Inc.**<br><br><br>VALUE $ | | | | | |

Sheet no. ___**7**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **2,551,078.45** | $ **2,551,078.45** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                                Case No. **09-03911-TLM**
_____                                    _____
Debtor(s)                                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Secesh Engineering PO Box 70 McCall, ID 83638-0070** | | | **Cabins** <br><br> VALUE $ | | | X | 280,004.03 | 280,004.03 |
| ACCOUNT NO. **Sunbelt Rentals Inc. C/O Skinner Fawcett PO Box 700 Boise, ID 83701-0700** | | | **Lien No. 331792, mechanics lien in Village Plaza Condominium Project, junior to Credit Suisse, subcontractor to Banner/Sabey** <br> VALUE $ | X | X | X | 0.00 | |
| ACCOUNT NO. **Tamarack Municipal Association 311 Village Dr PMB 3003 Tamarack, ID 83615-5014** | | | **2009-2010 lien on 12 lots, other platted lots and operational buildings** <br><br> VALUE $ | | | X | 2,000,000.00 | 2,000,000.00 |
| ACCOUNT NO. **Tamarack Municipal Association C/O Stephen J. Lord 800 W State St Ste 200 Boise, ID 83702-5851** | | | **Assignee or other notification for: Tamarack Municipal Association** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **Teufel Nursery, Inc. 13722 Highway 55 McCall, ID 83638** | | | **Lien No. 330152, mechanics lien in Lots A-L1, priority as to Credit Suisse is undetermined** <br> VALUE $ | | | X | 564,560.00 | 564,560.00 |
| ACCOUNT NO. **Teufel Nursery, Inc. C/O Pickens Law, PA PO Box 915 Boise, ID 83701-0915** | | | **Assignee or other notification for: Teufel Nursery, Inc.** <br><br> VALUE $ | | | | | |

Sheet no. **8** of **10** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **2,844,564.03** $ **2,844,564.03**

Total
(Use only on last page) $            $

(Report also on Summary of Schedules.)            (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                    Case No. **09-03911-TLM**
_____                                                  _____
Debtor(s)                                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Tri-State Electric, Inc.**<br>**C/O Davison Copple Copple & Copple**<br>**PO Box 1583**<br>**Boise, ID 83701-1583** | | | **Lien No. 330116, mechanics lien in Lakewing Condominium Project, Village Plaza, junior to Credit Suisse, subcontractor to Banner/Sabey**<br><br>VALUE $ | X | X | X | 0.00 | |
| ACCOUNT NO.<br><br>**United Rentals NW**<br>**PO Box 951978**<br>**Dallas, TX 75395-1978** | | | **Lien Nos. 330822, 330823, mechanics lien in 511 Village Dr. and 311 Village Dr., Village Plaza Condominium Project, junior to Credit Suisse, subcontractor to Banner/Sabey**<br><br>VALUE $ | X | X | X | 27,126.20 | 27,126.20 |
| ACCOUNT NO.<br><br>**Valley County**<br>**PO Box 1350**<br>**Cascade, ID 83611-1350** | | | **2008-2010 personal property taxes**<br><br><br>VALUE $ | | | X | 56,000.00 | 56,000.00 |
| ACCOUNT NO.<br><br>**Valley County**<br>**PO Box 1350**<br>**Cascade, ID 83611-1350** | | | **2008-2010 real property taxes**<br><br><br>VALUE $ **50,000,000.00** | | | X | 274,000.00 | |
| ACCOUNT NO.<br><br>**West Mountain Golf LLC**<br>**C/O Greener Burke Shoemaker P.A.**<br>**950 W Bannock St Ste 900**<br>**Boise, ID 83702-6138** | | | <br><br>VALUE $ | | | X | 0.00 | |
| ACCOUNT NO.<br><br>**YMC Inc.**<br>**2975 E Lanark St**<br>**Meridian, ID 83642-5919** | | | **Lien No. 330090, mechanics lien in Village Plaza Condominium Project, junior to Credit Suisse, subcontractor to Banner/Sabey**<br><br>VALUE $ | X | X | X | 371,833.00 | 371,833.00 |

Sheet no. ___**9**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                     $ **728,959.20**   $ **454,959.20**

Total
(Use only on last page)                  $                 $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____                          _____
Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**YMC, Inc.**<br>**C/O Meuleman Mollerup LLP**<br>**755 W Front St Ste 200**<br>**Boise, ID  83702-5802** | | | **Assignee or other notification for: YMC Inc.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>**YMC Inc.**<br>**2975 E Lanark St**<br>**Meridian, ID  83642-5919** | | | **subcontractor to Banner/Sabey**<br><br>VALUE $ | | | X | 1,871,675.67 | 1,871,675.67 |
| ACCOUNT NO.<br><br>**YMC, Inc.**<br>**C/O Meuleman Mollerup LLP**<br>**755 W Front St Ste 200**<br>**Boise, ID  83702-5802** | | | **Assignee or other notification for: YMC Inc.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. __**10**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | $ **1,871,675.67** | $ **1,871,675.67** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ **347,347,708.85** | $ **282,762,224.94** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

IN RE **Tamarack Resort, LLC**                                        Case No. **09-03911-TLM**
_____
Debtor(s)                                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) – Cont.

IN RE **Tamarack Resort, LLC**                                         Case No. **09-03911-TLM**
_____                              _____
                    Debtor(s)                                                (If known)

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Idaho State Tax Commission**<br>**PO Box 76**<br>**Boise, ID  83707-0076** | | | **2009 sales tax** | | | | **32,175.00** | **32,175.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **32,175.00** | $ **32,175.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **32,175.00** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **32,175.00** | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **Tamarack Resort, LLC**                                                                                       Case No. **09-03911-TLM**

_____Debtor(s)_____                                                                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2008 MCCALL WINTER CARNIVAL** PO BOX 1046 MCCALL, ID 83638-1046 | | | | | | X | 2,000.00 |
| ACCOUNT NO. **2009 Special Olympics World Winter Games** 435 E Shore Dr Eagle, ID 83616-5753 | | | | | | X | 40,000.00 |
| ACCOUNT NO. **4T CONSTRUCTION, INC.** PO Box 342 Payette, ID 83661-0342 | | | **2007-2008 goods or services for construction** | | | X | 10,498.38 |
| ACCOUNT NO. **A & I DISTRIBUTORS** 2058 Century Way Boise, ID 83709-2805 | | | **2007-2008 goods or services for construction** | | | X | 9,620.93 |

_____**77**_____ continuation sheets attached

Subtotal
(Total of this page) $ **62,119.31**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                          Case No. **09-03911-TLM**
_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**A BRIDAL EXTRAVAGANZA**<br>7863 W Emerald St Ste 103<br>Boise, ID  83704-9022 | | | 2007-2008 | | | X | 350.00 |
| ACCOUNT NO.<br><br>**A-Core of Boise**<br>6532 Business Way<br>Boise, ID  83716-5552 | | | 2007-2008 goods or services for construction | | | X | 6,306.25 |
| ACCOUNT NO.<br><br>**A.S.A.P. INC.**<br>2436 ORCHARD RD<br>COUNCIL, ID  83612-5218 | | | 2007-2008 goods or services for construction | | | X | 546.34 |
| ACCOUNT NO.<br><br>**AASI**<br>133 S Van Gordon St Ste 200<br>Lakewood, CO  80228-1706 | | | 2007-2008 goods or services for construction | | | X | 250.00 |
| ACCOUNT NO.<br><br>**AATRONICS INC.**<br>10 N LIBERTY ST<br>BOISE, ID  83704-9368 | | | 2007-2008 goods or services for construction | | | X | 525.00 |
| ACCOUNT NO.<br><br>**ACTION COURIER**<br>PO BOX 190981<br>BOISE, ID  83719-0981 | | | 2007-2008 goods or services | | | X | 210.46 |
| ACCOUNT NO.<br><br>**ADA COUNTY ASSESSOR**<br>9115 W Chinden Blvd Ste 105<br>Garden City, ID  83714-1903 | | | | | | X | 2,619.21 |

Sheet no. **1** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal | |
|---|---|---|
| | (Total of this page) | $ 10,807.26 |

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)      $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ADA COUNTY SHERIFF OFFICE** Civil Section 7200 W Barrister Dr Boise, ID 83704-9217 | | | | | | X | 1,382.19 |
| ACCOUNT NO. **ADAMS COUNTY TAX COLLECTOR** PO BOX 47 COUNCIL, ID 83612-0047 | | | | | | X | 301.12 |
| ACCOUNT NO. **ADI** 263 OLD COUNTRY RD MELVILLE, NY 11747-2712 | | | 2007-2008 goods or services for construction | | | X | 359.03 |
| ACCOUNT NO. **ADVANCED SIGN & DESIGN** 515 W Highland St Boise, ID 83706-3927 | | | 2007-2008 goods or services | | | X | 15,685.88 |
| ACCOUNT NO. **AGS Publishing** PO Box 790 Port Angeles, WA 98362-0137 | | | 2007-2008 goods or services | | | X | 384.00 |
| ACCOUNT NO. **ALF** 4884 S 300 W Murray, UT 84107-4706 | | | 2007-2008 goods or services for construction | | | X | 1,294.00 |
| ACCOUNT NO. **All Valley Steam Carpet Care** PO Box 2025 McCall, ID 83638-2025 | | | 2007-2008 goods or services | | | X | 319.60 |

Sheet no. **2** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,725.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                         Case No. **09-03911-TLM**
            Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ALTOUR INTERNATIONAL**<br>**1270 AVENUE OF THE AMERICAS STE 1270**<br>**NEW YORK, NY  10020-1702** | | | **2007-2008 goods or services for construction** | | | X | 22.90 |
| ACCOUNT NO.<br>**AMERICAN GUTTER SYSTEMS**<br>**PO Box 1140**<br>**Cascade, ID 83611-1140** | | | **2007-2008 goods or services for construction** | | | X | 932.50 |
| ACCOUNT NO.<br>**AMERICAN HOTEL REGISTER COMPANY**<br>**PO BOX 94150**<br>**PALATINE, IL  60094-4150** | | | **2007-2008 goods or services for construction** | | | X | 219.54 |
| ACCOUNT NO.<br>**AMERIPRIDE**<br>**PO BOX 449**<br>**TWIN FALLS, ID 83303-0449** | | | **2007-2008 goods or services for construction** | | | X | 1,485.62 |
| ACCOUNT NO.<br>**AMERITITLE**<br>**PO BOX 798**<br>**CASCADE, ID 83611-0798** | | | **2007-2008 goods or services for construction** | | | X | 15.00 |
| ACCOUNT NO.<br>**Amie Booth**<br>**C/O Todd Booth**<br>**PO Box 203**<br>**McCall, ID 83638-0203** | | | **wages** | | | X | 4,330.73 |
| ACCOUNT NO.<br>**AMSOIL INC.**<br>**#774148**<br>**CHICAGO, IL  60677-4001** | | | **2007-2008 goods or services for construction** | | | X | 1,280.61 |

Sheet no. **3** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 8,286.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**        Case No. **09-03911-TLM**

Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ANDRE AGASSI CHARITABLE FOUNDATION**<br>**3960 Howard Hughes Pkwy Ste 750**<br>**Las Vegas, NV  89169-5973** | | | **2007-2008 goods or services** | | | X | 48,000.00 |
| ACCOUNT NO.<br>**ANDRES DEVELOPMENT CORPORATION**<br>**PO Box 4488**<br>**Jackson, WY  83001-4488** | | | **2007-2008 goods or services for construction** | | | X | 2,382.57 |
| ACCOUNT NO.<br>**ARC'TERYX EQUIPMENT INC.**<br>**100-2155 DOLLARTON HWY**<br>**NORTH VANCOUVER, BC  V7H 3B2** | | | **2007-2008 goods or services for construction** | | | X | 789.09 |
| ACCOUNT NO.<br>**Art of Framing Gallery**<br>**10536 W Fairview Ave**<br>**Boise, ID 83704-8019** | | | **2007-2008 goods or services for construction** | | | X | 1,853.44 |
| ACCOUNT NO.<br>**ASHWORTH**<br>**2765 Loker Ave W**<br>**Carlsbad, CA  92010-6601** | | | **2007-2008 goods or services for construction** | | | X | 56.57 |
| ACCOUNT NO.<br>**ASSA ABLOY HOSPITALITY INC.**<br>**PO Box 676947**<br>**Dallas, TX  75267-6947** | | | **2007-2008 goods or services for construction** | | | X | 84.55 |
| ACCOUNT NO.<br>**ASSOCIATED TAXPAYERS OF IDAHO**<br>**PO BOX 1665**<br>**BOISE, ID 83701-1665** | | | **2007-2008 goods or services for construction** | | | X | 1,000.00 |

Sheet no. **4** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **54,166.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AUDUBON INTERNATIONAL** <br> 46 Rarick Rd <br> Selkirk, NY  12158-2104 | | | **2007-2008 goods or services for construction** | | | X | 200.00 |
| ACCOUNT NO. <br> **AUTOMOTIVE SERVICE EQUIPMENT** <br> 379 Cardinal Cir <br> Torrington, CT  06790-2175 | | | **2007-2008 goods or services for construction** | | | X | 4,469.00 |
| ACCOUNT NO. <br> **Avalanche** <br> 3930 Boulevard Hamel <br> Quebec City,     G1P 2J2 | | | **2007-2008 goods or services for construction** | | | X | 17,951.00 |
| ACCOUNT NO. <br> **AXESS AG** <br> PO BOX 981237 <br> PARK CITY, UT  84098-1237 | | | **2007-2008 goods or services for construction** | | | X | 18,619.50 |
| ACCOUNT NO. <br> **Bank of America** <br> C/O Graham & Dunn, P.C. <br> Pier 70 2801 Alaskan Way Ste 300 <br> Seattle, WA  98121-1128 | X | | **Deficiency on Arling Center, 3 buildings on real property adjacent to Lodge at Osprey Meadows, foreclosed 10/09** | | | X | 0.00 |
| ACCOUNT NO. <br> **Bank of America Merchant Services** <br> WA2-505-01-40 <br> PO Box 2485 <br> Spokane, WA  99210-2485 | | | **2007-2008 goods or services for construction** | | | X | 5,957.06 |
| ACCOUNT NO. <br> **Bank of America- Visa Alaska Airlines** <br> P.O. Box 15710 <br> Wilmington, DE  19886-5710 | | | **2007-2008 goods or services for construction** | | | X | 7,289.34 |

Sheet no. **5** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **54,485.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**        Case No. **09-03911-TLM**

_____  _____
Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**BELL SPORTS**<br>**3367 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60694-1932** | | | **2007-2008 goods or services for construction** | | | X | 6,076.80 |
| ACCOUNT NO. <br><br>**BEN F WILLIAMS**<br>**5415 SW Westgate Dr Ste 100**<br>**Portland, OR 97221-2409** | | | **2007-2008 goods or services for construction** | | | X | 127.70 |
| ACCOUNT NO. <br><br>**BERENDSEN FLUID POWER**<br>**1200 MID-CONTINENT TOWER**<br>**401 S BOSTON AVE STE 1200**<br>**TULSA, OK 74103-4013** | | | **2007-2008 goods or services for construction** | | | X | 431.51 |
| ACCOUNT NO. <br><br>**BERN UNLIMITED**<br>**351 LAKE SHORE DR**<br>**DUXBURY, MA 02332-4104** | | | **2007-2008 goods or services for construction** | | | X | 3,403.36 |
| ACCOUNT NO. <br><br>**Billabong**<br>**117 Waterworks Way**<br>**Irvine, CA 92618-3110** | | | **2007-2008 goods or services for construction** | | | X | 5,877.20 |
| ACCOUNT NO. <br><br>**BILLY CASPER GOLF LLC**<br>**Attn: Alan Alwiel Ste 350**<br>**Vienna, VA 22182** | | | **2007-2008 goods or services for construction** | | | X | 45,114.54 |
| ACCOUNT NO. <br><br>**Biological Mediation Systems INC**<br>**PO Box 8248**<br>**Fort Collins, CO 80526-8003** | | | **2007-2008 goods or services for construction** | | | X | 183.05 |

Sheet no. __6__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **61,214.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                   Case No. **09-03911-TLM**
_____                        _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **BLACK CANYON ELK RANCH** <br> **8611 DEWEY RD** <br> **EMMETT, ID  83617-8855** | | | **2007-2008 goods or services for construction** | | | X | 465.35 |
| ACCOUNT NO. <br><br> **BOGNER** <br> **172 BOGNER DR** <br> **NEWPORT, VT  05855-0644** | | | **2007-2008 goods or services for construction** | | | X | 9,637.40 |
| ACCOUNT NO. <br><br> **BOISE METRO CHAMBER** <br> **PO BOX 2368** <br> **BOISE, ID  83701-2368** | | | **2007-2008 goods or services for construction** | | | X | 757.00 |
| ACCOUNT NO. <br><br> **Boise Office Equipment** <br> **330 N Ancestor Pl Ste 100** <br> **Boise, ID  83704-0655** | | | **2007-2008 goods or services for construction** | | | X | 65.75 |
| ACCOUNT NO. <br><br> **BOISE RIGGING SUPPLY** <br> **107 W 33RD ST** <br> **BOISE, ID  83714-6618** | | | **2007-2008 goods or services for construction** | | | X | 2,598.27 |
| ACCOUNT NO. <br><br> **Bonneville Blueprint Supply** <br> **1933 W. Emerald St.** <br> **Boise, ID  38713** | | | **2007-2008 goods or services for construction** | | | X | 2,860.60 |
| ACCOUNT NO. <br><br> **BOUNDTREE MEDICAL LLC** <br> **23537 NETWORK PLACE** <br> **CHICAGO, IL  60673-1235** | | | **2007-2008 goods or services for construction** | | | X | 711.27 |

Sheet no. _____**7**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,095.64**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**          Case No. **09-03911-TLM**

Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **BRACEWELL & GIULIANI LLP** <br> **PO BOX 848566** <br> **DALLAS, TX  75284-8566** | | | **2007-2008 goods or services for construction** | | | X | 26,275.00 |
| ACCOUNT NO. <br> **BRIAN REESE** <br> **PO BOX 775** <br> **DONNELLY, ID  83615-0775** | | | **2007-2008 goods or services for construction** | | | X | 284.58 |
| ACCOUNT NO. <br> **Brundage** <br> **3890 Gooselake Road** <br> **McCall, ID  83638** | | | **2007-2008 goods or services for construction** | | | X | 2,000.00 |
| ACCOUNT NO. <br> **BUILDERS LIGHTING** <br> **8174 W RIFLEMAN ST** <br> **BOISE, ID  83704-9000** | | | **2007-2008 goods or services for construction** | | | X | 196.84 |
| ACCOUNT NO. <br> **BURTON SNOWBOARDS** <br> **PO BOX 11626** <br> **TACOMA, WA  98411-6626** | | | **2007-2008 goods or services for construction** | | | X | 32,878.61 |
| ACCOUNT NO. <br> **CADform** <br> **1050 Lake Havasu Ave N Ste A** <br> **Lake Havasu City, AZ  86403-1913** | | | **2007-2008 goods or services for construction** | | | X | 860.00 |
| ACCOUNT NO. <br> **CALDWELL TRANSPORTATION CO., INC** <br> **PO BOX 607** <br> **CALDWELL, ID  83606-0607** | | | **2007-2008 goods or services for construction** | | | X | 37,642.50 |

Sheet no. __8__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **100,137.53**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                           Case No. **09-03911-TLM**
_____                                  _____
              Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CALIX**<br>**1035 N McDowell Blvd**<br>**Petaluma, CA  94954-1173** | | | **2007-2008 goods or services for construction** | | | X | 14,685.21 |
| ACCOUNT NO.<br>**CAMELBAK**<br>**1310 Redwood Way Ste C**<br>**Petaluma, CA  94954-6514** | | | **2007-2008 goods or services for construction** | | | X | 1,712.92 |
| ACCOUNT NO.<br>**CANDELA**<br>**720 OLIVE WAY STE 1400**<br>**SEATTLE, WA  98101-1853** | | | **2007-2008 goods or services for construction** | | | X | 2,491.50 |
| ACCOUNT NO.<br>**Carlson Wagonlit Travel**<br>**460 S Waverly Rd**<br>**Holland, MI  49423-9126** | | | **2007-2008 goods or services for construction** | | | X | 93.80 |
| ACCOUNT NO.<br>**CATAPULT**<br>**5017 W GAGE ST**<br>**BOISE, ID  83706-1517** | | | **2007-2008 goods or services for construction** | | | X | 763.20 |
| ACCOUNT NO.<br>**CATERPILLAR FINANCIAL SERVICES**<br>**P.O. BOX 100647**<br>**PASADENA, CA  91189-0647** | | | **2007-2008 goods or services for construction** | | | X | 5,555.78 |
| ACCOUNT NO.<br>**CDW DIRECT**<br>**PO Box 75723**<br>**Chicago, IL  60675-5723** | | | **2007-2008 goods or services for construction** | | | X | 409.48 |

Sheet no. ___**9**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 25,711.89

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                     Case No. **09-03911-TLM**

Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CED MCCALL** <br> **PO BOX 5580** <br> **KENT, WA  98064-5580** | | | **2007-2008 goods or services for construction** | | | X | 291.75 |
| ACCOUNT NO. <br><br> **Century Marketing** <br> **12836 S Dixie Hwy** <br> **Bowling Green, OH  43402-9697** | | | **2007-2008 goods or services for construction** | | | X | 310.41 |
| ACCOUNT NO. <br><br> **CERTIFIED FOLDER DISPLAY SERVICE, INC** <br> **1120 JOSHUA WAY** <br> **VISTA, CA  92081-7835** | | | **2007-2008 goods or services for construction** | | | X | 3,843.71 |
| ACCOUNT NO. <br><br> **CESCO** <br> **2000 E OVERLAND RD** <br> **MERIDIAN, ID  83642-6665** | | | **2007-2008 goods or services for construction** | | | X | 2,946.26 |
| ACCOUNT NO. <br><br> **CHARIOT CARRIER INC** <br> **BAY F 6810 6TH ST SE** <br> **CALGARY, AB  T2H 2K4** | | | **2007-2008 goods or services for construction** | | | X | 229.00 |
| ACCOUNT NO. <br><br> **Chris Costa** <br> **PO Box 772** <br> **Donnelly, ID  83615-0772** | | | **wages** | | | X | 4,826.31 |
| ACCOUNT NO. <br><br> **CINTAS** <br> **PO Box 97627** <br> **Chicago, IL  60678-7627** | | | **2007-2008 goods or services for construction** | | | X | 352.72 |

Sheet no. **10** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **12,800.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cit Group/Commercial Srvcs Inc.<br>505 5th Ave<br>New York, NY  10017-4917 | | | 2007-2008 goods or services for construction | | | X | 1,914.97 |
| ACCOUNT NO.<br><br>City of Donnelly<br>PO Box 725<br>Donnelly, ID  83615-0725 | | | 2007-2008 goods or services for construction | | | X | 786.52 |
| ACCOUNT NO.<br><br>CLASSIC DESIGN STUDIO, INC.<br>412 S 6TH ST<br>BOISE, ID  83702-7631 | | | 2007-2008 goods or services for construction | | | X | 477.00 |
| ACCOUNT NO.<br><br>Cleanup and Total Restoration<br>PO Box 2037<br>McCall, ID  83638-2037 | | | 2007-2008 goods or services for construction | | | X | 5,417.97 |
| ACCOUNT NO.<br><br>CLEAR VOICE TELECOM<br>1880 S Cobalt Point Way Ste 100<br>Meridian, ID  83642-5893 | | | 2007-2008 goods or services for construction | | | X | 1,590.22 |
| ACCOUNT NO.<br><br>Clearvoice Telecom<br>1880 S Cobalt Point Way Ste 300<br>Meridian, ID  83642-5893 | | | 2007-2008 goods or services for construction | | | X | 1,912.52 |
| ACCOUNT NO.<br><br>Clearwater Concrete, Inc.<br>PO Box 2270<br>McCall, ID  83638-2270 | | | 2007-2008 goods or services for construction | | | X | 1,038.18 |

Sheet no. __11__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,137.38

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                             Case No. **09-03911-TLM**
_____                          _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CLOVERDALE NURSERY**<br>**2528 N CLOVERDALE RD**<br>**BOISE, ID  83713-4988** | | | **2007-2008 goods or services for construction** | | | X | 650.00 |
| ACCOUNT NO.<br>**COLUMBIA ELECTRIC SUPPLY**<br>**PO BOX 4235**<br>**BOISE, ID  83711-4235** | | | **2007-2008 goods or services for construction** | | | X | 3,628.21 |
| ACCOUNT NO.<br>**Comp USA**<br>**PO Box 200670**<br>**Dallas, TX  75320-0670** | | | **2007-2008 goods or services for construction** | | | X | 14.28 |
| ACCOUNT NO.<br>**COMSTOCK SEED**<br>**917 HIGHWAY 88**<br>**GARDNERVILLE, NV  89460-7551** | | | **2007-2008 goods or services for construction** | | | X | 222.97 |
| ACCOUNT NO.<br>**Concrete Construction Supply**<br>**1900 E Lanark St**<br>**Meridian, ID  83642-5923** | | | **2007-2008 goods or services for construction** | | | X | 551.20 |
| ACCOUNT NO.<br>**CONRAD & BISCHOFF, INC.**<br>**PO BOX 50106**<br>**IDAHO FALLS, ID  83405-0106** | | | **2007-2008 goods or services for construction** | | | X | 1,481.90 |
| ACCOUNT NO.<br>**CONVERGENCE SYSTEMS**<br>**9275 Trade Pl Ste H**<br>**San Diego, CA  92126-6318** | | | **2007-2008 goods or services for construction** | | | X | 2,198.10 |

Sheet no. __12__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,746.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____
Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**COPPER CONFERENCING**<br>DEPT AT 952323<br>ATLANTA, GA  31192-2323 | | | **2007-2008 goods or services for construction** | | | X | 189.93 |
| ACCOUNT NO.<br>**CORBEAU**<br>727 W 14881 S<br>Bluffdale, UT  84065-4909 | | | **2007-2008 goods or services for construction** | | | X | 300.00 |
| ACCOUNT NO.<br>**CORETEX PRODUCTS, INC**<br>1850 Sunnyside Ct<br>Bakersfield, CA  93308-6823 | | | **2007-2008 goods or services for construction** | | | X | 777.09 |
| ACCOUNT NO.<br>**Cox Castle & Nicholson LLP**<br>2049 Century Park E 28th Fl<br>Los Angeles, CA  90067-3101 | | | **2007-2008 goods or services for construction** | X | X | X | 100,000.00 |
| ACCOUNT NO.<br>**CRADR**<br>C/O Advisory Group Inc.<br>4841 S Xenia St<br>Denver, CO  80237-2956 | | | **2007-2008 goods or services for construction** | | | X | 800.00 |
| ACCOUNT NO.<br>**CREATE FOR OUR CHILDREN**<br>PO BOX 2370<br>KETCHUM, ID  83340-2370 | | | **2007-2008 goods or services for construction** | | | X | 437.50 |
| ACCOUNT NO.<br>**CREATIVE ANGLE, INC.**<br>PO BOX 1507<br>DILLON, CO  80435-1507 | | | **2007-2008 goods or services for construction** | | | X | 1,212.44 |

Sheet no. __13__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **103,716.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CREATIVE PIG MINDS** <br> 105 HALL ST <br> ROCKFORD, IL  61107-4109 | | | 2007-2008 goods or services for construction | | | X | 3,391.56 |
| ACCOUNT NO. <br> **CSC** <br> PO BOX 13397 <br> PHILADELPHIA, PA  19101-3397 | | | 2007-2008 goods or services for construction | | | X | 10,054.93 |
| ACCOUNT NO. <br> **CSHQA** <br> C.W. Moore Plaza <br> 250 S 5th St <br> Boise, ID  83702-7713 | | | 2007-2008 goods or services for construction | | | X | 793.28 |
| ACCOUNT NO. <br> **CT CORPORATION SYSTEM** <br> PO BOX 4349 <br> CAROL STREAM, IL  60197-4349 | | | 2007-2008 goods or services for construction | | | X | 853.50 |
| ACCOUNT NO. <br> **CUMMINS ROCKY MOUNTAIN LLC** <br> P.O. BOX 894418 <br> LOS ANGELES, CA  90189-4418 | | | 2007-2008 goods or services for construction | | | X | 434.01 |
| ACCOUNT NO. <br> **DAKINE** <br> 408 COLUMBIA ST <br> HOOD RIVER, OR  97031-2044 | | | 2007-2008 goods or services for construction | | | X | 16,351.84 |
| ACCOUNT NO. <br> **Dan River Inc.** <br> PO Box 601031 <br> Charlotte, NC  28260-1031 | | | 2007-2008 goods or services for construction | | | X | 4,316.78 |

Sheet no. **14** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **36,195.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____                                 _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Danny's Welding** <br> **215 Industrial Loop** <br> **PO Box 128** <br> **McCall, ID 83638-0128** | | | **2007-2008 goods or services for construction** | | | X | 4,484.72 |
| ACCOUNT NO. <br> **DANNY'S WELDING** <br> **215 Industrial Loop** <br> **PO Box 128** <br> **McCall, ID 83638-0128** | | | **2007-2008 goods or services for construction** | | | X | 854.95 |
| ACCOUNT NO. <br> **DARLING INTERNATIONAL** <br> **PO Box 552210** <br> **Detroit, MI 48255-2210** | | | **2007-2008 goods or services for construction** | | | X | 93.34 |
| ACCOUNT NO. <br> **DAVE BUTLER** <br> **1804 LEMHI ST** <br> **BOISE, ID 83705-4208** | | | **2007-2008 goods or services for construction** | | | X | 525.00 |
| ACCOUNT NO. <br> **DAVID KIRCHHOFF** <br> **1620 TIBURON BLVD** <br> **TIBURON, CA 94920-2512** | | | **2007-2008 goods or services for construction** | | | X | 1,945.00 |
| ACCOUNT NO. <br> **De Lage Landen Financial Services** <br> **PO Box 41601** <br> **Philadelphia, PA 19101-1601** | | | **2007-2008 goods or services for construction** | | | X | 3,600.48 |
| ACCOUNT NO. <br> **DECKERS OUTDOOR CORP.** <br> **495 S Fairview Ave Ste A** <br> **Goleta, CA 93117-3681** | | | **2007-2008 goods or services for construction** | | | X | 4,432.96 |

Sheet no. _____**15**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 15,936.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **DECLEOR** <br> **100 TOKENEKE RD** <br> **DARIEN, CT  06820-4825** | | | **2007-2008 goods or services for construction** | | | X | 3,612.40 |
| ACCOUNT NO. <br><br> **DELAWARE CORPORATE SERVICES INC** <br> 1220 N Market St Ste 850 <br> Wilmington, DE  19801-2535 | | | **2007-2008 goods or services for construction** | | | X | 8,009.50 |
| ACCOUNT NO. <br><br> **DENNIS DILLON AUTO PARK** <br> **2777 S ORCHARD ST** <br> **BOISE, ID  83705-3761** | | | **2007-2008 goods or services for construction** | | | X | 1,535.73 |
| ACCOUNT NO. <br><br> **Dennis Schlosser** <br> **25502 74th Ave S** <br> **Kent, WA  98032-5875** | | | **2007-2008 goods or services for construction** | | | X | 54.00 |
| ACCOUNT NO. <br><br> **DESCENTE NORTH AMERICA** <br> **2550 WASHINGTON BLVD STE 200** <br> **OGDEN, UT  84401-3121** | | | **2007-2008 goods or services for construction** | | | X | 14,627.01 |
| ACCOUNT NO. <br><br> **DESIGN SPACE MODULAR BUILDINGS** <br> 2235 Encinitas Blvd Ste 111 <br> Encinitas, CA  92024-4356 | | | **2007-2008 goods or services for construction** | | | X | 1,222.04 |
| ACCOUNT NO. <br><br> **Diana Schlegle** <br> **506 S State St** <br> **Grangeville, ID  83530-2034** | | | **wage claim** | | | X | 1,369.17 |

Sheet no. __16__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,429.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC** Debtor(s) Case No. **09-03911-TLM** (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DIGI-KEY**<br>**701 Brooks Ave S**<br>**Thief River Falls, MN 56701-2757** | | | **2007-2008 goods or services for construction** | | | **X** | **3,815.12** |
| ACCOUNT NO.<br>**DISPENSER AMENITIES**<br>**201 CHRISLEA ROAD**<br>**VAUGHN, ON, L4L 8N6** | | | **2007-2008 goods or services for construction** | | | **X** | **732.80** |
| ACCOUNT NO.<br>**DONALD K. WEILMUNSTER**<br>**PO BOX 4**<br>**GARDEN VALLEY, ID 83622-0004** | | | **2007-2008 goods or services for construction** | | | **X** | **1,900.00** |
| ACCOUNT NO.<br>**Donnelly Bible Church**<br>**PO Box 775**<br>**Donnelly, ID 83615-0775** | | | **2007-2008 goods or services for construction** | | | **X** | **5,000.00** |
| ACCOUNT NO.<br>**DONNELLY CHAMBER OF COMMERCE**<br>**PO BOX 83**<br>**DONNELLY, ID 83615-0083** | | | **2007-2008 goods or services for construction** | | | **X** | **60.00** |
| ACCOUNT NO.<br>**Donnelly Post Office**<br>**186 N Main St**<br>**Donnelly, ID 83615-5013** | | | **2007-2008 goods or services for construction** | | | **X** | **1,055.36** |
| ACCOUNT NO.<br>**DONNELLY RURAL FIRE DEPARTMENT**<br>**PO BOX 382**<br>**DONNELLY, ID 83615-0382** | | | **2007-2008 goods or services for construction** | | | **X** | **676.00** |

Sheet no. **17** of **77** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **13,239.28**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                          Case No. **09-03911-TLM**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**DORFMAN-PACIFIC CO NW 5412 PO BOX 1450 MINNEAPOLIS, MN 55480-1450** | | | **2007-2008 goods or services for construction** | | | X | 2,970.31 |
| ACCOUNT NO. <br><br>**DOUGLAS GAMEL PO BOX 514 DONNELLY, ID 83615-0514** | | | **2007-2008 goods or services for construction** | | | X | 420.41 |
| ACCOUNT NO. <br><br>**Douglas Hodson 10618 SE Kent Kangley Rd Ste 101 Kent, WA 98030-9048** | | | **2007-2008 goods or services for construction** | | | X | 441.00 |
| ACCOUNT NO. <br><br>**DOWNTOWN STORAGE CENTER 510 S 11TH ST BOISE, ID 83702-6907** | | | **2007-2008 goods or services for construction** | | | X | 100.32 |
| ACCOUNT NO. <br><br>**DREAMWORKS CONSTRUCTION, INC. PO Box 145 Donnelly, ID 83615-0145** | | | **2007-2008 goods or services for construction** | | | X | 12,637.55 |
| ACCOUNT NO. <br><br>**Driveline Service of Boise 7577 Lemhi St Boise, ID 83709-2838** | | | **2007-2008 goods or services for construction** | | | X | 214.34 |
| ACCOUNT NO. <br><br>**DVORAK MARKETING GROUP, INC 1064 W Bombay Way Palatine, IL 60067-4874** | | | **2007-2008 goods or services for construction** | | | X | 3,500.00 |

Sheet no. __18__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 20,283.93

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Ecolab**<br>**PO Box 100512**<br>**Pasadena, CA  91189-0512** | | | **2007-2008 goods or services for construction** | | | X | 2,954.04 |
| ACCOUNT NO. <br><br>**ECOLAB PEST ELIMINATION DIVISION**<br>**PO Box 6007**<br>**Grand Forks, ND  58206-6007** | | | **2007-2008 goods or services for construction** | | | X | 15,038.05 |
| ACCOUNT NO. <br><br>**EDAW INC.**<br>**Dept 9269-10**<br>**Los Angeles, CA  90084-9269** | | | **2007-2008 goods or services for construction** | | | X | 44,897.30 |
| ACCOUNT NO. <br><br>**Edward Orcutt, CPA**<br>**10618 SE Kent Kangley Rd**<br>**Kent, WA  98030-9048** | | | **2007-2008 goods or services for construction** | | | X | 335.00 |
| ACCOUNT NO. <br><br>**Edwin Eijckelhof**<br>**5888 S Schooner Way**<br>**Boise, ID  83716-9048** | | | **Default judgment entered 4/16/09** | | | X | 83,633.18 |
| ACCOUNT NO. <br><br>**Eide Bailly**<br>**877 W Main St Ste 805**<br>**Boise, ID  83702-5883** | | | **2007-2008 goods or services for construction** | | | X | 9,500.00 |
| ACCOUNT NO. <br><br>**Electric Time Company**<br>**97 West St**<br>**Medfield, MA  02052-1513** | | | **2007-2008 goods or services for construction** | | | X | 3,250.00 |

Sheet no. **19** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **159,607.57**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____                              _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ENGINEERED FILTRATION, INC.** <br> PO BOX 898 <br> MANCHESTER, CT 06045-0898 | | | **2007-2008 goods or services for construction** | | | X | 225.81 |
| ACCOUNT NO. <br> **Environmental Protection Agency** <br> 1435 N Orchard St <br> Boise, ID 83706-2239 | | | **2007-2008 goods or services for construction** | | | X | 100,000.00 |
| ACCOUNT NO. <br> **ES DRAKE** <br> 350 N 9TH ST <br> BOISE, ID 83702-5459 | | | **2007-2008 goods or services for construction** | | | X | 10,500.00 |
| ACCOUNT NO. <br> **ESD WASTE2WATER INC** <br> 2140 NE 36th Ave <br> Ocala, FL 34470-3183 | | | **2007-2008 goods or services for construction** | | | X | 622.75 |
| ACCOUNT NO. <br> **EUROBUNGY U.S.A.** <br> 10338 SW 187TH ST <br> CUTLER BAY, FL 33157-6827 | | | **2007-2008 goods or services for construction** | | | X | 2,601.80 |
| ACCOUNT NO. <br> **EX OFFICIO** <br> PO BOX 915199 <br> DALLAS, TX 75391-5199 | | | **2007-2008 goods or services for construction** | | | X | 2,146.26 |
| ACCOUNT NO. <br> **FALLINE CORP.** <br> 4625 Aircenter Cir <br> Reno, NV 89502-5948 | | | **2007-2008 goods or services for construction** | | | X | 38.98 |

Sheet no. __20__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **116,135.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                     Case No. **09-03911-TLM**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**FEDEX<br>PO BOX 94515<br>PALATINE, IL  60055-0306** | | | **2007-2008 goods or services for construction** | | | X | 566.45 |
| ACCOUNT NO.<br><br>**Fenton's Office Solutions<br>1720 Woodruff Park<br>Idaho Falls, ID  83401-3329** | | | **2007-2008 goods or services for construction** | | | X | 55.12 |
| ACCOUNT NO.<br><br>**FIBERPIPE<br>10215 W EMERALD ST STE 160<br>BOISE, ID  83704-8901** | | | **2007-2008 goods or services for construction** | | | X | 174.85 |
| ACCOUNT NO.<br><br>**FIREWORKS & STAGE FX AMERICA, INC.<br>PO Box 488<br>Lakeside, CA  92040-0488** | | | **2007-2008 goods or services for construction** | | | X | 5,050.00 |
| ACCOUNT NO.<br><br>**FISCHER SKI'S US.<br>60 Dartmouth Dr<br>Auburn, NH  03032-3981** | | | **2007-2008 goods or services for construction** | | | X | 106.62 |
| ACCOUNT NO.<br><br>**Fish Marketing<br>107 SE Washington St Ste 645<br>Portland, OR  97214-2235** | | | **2007 marketing for resort** | | | X | 487,924.33 |
| ACCOUNT NO. **9804**<br><br>**Fisher's Document Systems<br>575 E 42nd St<br>Boise, ID  83714-6322** | | | **2007-2008 goods or services for construction** | | | X | 82,053.67 |

Sheet no. _____**21**____ of ____**77**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **575,931.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**FISHERS OFFICE EQUIPMENT**<br>PO BOX 31001-0273<br>PASADENA, CA  91110-0273 | | | **2007-2008 goods or services for construction** | | | X | 19,739.18 |
| ACCOUNT NO. <br><br>**FLEETSTREET**<br>PO BOX 8415<br>BOISE, ID 83707-2415 | | | **2007-2008 goods or services for construction** | | | X | 168.87 |
| ACCOUNT NO. <br><br>**FLIGHT OF FANCY**<br>PO BOX 280<br>DONNELLY, ID  83615-0280 | | | **2007-2008 goods or services for construction** | | | X | 370.73 |
| ACCOUNT NO. <br><br>**FLORA COMPANY**<br>4988 PEACEFUL CV<br>BOISE, ID  83714-9615 | | | **2007-2008 goods or services for construction** | | | X | 3,750.81 |
| ACCOUNT NO. <br><br>**FLUID CONNECTOR PRODUCTS**<br>PO BOX 10308<br>PORTLAND, OR  97296-0308 | | | **2007-2008 goods or services for construction** | | | X | 11,960.50 |
| ACCOUNT NO. <br><br>**FOERSTEL DESIGN**<br>753 S WALNUT ST<br>BOISE, ID  83712-7732 | | | **2007-2008 goods or services for construction** | | | X | 30,914.90 |
| ACCOUNT NO. <br><br>**FOOD SERVICES OF AMERICA**<br>PO BOX 34846<br>SEATTLE, WA  98124-1846 | | | **2007-2008 goods or services for construction** | | | X | 886.77 |

Sheet no. __22__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 67,791.76

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                          Case No. **09-03911-TLM**
_____                      _____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FOREFRONT GOLF<br>835 BILL JONES IND DR<br>SPRINGFIELD, TN  37172-5014 | | | 2007-2008 goods or services for construction | | | X | 1,646.70 |
| ACCOUNT NO.<br>Franklin Building Supply<br>PO Box 1737<br>McCall, ID  83638-1737 | | | 2007-2008 goods or services for construction | | | X | 265.27 |
| ACCOUNT NO.<br>Fresh & Wild<br>PO Box 2981<br>Vancouver, WA  98668-2981 | | | 2007-2008 goods or services for construction | | | X | 382.32 |
| ACCOUNT NO.<br>FRONTIER<br>PO BOX 79163<br>PHOENIX, AZ  85062-9163 | | | 2007-2008 goods or services for construction | | | X | 7,821.83 |
| ACCOUNT NO.<br>Frontier Communications<br>PO Box 340<br>Elk Grove, CA  95759-0340 | | | 2007-2008 goods or services for construction | | | X | 1,711.91 |
| ACCOUNT NO.<br>FRONTIER COMMUNICATIONS<br>PO Box 340<br>Elk Grove, CA  95759-0340 | | | 2007-2008 goods or services for construction | | | X | 117.13 |
| ACCOUNT NO.<br>FUSION IMAGING<br>601 Boro St<br>Kaysville, UT  84037-3122 | | | 2007-2008 goods or services for construction | | | X | 472.02 |

Sheet no. __23__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 12,417.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                        Case No. **09-03911-TLM**
                      Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gabe Boulton**<br>**309 Village Dr**<br>**Donnelly, ID  83615** | | | **2007-2008 goods or services for construction** | | | X | 300.00 |
| ACCOUNT NO.<br><br>**GCSAA MEMBERSHIP DEPT.**<br>**1421 Research Park Dr**<br>**Lawrence, KS  66049-3858** | | | **2007-2008 goods or services for construction** | | | X | 50.00 |
| ACCOUNT NO.<br><br>**Givens Pursley LLP**<br>**PO Box 2720**<br>**Boise, ID  83701-2720** | | | **2007-2008 goods or services for construction** | | | X | 2,204.48 |
| ACCOUNT NO.<br><br>**GLASS PRO**<br>**809 N 3rd St Ste B**<br>**McCall, ID  83638-3806** | | | **2007-2008 goods or services for construction** | | | X | 1,440.08 |
| ACCOUNT NO.<br><br>**GLOBAL STAR USA**<br>**PO BOX 30519**<br>**LOS ANGELES, CA  90030-0519** | | | **2007-2008 goods or services for construction** | | | X | 91.13 |
| ACCOUNT NO.<br><br>**GLOBAL TRAVEL**<br>**900 W JEFFERSON ST**<br>**BOISE, ID  83702-5436** | | | **2007-2008 goods or services for construction** | | | X | 9,943.45 |
| ACCOUNT NO.<br><br>**GRABBER PERFORMANCE GROUP**<br>**4600 DANVERS DR SE**<br>**GRAND RAPIDS, MI  49512-4019** | | | **2007-2008 goods or services for construction** | | | X | 1,985.97 |

Sheet no. **24** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **16,015.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____          _____
Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**GRAINGER**<br>**PO BOX 419267**<br>**KANSAS CITY, MO  64141-6267** | | | **2007-2008 goods or services for construction** | | | X | 416.72 |
| ACCOUNT NO.<br><br>**Gram Sage Graves**<br>**144 Railroad Ave Ste 102**<br>**Edmonds, WA  98020-7207** | | | **2007-2008 goods or services for construction** | | | X | 2,312.50 |
| ACCOUNT NO.<br><br>**GRAYBAR**<br>**FILE 57073**<br>**LOS ANGELES, CA  90074-0001** | | | **2007-2008 goods or services for construction** | | | X | 51.32 |
| ACCOUNT NO.<br><br>**Green Planet, Inc.**<br>**679 SE Business Way**<br>**Bend, OR  97702-1212** | | | **2007-2008 goods or services for construction** | | | X | 500.00 |
| ACCOUNT NO.<br><br>**GREG HOLCOMB**<br>**627 Barbara Ave**<br>**Solana Beach, CA  92075-1204** | | | **2007-2008 goods or services for construction** | | | X | 39.16 |
| ACCOUNT NO.<br><br>**GUARDIAN COLLEGE**<br>**391 N Ancestor Pl Ste 100**<br>**Boise, ID  83704-2500** | | | **2007-2008 goods or services for construction** | | | X | 500.50 |
| ACCOUNT NO.<br><br>**GUEST-TEK**<br>**Department At 952235**<br>**Atlanta, GA  31192-2235** | | | **2007-2008 goods or services for construction** | | | X | 42,263.76 |

Sheet no. __25__ of __77__ continuation sheets attached to                                     Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)  $    **46,083.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____Debtor(s)_____                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GUEST-TEK INTERACTIVE ENTERTAINMENT LTD**<br>Department At 952235<br>Atlanta, GA 31192-2235 | | | **2007-2008 goods or services for construction** | | | X | 6,923.37 |
| ACCOUNT NO.<br>**HANNAFIN CONSULTING**<br>**12 Laurel Way**<br>**PO Box 466**<br>**Norfolk, CT 06058-0466** | | | **2007-2008 goods or services for construction** | | | X | 1,200.00 |
| ACCOUNT NO.<br>**HARBOR FREIGHT TOOLS**<br>**10296 FAIRVIEW AVE**<br>**BOISE, ID 83704-8011** | | | **2007-2008 goods or services for construction** | | | X | 1,472.14 |
| ACCOUNT NO.<br>**HARLOW'S BUS SERVICE**<br>**14030 HIGHWAY 55**<br>**MCCALL, ID 83638-5015** | | | **2007-2008 goods or services for construction** | | | X | 2,254.75 |
| ACCOUNT NO.<br>**Heady's Power Products**<br>**PO Box 4041**<br>**McCall, ID 83638-8041** | | | **Default judgment entered 8/27/08** | | | X | 1,865.28 |
| ACCOUNT NO.<br>**HEARTLAND HOMES OF IDAHO**<br>**PO Box 392**<br>**Donnelly, ID 83615-0392** | | | **2007-2008 goods or services for construction** | | | X | 1,497.00 |
| ACCOUNT NO.<br>**HELLY HANSEN**<br>**P.O. BOX 933501**<br>**ATLANTA, GA 31193-3501** | | | **2007-2008 goods or services for construction** | | | X | 12,666.22 |

Sheet no. __26__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,878.76

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>HelmsBriscoe<br>20875 N 90th Pl<br>Scottsdale, AZ 85255-9161 | | | 2007-2008 goods or services for construction | | | X | 1,087.00 |
| ACCOUNT NO. <br><br>HESTRA<br>621 Corporate Cir Ste F<br>Golden, CO 80401-5659 | | | 2007-2008 goods or services for construction | | | X | 662.24 |
| ACCOUNT NO. <br><br>HIGH MARK, INC<br>1710 S Roosevelt St<br>Boise, ID 83705-2824 | | | 2007-2008 goods or services for construction | | | X | 349.36 |
| ACCOUNT NO. <br><br>HIGHCENTER EQUITIES LLC/E144<br>3130 CROW CANYON PL STE 170<br>SAN RAMON, CA 94583-1346 | | | 2007-2008 goods or services for construction | | | X | 1,253.15 |
| ACCOUNT NO. <br><br>HILLCREST FLORAL<br>5204 Overland Rd<br>Boise, ID 83705-2693 | | | 2007-2008 goods or services for construction | | | X | 126.95 |
| ACCOUNT NO. <br><br>HINSON POWER SPORTS<br>PO BOX 1590<br>MCCALL, ID 83638-1590 | | | 2007-2008 goods or services for construction | | | X | 1,299.26 |
| ACCOUNT NO. <br><br>HOBART CORPORATION<br>7479 Lemhi St<br>Boise, ID 83709-2836 | | | 2007-2008 goods or services for construction | | | X | 2,400.00 |

Sheet no. __27__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 7,177.96

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                              Case No. **09-03911-TLM**

Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Holly Wild Dyson<br>PO Box 3067<br>McCall, ID 83638-3067 | | | judgment entered | | | X | 9,016.63 |
| ACCOUNT NO. <br><br>HOT SHOTS INC.<br>PO BOX 1277<br>MERIDIAN, ID 83680-1277 | | | 2007-2008 goods or services for construction | | | X | 238.84 |
| ACCOUNT NO. <br><br>HSBC Business Solutions (Office Max)<br>590 W Crossville Rd Ste 104<br>Roswell, GA 30075-7512 | | | 2007-2008 goods or services for construction | | | X | 331.22 |
| ACCOUNT NO. <br><br>HUGE SPORTSWEAR<br>850 W 1700 S Ste 1<br>Salt Lake City, UT 84104-1744 | | | 2007-2008 goods or services for construction | | | X | 1,060.30 |
| ACCOUNT NO. <br><br>Hydro Logic, Inc.<br>1002 W Franklin St<br>Boise, ID 83702-5431 | | | 2007-2008 goods or services for construction | | | X | 24,127.05 |
| ACCOUNT NO. <br><br>IACI<br>PO BOX 389<br>BOISE, ID 83701-0389 | | | 2007-2008 goods or services for construction | | | X | 10,000.00 |
| ACCOUNT NO. <br><br>IC PRINT<br>PO Box 7894<br>Boise, ID 83707-1894 | | | 2007-2008 goods or services for construction | | | X | 14.70 |

Sheet no. __28__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **44,788.74**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC             Case No. **09-03911-TLM**

Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>ICE BREAKER USA <br>PO BOX 7249 <br>KETCHUM, ID 83340-7151 | | | 2007-2008 goods or services for construction | | | X | 5.54 |
| ACCOUNT NO. <br><br>Icelantic <br>948 W 8th Ave <br>Denver, CO 80204-4350 | | | 2007-2008 goods or services for construction | | | X | 3,129.00 |
| ACCOUNT NO. <br><br>IDAHO DIVISION OF BUILDING SAFETY <br>Elevator Program <br>Meridian, ID 83642 | | | 2007-2008 goods or services for construction | | | X | 925.00 |
| ACCOUNT NO. <br><br>Idaho Forest Products <br>PO Box 307 <br>Horseshoe Bend, ID 83629-0307 | | | 2007-2008 goods or services for construction | | | X | 3,571.58 |
| ACCOUNT NO. <br><br>IDAHO GOLF ASSOCIATION <br>PO BOX 9958 <br>BOISE, ID 83707-5958 | | | 2007-2008 goods or services for construction | | | X | 450.00 |
| ACCOUNT NO. <br><br>IDAHO GOLF COURSE SUPERINTENDENTS <br>PO Box 348 <br>Shelby, MT 59474-0348 | | | 2007-2008 goods or services for construction | | | X | 90.00 |
| ACCOUNT NO. <br><br>Idaho Golf Course Superintendents Assoc <br>PO Box 807 <br>Lolo, MT 59847-0807 | | | 2007-2008 goods or services for construction | | | X | 55.00 |

Sheet no. __29__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,226.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IDAHO MARINE, INC.**<br>**4000 W FAIRVIEW AVE**<br>**BOISE, ID 83706-2432** | | | **2007-2008 goods or services for construction** | | | X | 65.00 |
| ACCOUNT NO.<br>**Idaho State Tax Commission**<br>**PO Box 76**<br>**Boise, ID 83707-0076** | | | | | | X | 96.00 |
| ACCOUNT NO.<br>**IDAHO TRANSMISSION WAREHOUSE**<br>**2175 CENTURION PL**<br>**BOISE, ID 83709-2865** | | | **2007-2008 goods or services for construction** | | | X | 427.11 |
| ACCOUNT NO.<br>**Idaho's All Season**<br>**892 Northwood Stream**<br>**Eagle, ID 83616** | | | **2007-2008 goods or services for construction** | | | X | 22,432.20 |
| ACCOUNT NO.<br>**INGRAM MICRO**<br>**PO Box 90341**<br>**Chicago, IL 60696-0341** | | | **2007-2008 goods or services for construction** | | | X | 496.89 |
| ACCOUNT NO.<br>**INGRAM MICRO INC.**<br>**PO Box 90341**<br>**Chicago, IL 60696-0341** | | | **2007-2008 goods or services for construction** | | | X | 655.07 |
| ACCOUNT NO.<br>**Inland Crane**<br>**C/O Batt Fisher Pusch Alderman LLP**<br>**PO Box 1308**<br>**Boise, ID 83701-1308** | | | **2007-2008 goods or services for construction, subcontractor to Banner/Sabey** | X | X | X | 0.00 |

Sheet no. **30** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,172.27

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**INSPECTION & VALUATION INTERNATIONAL, IN**<br>**105 CORPORATE PARK DR STE 115**<br>**WEST HARRISON, NY 10604-3814** | | | **2007-2008 goods or services for construction** | | | X | 6,241.04 |
| ACCOUNT NO.<br>**INTERCALL**<br>**PO BOX 281866**<br>**ATLANTA, GA 30384-1866** | | | **2007-2008 goods or services for construction** | | | X | 7,999.57 |
| ACCOUNT NO.<br>**INTERMOUNTAIN DESIGN, INC**<br>**7840 GRATZ DR**<br>**BOISE, ID 83709-0771** | | | **2007-2008 goods or services for construction** | | | X | 50.00 |
| ACCOUNT NO.<br>**INTERNATIONAL MINUTE PRESS**<br>**6980 OVERLAND RD**<br>**BOISE, ID 83709-1907** | | | **2007-2008 goods or services for construction** | | | X | 4,899.46 |
| ACCOUNT NO.<br>**INTERSPACE AIRPORT ADVERTISING**<br>**4635 CRACKERSPORT RD**<br>**ALLENTOWN, PA 18104-9597** | | | **2007-2008 goods or services for construction** | | | X | 296.28 |
| ACCOUNT NO.<br>**INTERSTATE ELECTRIC SUPPLY**<br>**PO Box 8006**<br>**Boise, ID 83707-2006** | | | **2007-2008 goods or services for construction** | | | X | 51.28 |
| ACCOUNT NO.<br>**J & J CREATIONS**<br>**1664 SENDERO LN**<br>**BOISE, ID 83712-6626** | | | **2007-2008 goods or services for construction** | | | X | 50.88 |

Sheet no. _____31_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,588.51**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____                                    _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jacksons Food Stores, Inc.<br>3450 E Commercial Ct<br>Meridian, ID 83642-8915 | | | Judgment entered 5/22/08 | | | X | 59,914.28 |
| ACCOUNT NO.<br><br>JAN LOCHTENBERG<br>11 W 81st St # 8A<br>New York, NY 10024-6021 | | | 2007-2008 goods or services for construction | | | X | 170.24 |
| ACCOUNT NO.<br><br>JEAN-PIERRE BOESPFLUG<br>311 Village Dr PMB 3026<br>Tamarack, ID 83615-5014 | | | | | | X | 7,399.14 |
| ACCOUNT NO.<br><br>Jean-Pierre Boespflug<br>C/O Angstman, Johnson & Associates, PLLC<br>3649 N Lakeharbor Ln<br>Boise, ID 83703-6913 | | | Assignee or other notification for:<br>JEAN-PIERRE BOESPFLUG | | | | |
| ACCOUNT NO.<br><br>Jeffery Carroll<br>PO Box 750<br>Red Lodge, MT 59068-0750 | | | Wages/commissions earned in 2007-2008, judgment entered | | | X | 19,217.16 |
| ACCOUNT NO.<br><br>Jena Rae MacConkey<br>PO Box 552<br>Horseshoe Bend, ID 83629-0552 | | | Wages/commissions earned in 2007-2008, judgment entered | | | X | 11,712.65 |
| ACCOUNT NO.<br><br>Jennifer Mignerey<br>PO Box 88<br>Riggins, ID 83549-0088 | | | Wages/commissions earned in 2007-2008 | | | X | 0.00 |

Sheet no. __32__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **98,413.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jennifer Stiffler<br>2043 E Redwick Ct<br>Meridian, ID 83646-5617 | | | Wages/commissions earned in 2007-2008, default judgment entered 5/27/09 | | | X | 59,728.26 |
| ACCOUNT NO.<br>JERRY'S AUTO PARTS<br>PO BOX 605<br>COUNCIL, ID 83612-0605 | | | 2007-2008 goods or services for construction | | | X | 1,530.67 |
| ACCOUNT NO.<br>JESSICA FLYNN<br>4018 W IRVING ST<br>BOISE, ID 83706-2410 | | | 2007-2008 goods or services for construction | | | X | 1,400.00 |
| ACCOUNT NO.<br>JIM JEWETT<br>1560 S Carol St<br>Meridian, ID 83646-1839 | | | 2007-2008 goods or services for construction | | | X | 12,610.00 |
| ACCOUNT NO.<br>JONES & MITCHELL SPORTSWEAR, INC.<br>39009 TREASURY CENTER<br>CHICAGO, IL 60694-9000 | | | 2007-2008 goods or services for construction | | | X | 5,132.21 |
| ACCOUNT NO.<br>Journey House Travel<br>3410 Midcourt Rd Ste 123<br>Carrollton, TX 75006-4961 | | | 2007-2008 goods or services for construction | | | X | 601.30 |
| ACCOUNT NO.<br>Jughandle Water Company<br>PO Box 2750<br>McCall, ID 83638-2750 | | | 2007-2008 goods or services for construction | | | X | 2,142.21 |

Sheet no. **33** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 83,144.65

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**JUGHANDLE WATER COMPANY**<br>**PO BOX 2750**<br>**MCCALL, ID  83638-2750** | | | **2007-2008 goods or services for construction** | | | X | 1,050.46 |
| ACCOUNT NO.<br><br>**K2 SPORTS**<br>**PO Box 88967**<br>**Chicago, IL  60680-1967** | | | **2007-2008 goods or services for construction** | | | X | 32,088.03 |
| ACCOUNT NO.<br><br>**KAMAN INDUSTRIAL TECHNOLOGIES**<br>**213 W Wayne St**<br>**Fort Wayne, IN  46802-3605** | | | **2007-2008 goods or services for construction** | | | X | 14.42 |
| ACCOUNT NO.<br><br>**KC AUTO PAINT AND SUPPLIES, INC.**<br>**555 N ORCHARD ST**<br>**BOISE, ID  83706-1978** | | | **2007-2008 goods or services for construction** | | | X | 463.08 |
| ACCOUNT NO.<br><br>**KEIFFER DESIGN GROUP, INC.**<br>**1517 Main St**<br>**Boise, ID  83702-5252** | | | **2007-2008 goods or services for construction** | | | X | 9,695.88 |
| ACCOUNT NO.<br><br>**KELLER ASSOCIATES**<br>**131 SW 5th Ave Ste A**<br>**Meridian, ID  83642-8609** | | | **2007-2008 goods or services for construction** | | | X | 18,034.75 |
| ACCOUNT NO.<br><br>**KENNY & LANNEA PYLE SNOW REMOVAL**<br>**13640 MORRIS RANCH RD**<br>**MCCALL, ID  83638-5353** | | | **2007-2008 goods or services for construction** | | | X | 67.50 |

Sheet no. __34__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 61,414.12

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kesler Construction, Inc.**<br>**13801 Stewart Ct**<br>**McCall, ID 83638-5253** | | | **services rendered on Village Plaza, subcontractor to Banner/Sabey** | X | X | X | 18,499.22 |
| ACCOUNT NO.<br>**KEVIN KORNEGAY**<br>**1536 Arbor Ave**<br>**Los Altos, CA 94024-5913** | | | **2007-2008 goods or services for construction** | | | X | 360.00 |
| ACCOUNT NO.<br>**KEY EQUIPMENT FINANCE**<br>**PO BOX 203901**<br>**HOUSTON, TX 77216-3901** | | | **2007-2008 goods or services for construction** | | | X | 808.78 |
| ACCOUNT NO.<br>**KINKO'S**<br>**PO BOX 672085**<br>**DALLAS, TX 75267-2085** | | | **2007-2008 goods or services for construction** | | | X | 6,280.07 |
| ACCOUNT NO.<br>**Kit Yates**<br>**PO Box 975**<br>**Donnelly, ID 83615-0975** | | | **Wage claim** | | | X | 3,283.57 |
| ACCOUNT NO.<br>**Kittelson & Associates, Inc.**<br>**101 S Capitol Blvd Ste 301**<br>**Boise, ID 83702-7738** | | | **2007-2008 goods or services for construction** | | | X | 2,032.77 |
| ACCOUNT NO.<br>**KJUS USA**<br>**PO Box 2102**<br>**Cranbury, NJ 08512-0952** | | | **2007-2008 goods or services for construction** | | | X | 11,685.28 |

Sheet no. __35__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **42,949.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> KMCL - AM/FM <br> PO BOX 813 <br> MCCALL, ID 83638-0813 | | | 2007-2008 goods or services for construction | | | X | 471.00 |
| ACCOUNT NO. <br> KNIGHT EQUIPMENT COMPANY INC <br> PO Box 93 <br> Bowling Green, MO 63334-0093 | | | 2007-2008 goods or services for construction | | | X | 1,843.51 |
| ACCOUNT NO. <br> KONA USA <br> 2455 Salashan Loop <br> Ferndale, WA 98248-8308 | | | 2007-2008 goods or services for construction | | | X | 421.50 |
| ACCOUNT NO. <br> KOWALLIS AND RICHARDS, INC <br> PO BOX 15448 <br> BOISE, ID 83715-0448 | | | 2007-2008 goods or services for construction | | | X | 1,185.81 |
| ACCOUNT NO. <br> Lake Shore Disposal, Inc. <br> PO Box 2350 <br> McCall, ID 83638-2350 | | | 2007-2008 goods or services for construction | | | X | 16,289.75 |
| ACCOUNT NO. <br> LAKESHIRTS, INC. <br> PO BOX 52 <br> DETROIT LAKES, MN 56502-0052 | | | 2007-2008 goods or services for construction | | | X | 1,319.18 |
| ACCOUNT NO. <br> Lamvey, LLC <br> PO Box 2472 <br> McCall, ID 83638-2472 | | | 2007-2008 goods or services for construction | | | X | 2,800.00 |

Sheet no. __36__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,330.75

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                   Case No. **09-03911-TLM**
_____                                        _____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Larkspur Books** <br> **2440 N Bogus Basin Rd** <br> **Boise, ID 83702-0904** | | | **2007-2008 goods or services for construction** | | | X | **119.70** |
| ACCOUNT NO. <br> **LAUREN WARBOY** <br> **PO BOX 553** <br> **DONNELLY, ID 83615-0553** | | | **2007-2008 goods or services for construction** | | | X | **462.00** |
| ACCOUNT NO. <br> **LAWSON PRODUCTS, INC.** <br> **2689 PAYSPHERE CIRCLE** <br> **CHICAGO, IL 60674-0026** | | | **2007-2008 goods or services for construction** | | | X | **75.50** |
| ACCOUNT NO. <br> **LE Lodge LLC** <br> **533 E Riverside Dr Ste 200** <br> **Eagle, ID 83616-6585** | | | **Judgment entered 11/12/08; supplemental judgment entered 12/5/08** | | | X | **160,286.02** |
| ACCOUNT NO. <br> **LEADERSHIP ADVISORS, INC.** <br> **2214 S Tawny Woods Pl** <br> **Boise, ID 83706-4475** | | | **2007-2008 goods or services for construction** | | | X | **175.00** |
| ACCOUNT NO. <br> **Leitner-Poma of America, Inc.** <br> **Dept 0819** <br> **Denver, CO 80256-0819** | | | **2007-2008 goods or services for construction** | | | X | **1,090.29** |
| ACCOUNT NO. <br> **LEONARD EQUIPMENT CO** <br> **PO Box 170219** <br> **Boise, ID 83717-0219** | | | **2007-2008 goods or services for construction** | | | X | **544.50** |

Sheet no. **37** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **162,753.01**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                           Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LG ELECTRONICS**<br>**369 Pine St Ste 410**<br>**San Francisco, CA  94104-3310** | | | **2007-2008 goods or services for construction** | | | X | 22,460.00 |
| ACCOUNT NO.<br>**LightHouse**<br>**318 N 3rd St**<br>**McCall, ID  83638-4400** | | | **2007-2008 goods or services for construction** | | | X | 754.83 |
| ACCOUNT NO.<br>**Lincoln Financial Group**<br>**P.O. Box 0821**<br>**Carol Stream, IL  60132-0821** | | | **2007-2008 goods or services for construction** | | | X | 1,212.36 |
| ACCOUNT NO.<br>**LISA DRAKE**<br>**3080 GALENA WAY**<br>**BOULDER, CO  80305-7129** | | | **2007-2008 goods or services for construction** | | | X | 175.50 |
| ACCOUNT NO.<br>**LITHOGRAPHICS, INC**<br>**5441 W Kendall St**<br>**Boise, ID  83706-1229** | | | **2007-2008 goods or services for construction** | | | X | 15,926.24 |
| ACCOUNT NO.<br>**LLONA NEY CLAUSEN**<br>**PO BOX 616**<br>**DONNELLY, ID  83615-0616** | | | **2007-2008 goods or services for construction** | | | X | 43.20 |
| ACCOUNT NO.<br>**LOG JAMMER**<br>**52 SCHELINE LN**<br>**MCCALL, ID  83638-5204** | | | **2007-2008 goods or services for construction** | | | X | 540.00 |

Sheet no. __38__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,112.13**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tamarack Resort, LLC

Case No. 09-03911-TLM

Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Long Valley Farm Supply** <br> **PO Box 399** <br> **Donnelly, ID 83615-0399** | | | **2007-2008 goods or services for construction** | | | X | 723.16 |
| ACCOUNT NO. <br> **Long Valley Farm Supply** <br> **PO Box 399** <br> **Donnelly, ID 83615-0399** | | | **2007-2008 goods or services for construction** | | | X | 79.50 |
| ACCOUNT NO. <br> **LONNIE CALDWELL** <br> **1366 W MELROSE ST** <br> **BOISE, ID 83706-4556** | | | **2007-2008 goods or services for construction** | | | X | 300.00 |
| ACCOUNT NO. <br> **LUCKY PEAK, INC** <br> **7577 Lemhi St** <br> **Boise, ID 83709-2838** | | | **2007-2008 goods or services for construction** | | | X | 62.98 |
| ACCOUNT NO. <br> **LUMBERMENS** <br> **400 DEINHARD LN** <br> **MCCALL, ID 83638-4800** | | | **2007-2008 goods or services for construction** | | | X | 3,774.52 |
| ACCOUNT NO. <br> **MAC PAGE** <br> **1098 W LAKE SAMMAMISH PKWY NE** <br> **BELLEVUE, WA 98008-4232** | | | **2007-2008 goods or services for construction** | | | X | 48.80 |
| ACCOUNT NO. <br> **MANCHESTER ICE RINK** <br> **200 E Lake St** <br> **McCall, ID 83638-3837** | | | **2007-2008 goods or services for construction** | | | X | 800.00 |

Sheet no. __39__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 5,788.96

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**          Case No. **09-03911-TLM**

Debtor(s)                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **MANTEK** <br> **23261 Network Placee** <br> **Chicago, IL 60673-1232** | | | **2007-2008 goods or services for construction** | | | X | 1,360.02 |
| ACCOUNT NO. <br><br> **Marker USA Inc and Volkl Sport America** <br> **112 Etna Rd** <br> **Lebanon, NH 03766-1454** | | | **judgment entered 7/30/08** | | | X | 20,787.33 |
| ACCOUNT NO. <br><br> **MASTERCRAFT HOME & HEARTH** <br> **103 N 3RD ST** <br> **MCCALL, ID 83638-4402** | | | **2007-2008 goods or services for construction** | | | X | 76.21 |
| ACCOUNT NO. <br><br> **MASTERFIT ENTERPRISES** <br> **11 MAGNOLIA RD** <br> **BRIARCLIFF MANOR, NY 10510-1129** | | | **2007-2008 goods or services for construction** | | | X | 1,718.68 |
| ACCOUNT NO. <br><br> **Materials Testing & Inspectoin Inc.** | | | **Default judgment entered 2/25/09** | | | X | 226,556.06 |
| ACCOUNT NO. <br><br> **Mattson Distributing Company** <br> **11711 Fairview Ave** <br> **Boise, ID 83713-7839** | | | **2007-2008 goods or services for construction** | | | X | 579.67 |
| ACCOUNT NO. <br><br> **Maui Jim USA** <br> **6534 Eagle Way** <br> **Chicago, IL 60678-1065** | | | **2007-2008 goods or services for construction** | | | X | 595.74 |

Sheet no. **40** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **251,673.71**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                         Case No. **09-03911-TLM**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**May Hardware**<br>**809 N 3rd St**<br>**McCall, ID 83638-3806** | | | **2007-2008 goods or services for construction** | | | X | 195.14 |
| ACCOUNT NO.<br>**MAY HARDWARE & GLASS**<br>**809 N 3rd St**<br>**McCall, ID 83638-3806** | | | **2007-2008 goods or services for construction** | | | X | 5,763.55 |
| ACCOUNT NO.<br>**MAY SECURITY**<br>**PO BOX 6007**<br>**CHICAGO, IL 60682-0083** | | | **2007-2008 goods or services for construction** | | | X | 1,160.00 |
| ACCOUNT NO.<br>**Maya Land Scape**<br>**PO Box 224**<br>**Santa Clara, UT 84765-0224** | | | **2007-2008 goods or services for construction** | | | X | 15,463.04 |
| ACCOUNT NO.<br>**MAYA LANDSCAPING & MAINTENANCE**<br>**PO Box 224**<br>**Santa Clara, UT 84765-0224** | | | **2007-2008 goods or services for construction** | | | X | 10,800.00 |
| ACCOUNT NO.<br>**MCCALL AVIATION, INC.**<br>**PO BOX 771**<br>**MCCALL, ID 83638-0771** | | | **2007-2008 goods or services for construction** | | | X | 1,013.16 |
| ACCOUNT NO.<br>**MCCALL RENTALS**<br>**500 N 3rd St**<br>**McCall, ID 83638-3800** | | | **2007-2008 goods or services for construction** | | | X | 216.16 |

Sheet no. **41** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **34,611.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                        Case No. **09-03911-TLM**
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McCall School District**<br>**120 Idaho St**<br>**McCall, ID 83638-3826** | | | **2009 balance of mitigation costs** | X | X | X | **423,531.00** |
| ACCOUNT NO.<br>**MCCALL SPA COMPANY**<br>**PO BOX 2910**<br>**MCCALL, ID 83638-2910** | | | **2007-2008 goods or services for construction** | | | X | **14,385.85** |
| ACCOUNT NO.<br>**MCU'S**<br>**822 W JEFFERSON ST**<br>**BOISE, ID 83702-5826** | | | **2007-2008 goods or services for construction** | | | X | **1,787.87** |
| ACCOUNT NO.<br>**MEADOWOOD LODGE LLC**<br>**3580 MEADOWWOOD LN**<br>**MCCALL, ID 83638-5400** | | | **2007-2008 goods or services for construction** | | | X | **3,401.38** |
| ACCOUNT NO.<br>**MEADOWS AT WEST MOUNTAIN HOA**<br>**PO Box 2769**<br>**McCall, ID 83638-2769** | | | **2007-2008 goods or services for construction** | | | X | **41,400.00** |
| ACCOUNT NO.<br>**MEDALS AND INSIGNIA**<br>**25 KIMBERMOUNT DR.**<br>**TORONTO, ON M1T 2Y1** | | | **2007-2008 goods or services for construction** | | | X | **1,199.20** |
| ACCOUNT NO.<br>**Melanie Baldwin**<br>**PO Box 264**<br>**McCall, ID 83638-0264** | | | **judgment entered** | | | X | **9,531.36** |

Sheet no. **42** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **495,236.66**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Tamarack Resort, LLC**                                                Case No. **09-03911-TLM**
Debtor(s)                                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Merle Luther** <br> 10618 SE Kent Kangley Rd Ste 101 <br> Kent, WA  98030-9048 | | | 2007-2008 goods or services for construction | | | X | 1,400.00 |
| ACCOUNT NO. <br><br> **METROQUIP, INC** <br> PO BOX 858 <br> MERIDIAN, ID  83680-0858 | | | 2007-2008 goods or services for construction | | | X | 1,269.17 |
| ACCOUNT NO. <br><br> **MICHAEL COFFMAN** <br> 1812 PORT SHEFFIELD PL <br> NEWPORT BEACH, CA  92660-5328 | | | 2007-2008 goods or services for construction | | | X | 443.26 |
| ACCOUNT NO. <br><br> **Michael Dunne** <br> 10618 SE Kent Kangley Rd Ste 101 <br> Kent, WA  98030-9048 | | | 2007-2008 goods or services for construction | | | X | 1,155.39 |
| ACCOUNT NO. <br><br> **MITCHELL 1 SOFTWARE** <br> 25029 Network Pl <br> Chicago, IL  60673-1250 | | | 2007-2008 goods or services for construction | | | X | 680.52 |
| ACCOUNT NO. <br><br> **MOBILE CONSULTING GROUP** <br> 3801 N Bottle Brush Ave <br> Boise, ID  83713-1987 | | | 2007-2008 goods or services for construction | | | X | 2,000.00 |
| ACCOUNT NO. <br><br> **Monique LaFleur** <br> C/O Hepworth Janis & Brody, Chtd. <br> PO Box 2582 <br> Boise, ID  83701-2582 | | | 2007-2008 goods or services for construction | | | X | 0.00 |

Sheet no. __43__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **6,948.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                         Case No. **09-03911-TLM**
_____
Debtor(s)                                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Motion Industries Inc** <br> **1361 S Jefferson St** <br> **Chicago, IL  60607-5035** | | | 2007-2008 goods or services for construction | | | X | **122.47** |
| ACCOUNT NO. <br><br> **Mountain Central Board of Realtors** <br> **PO Box 873** <br> **McCall, ID  83638-0873** | | | 2007-2008 goods or services for construction | | | X | **765.00** |
| ACCOUNT NO. <br><br> **MOUNTAIN HOUSE GALLERY & FRAMING SHOPPE** <br> **402 S 3rd St** <br> **McCall, ID  83638-5000** | | | 2007-2008 goods or services for construction | | | X | **783.24** |
| ACCOUNT NO. <br><br> **MOUNTAIN LIFE PHOTOGRAPHY, LLC** <br> **PO Box 515** <br> **Donnelly, ID  83615-0515** | | | 2007-2008 goods or services for construction | | | X | **5,411.21** |
| ACCOUNT NO. <br><br> **MOUNTAIN UNIFORMS** <br> **623 TUMBLEWEED CIR** <br> **INCLINE VILLAGE, NV  89451-8109** | | | 2007-2008 goods or services for construction | | | X | **836.62** |
| ACCOUNT NO. <br><br> **Mountain Utility** <br> **PO Box 1698** <br> **McCall, ID  83638-1698** | | | 2007-2008 goods or services for construction | | | X | **50,011.10** |
| ACCOUNT NO. <br><br> **Mountain Utility** <br> **PO Box 1210** <br> **Donnelly, ID  83615-1200** | | | Assignee or other notification for: **Mountain Utility** | | | | |

Sheet no. __44__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **57,929.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                Case No. **09-03911-TLM**
_____
Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**MPC, LLC**<br>**PO BOX 94172**<br>**CHICAGO, IL 60696-4172** | | | **2007-2008 goods or services for construction** | | | X | 1,240.46 |
| ACCOUNT NO. <br><br>**Mr. Bill's Controls**<br>**2897 S Groom Way**<br>**Meridian, ID 83642-3159** | | | **2007-2008 goods or services for construction** | | | X | 880.00 |
| ACCOUNT NO. <br><br>**MUZAK**<br>**PO Box 71070**<br>**Charlotte, NC 28272-1070** | | | **2007-2008 goods or services for construction** | | | X | 396.48 |
| ACCOUNT NO. <br><br>**NAPA AUTO PARTS**<br>**PO Box 778**<br>**McCall, ID 83638-0778** | | | **2007-2008 goods or services for construction** | | | X | 5,724.65 |
| ACCOUNT NO. <br><br>**NATHAN PARADIS**<br>**314 Warm Springs Ave Apt 2**<br>**Boise, ID 83712-6272** | | | **2007-2008 goods or services for construction** | | | X | 319.00 |
| ACCOUNT NO. <br><br>**NATIONAL CORPORATE RESEARCH LTD**<br>**523 W 6th St Ste 544**<br>**Los Angeles, CA 90014-1217** | | | **2007-2008 goods or services for construction** | | | X | 636.00 |
| ACCOUNT NO. <br><br>**NATIONAL SKI AREAS ASSOC.**<br>**133 S Van Gordon St Ste 300**<br>**Lakewood, CO 80228-1706** | | | **2007-2008 goods or services for construction** | | | X | 25.00 |

Sheet no. ___45___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,221.59**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NATIONAL SKI CLUB NEWSLETTER<br>PO BOX 4704<br>ENGLEWOOD, CO 80155-4704 | | | 2007-2008 goods or services for construction | | | X | 700.00 |
| ACCOUNT NO.<br><br>NAVIS<br>40 NW GREENWOOD AVE<br>BEND, OR 97701-2027 | | | 2007-2008 goods or services for construction | | | X | 1,650.00 |
| ACCOUNT NO.<br><br>Navistar Leasing Company<br>P.O. Box 98454<br>Chicago, IL 60693-0001 | | | 2007-2008 goods or services for construction | | | X | 1,820.05 |
| ACCOUNT NO.<br><br>NDT DIRECT INC.<br>PO BOX 2427<br>COVINGTON, GA 30015-7427 | | | 2007-2008 goods or services for construction | | | X | 2,107.27 |
| ACCOUNT NO.<br><br>NEFF<br>6019 Olivas Park Dr Ste F<br>Ventura, CA 93003-7677 | | | 2007-2008 goods or services for construction | | | X | 2,735.22 |
| ACCOUNT NO.<br><br>NELSON COMMUNICATION<br>PO BOX 6407<br>BOISE, ID 83707-6407 | | | 2007-2008 goods or services for construction | | | X | 550.00 |
| ACCOUNT NO.<br><br>NEOPOST LEASING<br>P.O. BOX 45822<br>SAN FRANCISCO, CA 94145-0822 | | | 2007-2008 goods or services for construction | | | X | 3,106.53 |

Sheet no. **46** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 12,669.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **NEWARK** <br> **4801 N RAVENSWOOD AVE** <br> **CHICAGO, IL 60640-4496** | | | **2007-2008 goods or services for construction** | | | X | 63.24 |
| ACCOUNT NO. <br><br> **NICHOLS** <br> **1949 S 4250 W** <br> **SALT LAKE CITY, UT 84104-4837** | | | **2007-2008 goods or services for construction** | | | X | 735.33 |
| ACCOUNT NO. <br><br> **NIKE USA, INC** <br> **PO BOX 847648** <br> **DALLAS, TX 75284-7648** | | | **2007-2008 goods or services for construction** | | | X | 22,114.10 |
| ACCOUNT NO. <br><br> **NIKITA CLOTHING USA, INC** <br> **1714 Stockton St Ste 100** <br> **San Francisco, CA 94133-2930** | | | **2007-2008 goods or services for construction** | | | X | 7,310.66 |
| ACCOUNT NO. <br><br> **NORDIC SKATER** <br> **PO BOX 89** <br> **NORWICH, VT 05055-0089** | | | **2007-2008 goods or services for construction** | | | X | 62.94 |
| ACCOUNT NO. <br><br> **NORDICA USA** <br> **PO BOX 849802** <br> **DALLAS, TX 75284-9802** | | | **2007-2008 goods or services for construction** | | | X | 24,291.57 |
| ACCOUNT NO. <br><br> **NORTH AMERICAN JOURNEYS** <br> **2658 BRIDGEWAY STE 202** <br> **SAUSALITO, CA 94965-1406** | | | **2007-2008 goods or services for construction** | | | X | 1,295.00 |

Sheet no. **47** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **55,872.84**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**
_____
Debtor(s)
(If known)

Case No. **09-03911-TLM**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **North Lake Sewer & Water LID PO Box 729 Donnelly, ID 83615-0729** | | | **2007-2008 goods or services for construction** | | | X | 24,505.24 |
| ACCOUNT NO. **NORTH WEST LASER DESIGN INC. 1160 YEW AVE # 87 BLAINE, WA 98230-9222** | | | **2007-2008 goods or services for construction** | | | X | 580.49 |
| ACCOUNT NO. **NORTHWEST PRINTING 1868 E Commercial St Meridian, ID 83642-5962** | | | **2007-2008 goods or services for construction** | | | X | 12,637.36 |
| ACCOUNT NO. **Nystrom 9300 73rd Ave N Brooklyn Park, MN 55428-1013** | | | **2007-2008 goods or services for construction** | | | X | 105.00 |
| ACCOUNT NO. **OAKLEY 1 Icon Foothill Ranch, CA 92610-3000** | | | **2007-2008 goods or services for construction** | | | X | 4,975.23 |
| ACCOUNT NO. **OCCUSCREEN 215 W 12TH ST VANCOUVER, WA 98660-2901** | | | **2007-2008 goods or services for construction** | | | X | 1,502.50 |
| ACCOUNT NO. **OFFICEMAX CONTRACT INC. 590 W Crossville Rd Ste 104 Roswell, GA 30075-7512** | | | **2007-2008 goods or services for construction** | | | X | 202.80 |

Sheet no. **48** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **44,508.62**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**OKNER'S SUPPLY CO., INC.**<br>5050 ACOMA ST<br>DENVER, CO 80216-2010 | | | 2007-2008 goods or services for construction | | | X | 9,682.00 |
| ACCOUNT NO. <br><br>**ORECK COMMERCIAL SALES**<br>100 Armstrong Rd Ste 101<br>Plymouth, MA 02360-7219 | | | 2007-2008 goods or services for construction | | | X | 215.70 |
| ACCOUNT NO. <br><br>**P7 INTEGRATION**<br>501 S Douglas Hwy Ste A-202<br>Gillette, WY 82716-4016 | | | 2007-2008 goods or services for construction | | | X | 5,858.27 |
| ACCOUNT NO. <br><br>**Pacific Steel Fabricators**<br>7969 W Mossy Cup St<br>Boise, ID 83709-2850 | | | 2007-2008 goods or services for construction | | | X | 2,134.00 |
| ACCOUNT NO. <br><br>**PARKER POE ADAMS & BERNSTEIN LLP**<br>401 S TRYON ST<br>CHARLOTTE, NC 28202-1935 | | | 2007-2008 goods or services for construction | | | X | 16,496.50 |
| ACCOUNT NO. <br><br>**PAT & JANET SEVERO**<br>750 26th St<br>Manhattan Beach, CA 90266-2365 | | | 2007-2008 goods or services for construction | | | X | 1,219.52 |
| ACCOUNT NO. <br><br>**PAT'S GLASS & OVERHEAD DOOR**<br>PO BOX 872<br>MCCALL, ID 83638-0872 | | | 2007-2008 goods or services for construction | | | X | 75.00 |

Sheet no. **49** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 35,680.99

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                    Case No. **09-03911-TLM**
_____                                          _____
Debtor(s)                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **PATAGONIA PO BOX 32050 RENO, NV 89533-2050** | | | **2007-2008 goods or services for construction** | | | X | 346.19 |
| ACCOUNT NO. **Pathology Associates Medical Laboratorie PO Box 2687 Spokane, WA 99220-2687** | | | **2007-2008 goods or services for construction** | | | X | 629.50 |
| ACCOUNT NO. **PAUL BRAGSTAD 189 Sir Francis Drake Blvd Greenbrae, CA 94904-2411** | | | **2007-2008 goods or services for construction** | | | X | 1,000.00 |
| ACCOUNT NO. **PAYETTE RIVER MOUNTAINS 311 Village Dr Tamarack, ID 83615-5014** | | | **2007-2008 goods or services for construction** | | | X | 1,500.00 |
| ACCOUNT NO. **PBL ENTERPRISE PO BOX 237 MC COY, CO 80463-0237** | | | **2007-2008 goods or services for construction** | | | X | 120.49 |
| ACCOUNT NO. **PEACHTREE BUSINESS CHECKS & FORMS PO BOX 910 MILTON, WA 98354-0910** | | | **2007-2008 goods or services for construction** | | | X | 1,263.61 |
| ACCOUNT NO. **PEAK PRODUCTIONS 2626 E NORTH ALTAMONT BLVD SPOKANE, WA 99202-4250** | | | **2007-2008 goods or services for construction** | | | X | 2,000.00 |

Sheet no. __50__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,859.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                          Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 2007-2008 goods or services for construction | | | X | |
| **PERKS PREMIUM COFFEE** 372 S Eagle Rd # 318 Eagle, ID 83616-5908 | | | | | | | 7,220.80 |
| **ACCOUNT NO.** | | | wage claim | | | X | |
| Peter Baker 3300 E Skihill Rd Alta, WY 83414-4570 | | | | | | | 3,794.07 |
| **ACCOUNT NO.** | | | 2007-2008 goods or services for construction | | | X | |
| **PETERSON EQUIPMENT CO., INC.** PO Box 6070 North Logan, UT 84341-6070 | | | | | | | 8,501.04 |
| **ACCOUNT NO.** | | | 2007-2008 goods or services for construction | | | X | |
| **PETRA CONSTRUCTION** 1097 N ROSARIO ST MERIDIAN, ID 83642-8095 | | | | | | | 10,699.49 |
| **ACCOUNT NO.** | | | 2007-2008 goods or services for construction | | | X | |
| **PHIL BANDY CONSULTING** 411 E STONEWATER CT EAGLE, ID 83616-3873 | | | | | | | 2,500.00 |
| **ACCOUNT NO.** | | | 2007-2008 goods or services for construction | | | X | |
| Phil Birk 10618 SE Kent Kangley Rd Ste 101 Kent, WA 98030-9048 | | | | | | | 661.88 |
| **ACCOUNT NO.** | | | 2007-2008 goods or services for construction | | | X | |
| Phil Birk 10618 SE Kent Kangley Rd Ste 101 Kent, WA 98030-9048 | | | | | | | 373.63 |

Sheet no. **51** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,750.91**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**          Case No. **09-03911-TLM**

Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Phoenix7 Group Inc.**<br>14241 NE Woodinville Duvall Rd Ste 323<br>Woodinville, WA  98072-8564 | | | Judgment entered 12/8/08 | | | X | 0.00 |
| ACCOUNT NO.<br>**PIPELINE INSPECTION SERVICES, INC.**<br>PO BOX 3023<br>NAMPA, ID 83653-3023 | | | 2007-2008 goods or services for construction | | | X | 1,295.00 |
| ACCOUNT NO.<br>**PITCH FORK MANAGEMENT GROUP**<br>C/O Thornton Oliver Keller<br>250 S 5th St 2nd Fl<br>Boise, ID 83702-7713 | | | 2007-2008 goods or services for construction | | | X | 19,632.14 |
| ACCOUNT NO.<br>**Planet Nord dba MWP Ski Shop**<br>3504 Ike Walton Trl<br>Lac Du Flambeau, WI  54538-9783 | | | 2007-2008 goods or services for construction | | | X | 267.83 |
| ACCOUNT NO.<br>**PNSAA**<br>P.O. BOX<br>HOOD RIVER, OR  97031 | | | 2007-2008 goods or services for construction | | | X | 300.00 |
| ACCOUNT NO.<br>**POTTING SHED**<br>6207 FRANKLIN RD<br>BOISE, ID 83709-1042 | | | 2007-2008 goods or services for construction | | | X | 112.50 |
| ACCOUNT NO.<br>**PRAIRIE HARVEST LTD**<br>PO BOX 1013<br>SPEARFISH, SD 57783-7013 | | | 2007-2008 goods or services for construction | | | X | 261.59 |

Sheet no. __52__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,869.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tamarack Resort, LLC
_____
Debtor(s)

Case No. 09-03911-TLM
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **PRANA** <br> **P.O. Box 730342** <br> **Dallas, TX 75373-0342** | | | **2007-2008 goods or services for construction** | | | X | 6,311.87 |
| ACCOUNT NO. <br><br> **PRESTWICK GOLF GROUP** <br> **Michael Fryatt** <br> **1880 Executive Dr** <br> **Oconomowoc, WI 53066-4831** | | | **2007-2008 goods or services for construction** | | | X | 306.80 |
| ACCOUNT NO. <br><br> **PRINOTH** <br> **2565 Decker Lake Ln # 3** <br> **West Valley City, UT 84119-2023** | | | **2007-2008 goods or services for construction** | | | X | 408.24 |
| ACCOUNT NO. <br><br> **PRINTSHOP MCCALL** <br> **300 STIBNITE AVE** <br> **MCCALL, ID 83638-4407** | | | **2007-2008 goods or services for construction** | | | X | 19.08 |
| ACCOUNT NO. <br><br> **PRISTINE LINEN SERVICES** <br> **PO Box 2263** <br> **McCall, ID 83638-2263** | | | **2007-2008 goods or services for construction** | | | X | 581.75 |
| ACCOUNT NO. <br><br> **PRO PEAK SPORTS** <br> **PO Box 720** <br> **Donnelly, ID 83615-0720** | | | **2007-2008 goods or services for construction** | | | X | 2,162.40 |
| ACCOUNT NO. <br><br> **PROFESSIONAL SKI INSTRUCTORS** <br> **133 S Van Gordon St Ste 100** <br> **Lakewood, CO 80228-1706** | | | **2007-2008 goods or services for construction** | | | X | 1,005.00 |

Sheet no. __53__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 10,795.14

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PROFORMA <br> PO BOX 51925 <br> LOS ANGELES, CA 90051-6225 | | | 2007-2008 goods or services for construction | | | X | 993.91 |
| ACCOUNT NO. <br><br> PROMOSHOP <br> 5420 McConnell Ave <br> Los Angeles, CA 90066-7028 | | | 2007-2008 goods or services for construction | | | X | 8,357.88 |
| ACCOUNT NO. <br><br> PROTEAN TECHNOLOGIES <br> 7699 W RIVERSIDE DR <br> BOISE, ID 83714-6183 | | | 2007-2008 goods or services for construction | | | X | 575.00 |
| ACCOUNT NO. <br><br> Purcell Tire Company <br> File 56129 <br> Los Angeles, CA 90074-6129 | | | 2007-2008 goods or services for construction | | | X | 8,057.57 |
| ACCOUNT NO. <br><br> Quality Bicycle Products <br> 6400 W 105th St <br> Bloomington, MN 55438-2554 | | | 2007-2008 goods or services for construction | | | X | 6,781.75 |
| ACCOUNT NO. <br><br> Qwest <br> Payment Center <br> Denver, CO 80244-0001 | | | 2007-2008 goods or services for construction | | | X | 676.92 |
| ACCOUNT NO. <br><br> R & G MASONRY <br> 100 N 4TH ST E <br> HOMEDALE, ID 83628-3241 | | | 2007-2008 goods or services for construction | | | X | 84.00 |

Sheet no. **54** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 25,527.03

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                             Case No. **09-03911-TLM**

_____Debtor(s)_____                                                      _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**RADIOSHACK**<br>**PO BOX 848549**<br>**DALLAS, TX  75284-8549** | | | **2007-2008 goods or services for construction** | | | X | 47.45 |
| ACCOUNT NO.<br>**Randy Brother**<br>**10618 SE Kent Kangley Rd Ste 101**<br>**Kent, WA  98030-9048** | | | **2007-2008 goods or services for construction** | | | X | 2,407.65 |
| ACCOUNT NO.<br>**REALTOR.COM**<br>**30700 RUSSELL RANCH RD**<br>**WESTLAKE VILLAGE, CA  91362-6399** | | | **2007-2008 goods or services for construction** | | | X | 137.56 |
| ACCOUNT NO.<br>**RED SKY PUBLICATIONS**<br>**950 W Bannock St Ste 1100**<br>**Boise, ID  83702-5999** | | | **2007-2008 goods or services for construction** | | | X | 6,000.00 |
| ACCOUNT NO.<br>**REMEDY**<br>**PO BOX 60515**<br>**LOS ANGELES, CA  90060-0515** | | | **2007-2008 goods or services for construction** | | | X | 520.10 |
| ACCOUNT NO.<br>**RESOURCE CENTER MARKETING EXECUTION**<br>**12586 W Bridger St Ste 110**<br>**Boise, ID  83713-1597** | | | **2007-2008 goods or services for construction** | | | X | 49,171.29 |
| ACCOUNT NO.<br>**RESULTS UNLIMITED**<br>**7158 W Amity Rd**<br>**Boise, ID  83709-5506** | | | **2007-2008 goods or services for construction** | | | X | 1,450.00 |

Sheet no. ___55___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  59,734.05

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rocky Mountain Auto Supply**<br>**PO Box 233**<br>**McCall, ID  83638-0233** | | | **2007-2008 goods or services for construction** | | | X | 2,905.02 |
| ACCOUNT NO.<br>**ROCKY MOUNTAIN SIGNS LLC**<br>**14118 Highway 55**<br>**McCall, ID  83638** | | | **2007-2008 goods or services for construction** | | | X | 22,648.06 |
| ACCOUNT NO.<br>**ROCKY MOUNTAIN STEEL**<br>**PO Box 466**<br>**Nampa, ID  83653-0466** | | | **2007-2008 goods or services for construction** | | | X | 1,564.96 |
| ACCOUNT NO.<br>**RONS SERVICE INC.**<br>**16364 SW 72ND AVE**<br>**PORTLAND, OR  97224-7750** | | | **2007-2008 goods or services for construction** | | | X | 1,851.33 |
| ACCOUNT NO.<br>**ROSSIGNOL SKI CO. INC.**<br>**PO BOX 981060**<br>**PARK CITY, UT  84098-1060** | | | **2007-2008 goods or services for construction** | | | X | 7,806.80 |
| ACCOUNT NO.<br>**RRC Associates**<br>**4940 Pearl East Cir Ste 103**<br>**Boulder, CO  80301-2489** | | | **2007-2008 goods or services for construction** | | | X | 13,000.00 |
| ACCOUNT NO.<br>**RTP**<br>**PO BOX 8890**<br>**AVON, CO  81620-8830** | | | **2007-2008 goods or services for construction** | | | X | 17,013.82 |

Sheet no. ___**56**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **66,789.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                   Case No. **09-03911-TLM**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>RUSCITTO/LATHAM/BLANTON<br>PO Box 419<br>Sun Valley, ID 83353-0419 | | | 2007-2008 goods or services for construction | | | X | 19,083.98 |
| ACCOUNT NO. <br><br>RUSSELL ATHLETIC<br>Box 102614<br>Atlanta, GA 30368-0614 | | | 2007-2008 goods or services for construction | | | X | 4,144.64 |
| ACCOUNT NO. <br><br>RVP BUSINESS SYSTEMS<br>6001 OVERLAND RD<br>BOISE, ID 83709-3081 | | | 2007-2008 goods or services for construction | | | X | 8,296.20 |
| ACCOUNT NO. <br><br>S-EFFECT<br>1315 1/2 N 14TH ST<br>BOISE, ID 83702-3539 | | | 2007-2008 goods or services for construction | | | X | 2,000.00 |
| ACCOUNT NO. <br><br>S3 ENTERTAINMENT, LLC<br>6415 Business Park Loop Rd Ste K<br>Park City, UT 84098-6218 | | | 2007-2008 goods or services for construction | | | X | 884.13 |
| ACCOUNT NO. <br><br>S3 Total<br>1025 Mission Ct<br>Fremont, CA 94539-8203 | | | 2007-2008 goods or services for construction | | | X | 213.18 |
| ACCOUNT NO. <br><br>SAFETY-KLEEN SYSTEMS, INC.<br>PO Box 650509<br>Dallas, TX 75265-0509 | | | 2007-2008 goods or services for construction | | | X | 764.36 |

Sheet no. **57** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **35,386.49**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                          Case No. **09-03911-TLM**

_____

Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Safway Supply, Inc.**<br>1503 E Riverside Ave<br>Spokane, WA  99202-3001 | | | **2007-2008 goods or services for construction** | | | X | 2,686.77 |
| ACCOUNT NO.<br>**SALOMON USA SPORTS**<br>PO BOX 3141<br>CAROL STREAM, IL  60132-3141 | | | **2007-2008 goods or services for construction** | | | X | 31,757.80 |
| ACCOUNT NO.<br>**SAN DIEGO TRAVEL GROUP**<br>11885 Carmel Mountain Rd Ste 906<br>San Diego, CA  92128-4611 | | | **2007-2008 goods or services for construction** | | | X | 92.70 |
| ACCOUNT NO.<br>**SANTA CRUZ**<br>104 BRONSON ST STE 22<br>SANTA CRUZ, CA  95062-3495 | | | **2007-2008 goods or services for construction** | | | X | 2,698.45 |
| ACCOUNT NO.<br>**SANTE SPA**<br>100 N 3rd St<br>McCall, ID  83638-4401 | | | **2007-2008 goods or services for construction** | | | X | 1,164.00 |
| ACCOUNT NO.<br>**Sarah Whitfield**<br>PO Box 840<br>Donnelly, ID  83615-0840 | | | **Wages** | | | X | 1,443.54 |
| ACCOUNT NO.<br>**SCHLOFMAN TRACTOR**<br>1898 CENTURY WAY<br>BOISE, ID  83709-2801 | | | **2007-2008 goods or services for construction** | | | X | 2,927.93 |

Sheet no. __58__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **42,771.19**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                          Case No. **09-03911-TLM**
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SCOTT PEYRON** **209 Main St Ste 200** **Boise, ID 83702-7356** | | | **2007-2008 goods or services for construction** | | | X | 6,474.70 |
| ACCOUNT NO. **SCOTT TURLINGTON** **950 W Bannock St 11th Fl** **Boise, ID 83702-5999** | | | **2007-2008 goods or services for construction** | | | X | 4,865.01 |
| ACCOUNT NO. **Scott USA** **PO Box 26004** **Salt Lake City, UT 84126-0004** | | | **2007-2008 goods or services for construction** | | | X | 1,827.49 |
| ACCOUNT NO. **SDD SYSTEMS** **800 NW 17th Ave Ste A** **Delray Beach, FL 33445-2581** | | | **2007-2008 goods or services for construction** | | | X | 1,350.00 |
| ACCOUNT NO. **SE GROUP** **3245 146th Pl SE** **Bellevue, WA 98007-6486** | | | **2007-2008 goods or services for construction** | | | X | 7.51 |
| ACCOUNT NO. **Sean Donovan** **159 Saint Botolph St Apt 1** **Boston, MA 02115-5171** | | | **wage claim** | | | X | 2,920.86 |
| ACCOUNT NO. **SEARS COMMERCIAL ONE** **PO BOX 689134** **DES MOINES, IA 50368-9134** | | | **2007-2008 goods or services for construction** | | | X | 222.49 |

Sheet no. __59__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 17,668.06

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Tamarack Resort, LLC

Debtor(s)

Case No. **09-03911-TLM**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SECESH ENGINEERING, INC.**<br>**PO BOX 70**<br>**MCCALL, ID 83638-0070** | | | 2007-2008 goods or services for construction | | | X | 5,886.56 |
| ACCOUNT NO.<br>**SECESH ENGINEERING, INC.**<br>**PO BOX 70**<br>**MCCALL, ID 83638-0070** | | | 2007-2008 goods or services for construction | | | X | 5,976.49 |
| ACCOUNT NO.<br>**SEIRUS INNOVATION**<br>**13975 DANIELSON ST**<br>**POWAY, CA 92064-6889** | | | 2007-2008 goods or services for construction | | | X | 5,086.57 |
| ACCOUNT NO.<br>**SELECT BENEFIT ADMINISTRATORS**<br>**PO BOX 440**<br>**ASHLAND, WI 54806-0440** | | | 2007-2008 goods or services for construction | | | X | 0.10 |
| ACCOUNT NO.<br>**SELECT DESIGN**<br>**208 FLYNN AVE**<br>**BURLINGTON, VT 05401-5429** | | | 2007-2008 goods or services for construction | | | X | 1,987.91 |
| ACCOUNT NO.<br>**SERGIO LEBRIJA**<br>**21230 N. 56TH ST. #2132**<br>**PHOENIX, AZ 85054** | | | 2007-2008 goods or services for construction | | | X | 2,350.70 |
| ACCOUNT NO.<br>**SEVENTH HEAVEN**<br>**1608 INDUSTRIAL RD**<br>**NAMPA, ID 83687-6711** | | | 2007-2008 goods or services for construction | | | X | 83.49 |

Sheet no. **60** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **21,371.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____                                   _____
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **SHIFT4** <br> **1491 Center Crossing Rd** <br> **Las Vegas, NV 89144-7047** | | | **2007-2008 goods or services for construction** | | | X | 150.00 |
| ACCOUNT NO. <br><br> **SHRED-IT BOISE** <br> **2668 S Cole Rd** <br> **Boise, ID 83709-2827** | | | **2007-2008 goods or services for construction** | | | X | 1,178.00 |
| ACCOUNT NO. <br><br> **SITEWIRE** <br> **401 S Mill Ave Ste 201** <br> **Tempe, AZ 85281-2838** | | | **2007-2008 goods or services for construction** | | | X | 27,570.00 |
| ACCOUNT NO. <br><br> **SKI AND SEA** <br> **1445 W Tufts Ave** <br> **Englewood, CO 80110-5535** | | | **2007-2008 goods or services for construction** | | | X | 852.90 |
| ACCOUNT NO. <br><br> **SKI AREA SUPPLIES INC.** <br> **PO BOX 18084** <br> **BOULDER, CO 80308-1084** | | | **2007-2008 goods or services for construction** | | | X | 495.00 |
| ACCOUNT NO. <br><br> **SKI MOUNTAIN SUPPLY** <br> **PO Box 5225** <br> **Laconia, NH 03247-5225** | | | **2007-2008 goods or services for construction** | | | X | 1,858.72 |
| ACCOUNT NO. <br><br> **SKULLCANDY, INC.** <br> **1441 Ute Blvd Ste 250** <br> **Park City, UT 84098-7632** | | | **2007-2008 goods or services for construction** | | | X | 1,028.96 |

Sheet no. _____**61**_____ of _____**77**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,133.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                   Case No. **09-03911-TLM**
_____                                   _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**SMARTWOOL CORP.**<br>**PO BOX 774978**<br>**CHICAGO, IL  60677-1009** | | | **2007-2008 goods or services for construction** | | | X | 1,612.20 |
| ACCOUNT NO. <br><br>**SMITH SPORT OPTICS**<br>**PO Box 4300**<br>**Portland, OR  97208-4300** | | | **2007-2008 goods or services for construction** | | | X | 11,983.21 |
| ACCOUNT NO. <br><br>**SNAP-ON INDUSTRIAL**<br>**PO Box 9004**<br>**Crystal Lake, IL  60039-9004** | | | **2007-2008 goods or services for construction** | | | X | 231.14 |
| ACCOUNT NO. <br><br>**SNOW HOG**<br>**PO Box 145**<br>**New Meadows, ID  83654-0145** | | | **2007-2008 goods or services for construction** | | | X | 8,580.00 |
| ACCOUNT NO. <br><br>**SOFT CHOICE**<br>**16609 COLLECTIONS CENTER DR**<br>**CHICAGO, IL  60693-0001** | | | **2007-2008 goods or services for construction** | | | X | 4,131.97 |
| ACCOUNT NO. <br><br>**SOUTHEAST PUBLICATIONS USA, INC**<br>**4360 Peters Rd**<br>**Plantation, FL  33317-4543** | | | **2007-2008 goods or services for construction** | | | X | 488.00 |
| ACCOUNT NO. <br><br>**SOUTHERN CROSS PROPERTIES, LLC**<br>**Stephan White**<br>**2414 NW 1st St**<br>**Bend, OR  97701-1246** | | | **2007-2008 goods or services for construction** | | | X | 1,236.00 |

Sheet no. _____62_____ of _____77_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,262.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Spa Center**<br>**8403 Fairview Ave**<br>**Boise, ID 83704-8318** | | | **2007-2008 goods or services for construction** | | | X | 5,324.04 |
| ACCOUNT NO.<br>**SPA CENTER**<br>**8403 Fairview Ave**<br>**Boise, ID 83704-8318** | | | **2007-2008 goods or services for construction** | | | X | 600.00 |
| ACCOUNT NO.<br>**SPECIALTY CONSTRUCTION SUPPLY**<br>**12450 W FRANKLIN RD**<br>**BOISE, ID 83709-0003** | | | **2007-2008 goods or services for construction** | | | X | 408.00 |
| ACCOUNT NO.<br>**SPORT ACCESSORIES AMERICA**<br>**PO Box 461023**<br>**Glendale, CO 80246-5023** | | | **2007-2008 goods or services for construction** | | | X | 4,878.46 |
| ACCOUNT NO.<br>**Sprint/ Nextel**<br>**PO Box 79255**<br>**City of Industry, CA 91716-9255** | | | **2007-2008 goods or services for construction** | | | X | 5,605.96 |
| ACCOUNT NO.<br>**SPY OPTICS**<br>**2070 LAS PALMAS DR**<br>**CARLSBAD, CA 92011-1518** | | | **2007-2008 goods or services for construction** | | | X | 4,014.25 |
| ACCOUNT NO.<br>**SPYDER**<br>**4725 WALNUT ST**<br>**BOULDER, CO 80301-2537** | | | **2007-2008 goods or services for construction** | | | X | 3,900.22 |

Sheet no. _____63_____ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 24,730.93

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                              Case No. **09-03911-TLM**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**STACY ROSS**<br>**6 DEER VALLEY RD**<br>**GARDEN VALLEY, ID 83622-5258** | | | **2007-2008 goods or services for construction** | | | X | 980.00 |
| ACCOUNT NO. <br><br>**STAIRCASE PROPERTIES LLC**<br>**C4015**<br>**3100 Oak Rd Ste 380**<br>**Walnut Creek, CA 94597-2040** | | | **2007-2008 goods or services for construction** | | | X | 912.20 |
| ACCOUNT NO. <br><br>**Staples**<br>**6299 N Eagle Rd**<br>**Boise, ID 83713-0955** | | | **2007-2008 goods or services for construction** | | | X | 377.82 |
| ACCOUNT NO. <br><br>**State Board Of Land Commissioners**<br>**C/O Holland & Hart LLP**<br>**PO Box 2527**<br>**Boise, ID 83701-2527** | | | **2007-2008 goods or services for construction** | | | X | 0.00 |
| ACCOUNT NO. <br><br>**State of Idaho**<br>**300 N 6th St Ste 103**<br>**Boise, ID 83702-6098** | | | **2007-2008 goods or services for construction** | | | X | 250,000.00 |
| ACCOUNT NO. <br><br>**Statewide Construction**<br>**PO Box 908**<br>**Donnelly, ID 83615-0908** | | | **2007-2008 goods or services for construction** | | | X | 265.00 |
| ACCOUNT NO. <br><br>**STEAMCO VENTILATION & EXHAUST**<br>**2180 Cadillac Dr**<br>**Meridian, ID 83642-6217** | | | **2007-2008 goods or services for construction** | | | X | 1,200.00 |

Sheet no. **64** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **253,735.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                Case No. **09-03911-TLM**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Steging & Associates**<br>**1515 Whispering Trl**<br>**Irving, TX  75060-6277** | | | 2007-2008 goods or services for construction | | | X | 883.50 |
| ACCOUNT NO.<br>**STEIN DISTRIBUTING, INC.**<br>**PO BOX 9367**<br>**BOISE, ID  83707-3367** | | | 2007-2008 goods or services for construction | | | X | 95.88 |
| ACCOUNT NO.<br>**STEPHEN ZAVELL**<br>**5911 OSTRANDER RD**<br>**OAKLAND, CA  94618-2000** | | | 2007-2008 goods or services for construction | | | X | 440.55 |
| ACCOUNT NO.<br>**STEVEN P. RYAN, SNOWMOBILE GUIDE**<br>**PO BOX 784**<br>**MCCALL, ID  83638-0784** | | | 2007-2008 goods or services for construction | | | X | 1,332.00 |
| ACCOUNT NO.<br>**Stoel Rives, LLP**<br>**900 SW 5th Ave Ste 2600**<br>**Portland, OR  97204-1229** | | | 2007-2008 goods or services for construction | | | X | 29,200.01 |
| ACCOUNT NO.<br>**STRATEGY CUSTOM PUBLISHING**<br>**12154 SW GARDEN PL**<br>**TIGARD, OR  97223-2329** | | | 2007-2008 goods or services for construction | | | X | 3,195.00 |
| ACCOUNT NO.<br>**SUNBELT USA**<br>**PO Box 2009**<br>**Upland, CA  91785-2009** | | | 2008 subcontractor on Village Plaza | X | X | X | 2,779.93 |

Sheet no. ___**65**___ of ___**77**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,926.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**
Debtor(s)

Case No. **09-03911-TLM**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>SUNSHINE CYCLING<br>1527 N MOUNT WASHBURN DR<br>DRIGGS, ID 83422-5273 | | | 2007-2008 goods or services for construction | | | X | 10,430.00 |
| ACCOUNT NO. <br><br>SWIRE COCA COLA<br>PO Box 1259<br>Draper, UT 84020-1259 | | | 2007-2008 goods or services for construction | | | X | 2,205.04 |
| ACCOUNT NO. <br><br>SWIX SPORT USA<br>600 RESEARCH DR<br>WILMINGTON, MA 01887-4437 | | | 2007-2008 goods or services for construction | | | X | 5,217.82 |
| ACCOUNT NO. <br><br>Syman, LLC<br>1648 E Plaza Loop<br>Nampa, ID 83687-4931 | | | 2007-2008 goods or services for construction | | | X | 8,076.00 |
| ACCOUNT NO. <br><br>SYNERGY TRAINING SERVICES<br>12380 W VIEW RIDGE DR<br>BOISE, ID 83709-0009 | | | 2007-2008 goods or services for construction | | | X | 1,270.00 |
| ACCOUNT NO. <br><br>SYRINGA NETWORKS<br>PO BOX 15035<br>BOISE, ID 83715-5035 | | | 2007-2008 goods or services for construction | | | X | 2,501.54 |
| ACCOUNT NO. <br><br>SYSCO FOOD SERVICE OF IDAHO<br>PO BOX 170007<br>BOISE, ID 83717-0007 | | | 2007-2008 goods or services for construction | | | X | 4,748.64 |

Sheet no. __66__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 34,449.04

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Tamarack Resort, LLC                                                    Case No. 09-03911-TLM
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **TABLEROCK PRINTING INC.** 1115 W GROVE ST BOISE, ID 83702-6916 | | | **2007-2008 goods or services for construction** | | | X | 10,648.22 |
| ACCOUNT NO. **Tamarack Video and Telecom** 960 S Broadway Ave Ste 100 Boise, ID 83706-3668 | | | **2007-2008 goods or services for construction** | | | X | 771.32 |
| ACCOUNT NO. **TATE'S RENTS** PO BOX 7338 BOISE, ID 83707-1338 | | | **2007-2008 goods or services for construction** | | | X | 42,658.11 |
| ACCOUNT NO. **TechnoAlpin USA, Inc.** 2065 Mahre Dr Park City, UT 84098-8510 | | | **2007-2008 goods or services for construction** | | | X | 2,562.93 |
| ACCOUNT NO. **TECHSTYLES** 2051 ALPINE WAY HAYWARD, CA 94545-1703 | | | **2007-2008 goods or services for construction** | | | X | 4,959.98 |
| ACCOUNT NO. **TECNICA USA** 19 TECHNOLOGY DR WEST LEBANON, NH 03784-1673 | | | **2007-2008 goods or services for construction** | | | X | 9,087.88 |
| ACCOUNT NO. **TERI COTTINGHAM** 2001 N 17th St Boise, ID 83702-0802 | | | **2007-2008 goods or services for construction** | | | X | 3,432.25 |

Sheet no. __67__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 74,120.69

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                          Case No. **09-03911-TLM**
_____                                        _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Cit Group**<br>**21146 Network Place**<br>**Chicago, IL  60673-1211** | | | **2007-2008 goods or services for construction** | | | X | 21,595.18 |
| ACCOUNT NO.<br>**THE COBLE COMPANY**<br>**1701 S BROADWAY AVE**<br>**BOISE, ID  83706-3803** | | | **2007-2008 goods or services for construction** | | | X | 2,981.73 |
| ACCOUNT NO.<br>**The Conference Depot**<br>**Dept At 952323**<br>**Atlanta, GA  31192-2323** | | | **2007-2008 goods or services for construction** | | | X | 20.35 |
| ACCOUNT NO.<br>**THE GROVE HOTEL**<br>**245 S CAPITOL BLVD**<br>**BOISE, ID  83702-7220** | | | **2007-2008 goods or services for construction** | | | X | 333.17 |
| ACCOUNT NO.<br>**THE PENINSULA**<br>**Attn: Jodie Garcia**<br>**108 E Superior St**<br>**Chicago, IL  60611-2508** | | | **2007-2008 goods or services for construction** | | | X | 137.81 |
| ACCOUNT NO.<br>**THE RANCH HOUSE**<br>**1928 PEARL ST**<br>**BOULDER, CO  80302-4428** | | | **2007-2008 goods or services for construction** | | | X | 543.52 |
| ACCOUNT NO.<br>**The Star News**<br>**1000 N 1st St**<br>**McCall, ID  83638-3848** | | | **Default judgment entered 12/17/08** | | | X | 4,830.70 |

Sheet no. ___68___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,442.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**          Case No. **09-03911-TLM**

     Debtor(s)                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>THE TURF CORPORATION<br>6100 S Eagle Rd<br>Meridian, ID 83642-7022 | | | 2007-2008 goods or services for construction | | | X | 300.00 |
| ACCOUNT NO. <br><br>THE UPS STORE, MCCALL<br>411 DEINHARD LN<br>MCCALL, ID 83638-4800 | | | 2007-2008 goods or services for construction | | | X | 62.10 |
| ACCOUNT NO. <br><br>Thomas B Eschen M.D.<br>115 E Provident Dr<br>Boise, ID 83706-4017 | | | 2007-2008 goods or services for construction | | | X | 125.00 |
| ACCOUNT NO. <br><br>THRIFTY CAR RENTAL<br>DTG Operations Inc. - Box<br>Lock Box 2241<br>Tulsa, OK 74182-0001 | | | 2007-2008 goods or services for construction | | | X | 197.74 |
| ACCOUNT NO. <br><br>Thunder Mountain Glass<br>3 Roberts Loop<br>Cascade, ID 83611-5054 | | | Judgment entered 5/13/09 | | | X | 1,950.37 |
| ACCOUNT NO. <br><br>TIDELINE DESIGN<br>417 REMINGTON ST STE 1<br>BOISE, ID 83714-1444 | | | 2007-2008 goods or services for construction | | | X | 593.60 |
| ACCOUNT NO. <br><br>TIMBERLINE DEVELOPMENT, LLC<br>131 SW 5TH AVE STE B<br>MERIDIAN, ID 83642-8609 | | | 2007-2008 goods or services for construction | | | X | 6,720.00 |

Sheet no. __69__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,948.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TIME WARNER TELECOM<br>PO BOX 172567<br>DENVER, CO 80217-2567 | | | 2007-2008 goods or services for construction | | | X | 1,469.66 |
| ACCOUNT NO.<br><br>TMG/DP Miller, LLC, JV<br>C/O Moore Smith Buxton & Turcke, Chtd<br>950 W Bannock St Ste 520<br>Boise, ID 83702-6118 | | | 2008, labor and materials for construction, subcontractor to Banner/Sabey | | | X | 592,509.00 |
| ACCOUNT NO.<br><br>TMG/DP Miller, LLC, JV<br>C/O White Peterson, PA<br>5700 E Franklin Rd Ste 200<br>Nampa, ID 83687-7901 | | | Assignee or other notification for:<br>TMG/DP Miller, LLC, JV | | | | |
| ACCOUNT NO.<br><br>Todd Booth<br>PO Box 203<br>McCall, ID 83638-0203 | | | wages | | | X | 73.15 |
| ACCOUNT NO.<br><br>TOM STEWART PHOTOGRAPHY<br>PO BOX 2031<br>MCCALL, ID 83638-2031 | | | 2007-2008 goods or services for construction | | | X | 200.00 |
| ACCOUNT NO.<br><br>Tombari Structural Products<br>1501 N Howard St<br>Spokane, WA 99201-2415 | | | 2007-2008 goods or services for construction | | | X | 450.00 |
| ACCOUNT NO.<br><br>TOMMY BAHAMA<br>12564 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0001 | | | 2007-2008 goods or services for construction | | | X | 105.00 |

Sheet no. **70** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **594,806.81**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                 Case No. **09-03911-TLM**
_____                                      _____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Tony McDonald<br>PO Box 332<br>McCall, ID 83638-0332 | | | wages | | | X | 2,193.08 |
| ACCOUNT NO. <br><br>Topograhic Imaging<br>PO Box 5246<br>Katy, TX 77491-5246 | | | 2007-2008 goods or services for construction | | | X | 53,733.12 |
| ACCOUNT NO. <br><br>TRAVEL CENTRE<br>580 MAIN ST<br>BOISE, ID 83702-5932 | | | 2007-2008 goods or services for construction | | | X | 266.40 |
| ACCOUNT NO. <br><br>TREASURE VALLEY COFFEE<br>11875 W President Dr<br>Boise, ID 83713-8976 | | | 2007-2008 goods or services for construction | | | X | 609.95 |
| ACCOUNT NO. <br><br>TURF EQUIPMENT & IRRIGATION, INC.<br>PO BOX 68<br>MIDVALE, UT 84047-0068 | | | 2007-2008 goods or services for construction | | | X | 2,053.25 |
| ACCOUNT NO. <br><br>TVC<br>11875 W PRESIDENT DR<br>BOISE, ID 83713-8976 | | | 2007-2008 goods or services for construction | | | X | 161.39 |
| ACCOUNT NO. <br><br>TW Telecom Inc.<br>Linda Boyle<br>10475 Park Meadows Dr Ste 400<br>Lone Tree, CO 80124-5454 | | | 2007-2008 goods or services for construction | | | X | 0.00 |

Sheet no. ___71___ of ___77___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 59,017.19

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                      Case No. **09-03911-TLM**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**UNITED PARCEL SERVICE<br>SUPPLY CHAIN SOLUTIONS INC<br>LOUISVILLE, KY 40232** | | | **2007-2008 goods or services for construction** | | | X | **8,395.94** |
| ACCOUNT NO.<br>**UNITED PIPE & SUPPLY<br>PO BOX 6326<br>PORTLAND, OR 97228-6326** | | | **2007-2008 goods or services for construction** | | | X | **125.29** |
| ACCOUNT NO.<br>**United Rentals NW<br>PO Box 951978<br>Dallas, TX 75395-1978** | | | **2007-2008 goods or services for construction** | | | X | **795.00** |
| ACCOUNT NO.<br>**UNITED STATES GOLF ASSOCIATION<br>PO BOX 5000<br>FAR HILLS, NJ 07931** | | | **2007-2008 goods or services for construction** | | | X | **100.00** |
| ACCOUNT NO.<br>**UPS<br>P.O. Box 894820<br>Los Angeles, CA 90189-4820** | | | **2007-2008 goods or services for construction** | | | X | **1,147.99** |
| ACCOUNT NO.<br>**US SKI AND SNOWBOARD ASSOCIATION<br>PO BOX 100<br>PARK CITY, UT 84060-0100** | | | **2007-2008 goods or services for construction** | | | X | **5,248.00** |
| ACCOUNT NO.<br>**V1 PROPANE<br>PO Box 278<br>Donnelly, ID 83615-0278** | | | **2007-2008 goods or services for construction** | | | X | **475.85** |

Sheet no. **72** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **16,288.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                                Case No. **09-03911-TLM**
_____                                        _____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**VACATIONS MADE EASY**<br>**1675 E SEMINOLE ST STE A1**<br>**SPRINGFIELD, MO 65804-2454** | | | **2007-2008 goods or services for construction** | | | X | 353.34 |
| ACCOUNT NO.<br>**VALLEY COUNTY**<br>**PO Box 1350**<br>**Cascade, ID 83611-1350** | | | **2008-2009 balance of permit mitigation** | X | X | X | 175,000.00 |
| ACCOUNT NO.<br>**VALLEY COUNTY PLANNING, ZONING & Miscell**<br>**PO Box 1350**<br>**Cascade, ID 83611-1350** | | | **2007 permits** | | | X | 12,743.98 |
| ACCOUNT NO.<br>**VALLEY COUNTY TAX COLLECTOR**<br>**PO Box 1350**<br>**Cascade, ID 83611-1350** | | | **2007-2008 goods or services for construction** | | | X | 18,048.56 |
| ACCOUNT NO.<br>**VALLEY EXPRESS**<br>**PO BOX 15086**<br>**BOISE, ID 83715-5086** | | | **2007-2008 goods or services for construction** | | | X | 2,063.20 |
| ACCOUNT NO.<br>**VEGAS NIGHTS MOBILE SOUND REINFORCEMENT**<br>**PO BOX 756**<br>**CASCADE, ID 83611-0756** | | | **2007-2008 goods or services for construction** | | | X | 500.00 |
| ACCOUNT NO.<br>**Viewpoint, Inc.**<br>**PO Box 4363**<br>**Ketchum, ID 83340-4363** | | | **2007-2008 goods or services for construction** | | | X | 265.00 |

Sheet no. **73** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **208,974.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **VISION PERFECT** **1875 W 12600 S** **PO Box 310** **Riverton, UT  84065-0310** | | | **2007-2008 goods or services for construction** | | | X | 690.00 |
| ACCOUNT NO.  **VOCUS, INC** **4296 FORBES BLVD** **LANHAM, MD  20706-4329** | | | **2007-2008 goods or services for construction** | | | X | 10,978.50 |
| ACCOUNT NO.  **VOLKL SPORT AMERICA CORP** **P.O. BOX 915197** **DALLAS, TX  75391-5197** | | | **2007-2008 goods or services for construction** | | | X | 8,333.76 |
| ACCOUNT NO.  **Water System Drilling, Inc.** **6300 Hitt Blvd** **Gillette, WY  82718** | | | **2007-2008 goods or services for construction** | | | X | 223.55 |
| ACCOUNT NO.  **WATT'S ELECTRIC INC.** **PO BOX 696** **DONNELLY, ID  83615-0696** | | | **2007-2008 goods or services for construction** | | | X | 161.60 |
| ACCOUNT NO.  **WAXIE SANITARY SUPPLY** **PO Box 81006** **San Diego, CA  92138-1006** | | | **2007-2008 goods or services for construction** | | | X | 7,485.77 |
| ACCOUNT NO.  **WELLNAM, Inc.** **PO Box 56662** **Houston, TX  77256-6662** | | | **2007-2008 goods or services for construction** | | | X | 1,425.00 |

Sheet no. __74__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  29,298.18

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**
Debtor(s)

Case No. **09-03911-TLM**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**WELLS FARGO INSURANCE SERVICES NORTHWEST**<br>PO BOX 84581<br>SEATTLE, WA  98124-5881 | | | **2007-2008 goods or services for construction** | | | X | 28,748.00 |
| ACCOUNT NO.<br><br>**West Mountain Property Management**<br>PO Box 145<br>Donnelly, ID  83615-0145 | | | **2007-2008 goods or services for construction** | | | X | 3,000.00 |
| ACCOUNT NO.<br><br>**WESTERN INTEGRATED TECH**<br>4242 S EAGLESON RD STE 108<br>BOISE, ID  83705-4985 | | | **2007-2008 goods or services for construction** | | | X | 274.17 |
| ACCOUNT NO.<br><br>**Western Nevada Supply**<br>6055 Supply Way<br>Boise, ID  83716 | | | **2007-2008 goods or services for construction** | | | X | 455.54 |
| ACCOUNT NO.<br><br>**WESTERN STATES EQUIPMENT CO. Parts**<br>PO Box 3805<br>Seattle, WA  98124-3805 | | | **2007-2008 goods or services for construction** | | | X | 663.53 |
| ACCOUNT NO.<br><br>**WHIRLPOOL NATIONAL**<br>PO BOX 88129<br>CHICAGO, IL  60680-1129 | | | **2007-2008 goods or services for construction** | | | X | 295.74 |
| ACCOUNT NO.<br><br>**WINDOW COVERING OUTLET INC.**<br>5321 W Emerald St<br>Boise, ID  83706-1537 | | | **2007-2008 goods or services for construction** | | | X | 401.00 |

Sheet no. __75__ of __77__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 33,837.98

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                Case No. **09-03911-TLM**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**WOOD PELLET GRILLS**<br>**1447 S Tyrell Ln**<br>**Boise, ID 83706-4044** | | | **2007-2008 goods or services for construction** | | | X | 263.80 |
| ACCOUNT NO.<br>**Wood Warrior Construction, LLC**<br>**PO Box 1006**<br>**Donnelly, ID 83615-1006** | | | **2007-2008 goods or services for construction** | | | X | 360.00 |
| ACCOUNT NO.<br>**Xerox Capital Services, LLC**<br>**PO Box 660501**<br>**Dallas, TX 75266-0501** | | | **2007-2008 goods or services for construction** | | | X | 9,135.63 |
| ACCOUNT NO.<br>**YANKE MACHINE SHOP**<br>**4414 Gekeler Ln**<br>**Boise, ID 83716-5240** | | | **2007-2008 goods or services for construction** | | | X | 250.00 |
| ACCOUNT NO.<br>**YATES EXCAVATING**<br>**PO Box 367/**<br>**Donnelly, ID 83615** | | | **2007-2008 goods or services for construction** | | | X | 9,510.86 |
| ACCOUNT NO.<br>**YOUNGER AGENCY/BOISE AIRPORT ADV. PROG.**<br>**223 MARSH AVE**<br>**RENO, NV 89509-1626** | | | **2007-2008 goods or services for construction** | | | X | 225.00 |
| ACCOUNT NO.<br>**ZEP MANUFACTURING COMPANY**<br>**FILE #50188**<br>**LOS ANGELES, CA 90074-0001** | | | **2007-2008 goods or services for construction** | | | X | 201.05 |

Sheet no. **76** of **77** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **19,946.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____                              _____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ZURCHERS 1001 N MILWAUKEE ST BOISE, ID 83704-9011** | | | **2007-2008 goods or services for construction** | | | X | **456.74** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __**77**__ of __**77**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **456.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **5,150,209.91**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Tamarack Resort, LLC**                                   Case No. **09-03911-TLM**
      Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Ave Ste 700**<br>**Minneapolis, MN  55402-2316** | **10/18/07 lease of Sweco 480 bulldozer with winch, including all attachments and accessories** |
| **Wells Fargo Equipment Finance, Inc.**<br>**C/O Hawley Troxell Ennis & Hawley**<br>**PO Box 1617**<br>**Boise, ID  83701-1617** | |
| **Tamarack Municipal Association**<br>**311 Village Dr PMB 3003**<br>**Tamarack, ID  83615-5014** | **11/09 service agreement for snow removal services, security for Village Plaza, inspections and monitoring for Village Plaza by TMA** |
| **GE Capital Corporation**<br>**1961 Hirst Dr**<br>**Moberly, MO  65270-3046** | **11/1/04 Master Lease Agreement, Lease Schedule 4318169-001, lease/financing agreement for equipment associated with golf course** |
| **GE Capital Corporation**<br>**C/O Jeffrey M. Wilson**<br>**PO Box 1544**<br>**Boise, ID  83701-1544** | |
| **Kesler Construction**<br>**13801 Stewart Ct**<br>**McCall, ID  83638-5253** | **11/1/08 Kesler Construction lease of one office and two cubicals in the modular building located at 313 Village Drive in exchange for bookkeeping services provided by Kristi Kesler for Friends of Tamarack LLC** |
| **Idaho Department of Lands**<br>**300 N 6th St Ste 300**<br>**Boise, ID  83702-5764** | **2003 lease of 2,214 acres (25-50 year lease?)** |
| **Valet Vacation Rentals and Property Management, Inc.**<br>**PO Box 600**<br>**Donnelly, ID  83615-0600** | **3/13/10, VVR lease for commercial units of the Lodge:  (1) lobby desk and office behind the lobby desk platted as L1-05 (480 sf) on the ground floor; (2) office previously known as "group sales" which is the west portion of the unit platted as L1-03 (221 sf) on the ground floor; (3) the laundry space at level P2 platted as P2-05 (164 sf); and (4) west chained linked space (812 sf) with is a portion of unit platted as P2-03 at level P2; for a total of 1677 sf** |
| **Idaho Real Estate Associates**<br>**141 N Main St**<br>**Donnelly, ID  83615** | **3/16/10 IREA lease for the office known as "Club Director Office" which is the east portion of the commercial unit L1-03 (101 sf)** |
| **Experience Based Learning, Inc.**<br>**3634 Laura Ln**<br>**Rockford, IL  61114-8179** | **7/18/09 contract and service agreement, EBL shall assume the duties and operational responsibilities of the Tamarack Resort Canopy/Zip Line Tour** |
| **Raven Golf Services**<br>**2626 S Marypost Pl**<br>**Eagle, ID  83616-6755** | **7/22/09 lease agreement for maintenance and operations of the Osprey Meadows Golf Course** |
| **Tamarack Municipal Association**<br>**311 Village Dr PMB 3003**<br>**Tamarack, ID  83615-5014** | **7/8/09 operating agreement whereby TMA shall have access to and control of all assets related to the operation of Tamarack Video and Telecommunications and Tamarack Resort, LLC information technology** |
| **Friends of Tamarack**<br>**311 Village Dr PMB 3026**<br>**Tamarack, ID  83615-5014** | **8/1/09 FOT lease of modular building known as "Executive Modular" which is located at 313 Village Drive on Design Plaza (1960 sf)** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE <u>Tamarack Resort, LLC</u>                 Case No. <u>09-03911-TLM</u>

              Debtor(s)                                             (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jean-Pierre Boesflug**<br>**C/O T.J. Angstman**<br>**3649 N Lakeharbor Ln**<br>**Boise, ID 83703-6913** | **Pacific Continental Bank**<br>**C/O Daniel C. Green**<br>**PO Box 1391**<br>**Pocatello, ID 83204-1391**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023**<br><br>**Credit Suisse AG, Cayman Islands Branch**<br>**C/O Randall A. Peterman**<br>**PO Box 829**<br>**Boise, ID 83701-0829**<br><br>**Hopkins Growth Fund**<br>**C/O Mark D. Perison, P.A.**<br>**PO Box 6575**<br>**Boise, ID 83707-6575**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023**<br><br>**Bank of America**<br>**C/O Graham & Dunn, P.C.**<br>**Pier 70 2801 Alaskan Way Ste 300**<br>**Seattle, WA 98121-1128** |
| **Jerry Barnett** | **Pacific Continental Bank**<br>**C/O Daniel C. Green**<br>**PO Box 1391**<br>**Pocatello, ID 83204-1391**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023**<br><br>**Credit Suisse AG, Cayman Islands Branch**<br>**C/O Randall A. Peterman**<br>**PO Box 829**<br>**Boise, ID 83701-0829**<br><br>**Hopkins Growth Fund**<br>**C/O Mark D. Perison, P.A.**<br>**PO Box 6575**<br>**Boise, ID 83707-6575**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Tamarack Resort, LLC

Case No. 09-03911-TLM

Debtor(s)

(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Miguel Alfredo Afif**<br>**C/O T.J. Angstman**<br>**3649 N Lakeharbor Ln**<br>**Boise, ID 83703-6913** | **Bank of America**<br>**C/O Graham & Dunn, P.C.**<br>**Pier 70 2801 Alaskan Way Ste 300**<br>**Seattle, WA 98121-1128**<br><br>**Pacific Continental Bank**<br>**C/O Daniel C. Green**<br>**PO Box 1391**<br>**Pocatello, ID 83204-1391**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023**<br><br>**Credit Suisse AG, Cayman Islands Branch**<br>**C/O Randall A. Peterman**<br>**PO Box 829**<br>**Boise, ID 83701-0829**<br><br>**Hopkins Growth Fund**<br>**C/O Mark D. Perison, P.A.**<br>**PO Box 6575**<br>**Boise, ID 83707-6575**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023** |
| **Richard Getty** | **Bank of America**<br>**C/O Graham & Dunn, P.C.**<br>**Pier 70 2801 Alaskan Way Ste 300**<br>**Seattle, WA 98121-1128**<br><br>**Pacific Continental Bank**<br>**C/O Daniel C. Green**<br>**PO Box 1391**<br>**Pocatello, ID 83204-1391**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023**<br><br>**Credit Suisse AG, Cayman Islands Branch**<br>**C/O Randall A. Peterman**<br>**PO Box 829**<br>**Boise, ID 83701-0829**<br><br>**Hopkins Growth Fund**<br>**C/O Mark D. Perison, P.A.**<br>**PO Box 6575**<br>**Boise, ID 83707-6575**<br><br>**Banc of America Leasing & Capital, LLC**<br>**PO Box 7023**<br>**Troy, MI 48007-7023**<br><br>**Bank of America**<br>**C/O Graham & Dunn, P.C.**<br>**Pier 70 2801 Alaskan Way Ste 300** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Tamarack Resort, LLC**                                    Case No. **09-03911-TLM**
_____                          _____
                    Debtor(s)                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Seattle, WA  98121-1128** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Tamarack Resort, LLC**                                                                 Case No. **09-03911-TLM**
_____                                 _____
Debtor(s)                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                                        Debtor

Date: _____     Signature: _____
                                                                                          (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____         _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer         Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____         _____
Signature of Bankruptcy Petition Preparer                                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Tamarack Resort, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**102** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **May  7, 2010** _____     Signature: **/s/ Jean-Pierre Boespflug** _____

**Jean-Pierre Boespflug** _____
                                                (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

<div align="center">

**United States Bankruptcy Court**
**District of Idaho**

</div>

IN RE:                                                                  Case No. **09-03911-TLM**

**Tamarack Resort, LLC**                                                 Chapter **11**

Debtor(s)

<div align="center">

# STATEMENT OF FINANCIAL AFFAIRS

</div>

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<div align="center">

*DEFINITIONS*

</div>

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **9,974,413.00** | **2008 gross receipts, net ($41,659.737.00)** |

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **225,547.00** | **01/13/10-03/05/10 sale of assets** |

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Banc of America Leasing & Capital v. Tamarack Resort, LLC** CV-2009-0000114-C | | **Valley County** | **Dismissed as to Tamarack 10/6/09** |
| **Bank of America v. Tamarack Resort LLC** CV-2009-0000415-C | | **Valley County** | **Pending** |
| **Credit Suisse Bank v. Tamarack Resort, LLC** CV-2008-0000114-C | | **Valley County** | **Pending** |
| **Dominic Mcdaid, Thunder Mountain Glass v. Tamarack Resort LLC** CV-2009-0000091-C | | **Valley County** | **Judgment entered 5/13/09** |
| **Edwin Eijckelhof v. Tamarack Resort LLC** CV-OC-2008-21161 | | **Ada County** | **Default judgment entered 4/16/09** |
| **EZA PC v. Tamarack Resort LLC** CV-2008-0000580-C | | **Valley County** | **Pending** |
| **EZA PC v. Tamarack Resort, LLC** CV-2008-0000557-C | | **Valley County** | **Pending** |
| **Hopkins Growth Fund LLC v. Tamarack Resort, LLC** CV-2008-0000255-C | | **Valley County** | **Pending** |
| **Jennifer Mignerey v. Tamarack Resort, LLC** CV-2009-0000309-C | | **Valley County** | **Default entered 12/2/09** |
| **Jennifer Stiffler v. Tamarack Resort LLC** CV-OC-2009-04367 | | **Ada County** | **Default judgment entered 5/27/09** |
| **John Joseph Engel, Christopher Alan Reino v. Tamarack Resort LLC** CV-2009-0000319-C | | **Valley County** | **Pending** |
| **Jonathan Zurkoff v. Tamarack Resort, LLC** CV-OC-2009-00251 | | **Ada County** | **Dismissed 1/19/10** |
| **Lafleur v. Tamarack Resort LLC** CV OC 0721812 | **Personal injury action** | **Ada County** | **Pending** |
| **Interior Systems, Inc. v. Tamarack Resort, LLC** | | **Valley County** | **Pending** |

CV-2008-0000335-C

| | | |
|---|---|---|
| MHTN Architects, Inc. v. Tamarack Resort, LLC CV-2008-0000508-C | **Valley County** | **Pending** |
| MHTN Architects, Inc. v. Tamarack Resort, LLC CV-2008-0000502-C | **Valley County** | **Pending** |
| Monique LaFleur v. Tamarack Resort LLC CV-OC-2007-21812 | **Ada County** | **Pending** |
| Pacific Continental Bank v. Tamarack Resort, LLC CV OC 2010-29C | **Valley County** | **Dismissed as to Tamarack Resort LLC 3/3/10** |
| Pacific Continental Bank v. Tamarack Resort LLC CV-2009-0000246-C | **Valley County** | **Dismissed 9/11/09** |
| Petra Inc. v. Tamarack Resort, LLC CV-2008-0000509-C | **Valley County** | **Pending** |
| Scott Hedrick Construction, Inc. v. Tamarack Resort LLC CV-2008-0000583-C | **Valley County** | **Pending** |
| Susan Armstrong v. Tamarack Resort LLC CV-OC-2008-21250 | **Ada County** | **Pending** |
| Teufel Nursery, Inc. v. Tamarack Resort, LLC CV-2008-0000521-C | **Valley County** | **Pending** |
| Timber Tech Construction LLC v. Tamarack Resort, LLC : CV-2008-0000532-C | **Valley County** | **Pending** |
| Tri-State Electric, Inc. v. Tamarack Resort, LLC CV-2008-0000310-C | **Valley County** | **Pending** |
| Tri-State Electric, Inc. v. Tamarack Resort, LLC CV-2008-0000312-C | **Valley County** | **Pending** |
| YMC, Inc. v. Tamarack Resort, LLC CV-2008-0000324-C | **Valley County** | **Pending** |
| YMC, Inc. v. Tamarack Resort, LLC CV-2008-0000356-C | **Valley County** | **Pending** |
| YMC, Inc. v. Tamarack Resort, LLC CV-2008-0000357-C | **Valley County** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☑  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☐  the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Fisher's Office Equipment<br>575 E 42nd St<br>Boise, ID 83714-6322 | 7/14/09 | Multipurpose copy machines (4) |
| US Modular Group, Inc.<br>PO Box 4282<br>Boise, ID 83711-4282 | 10/1/09 | 28x70 modular office building |
| Bank of America<br>C/O Graham & Dunn, P.C.<br>Pier 70 2801 Alaskan Way Ste 300<br>Seattle, WA 98121-1128 | 10/09 | Arling Center, 3 buildings on real property<br>adjacent to Lodge at Osprey Meadows |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|
| Douglas P. Wilson<br>450 B St Ste 1900<br>San Diego, CA 92101-8005 | Valley County District<br>Court; In Re Tamarack<br>Resort Foreclosure and<br>Related Proceedings;<br>Case No. CV 08-114C | 10/17/08 | Tamarack Resort |

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND<br>VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN<br>WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Canoe grill dome, $17,000 | Valve on fire suppression system broke and flooded the dome,<br>causing $17,000 of damage, insurance should pay $10,000 | 1/2010 |
| Unit 119 and 121, Cottages, $38,000 | Loss from flood damage due to failure to winterize. Receiver Wilson<br>failed to identify unit as one to be winterized. Toilets broke, after<br>freezing, flooding of the premises, damaging tile, toilets and flooring | 12/09-1/10 |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF<br>PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| Randal J. French<br>PO Box 2730<br>Boise, ID 83701-2730 | 1/7/10, 2/24/10, 3/15/10 | 1/7/10, $15,000; 2/24/10, $16,039;<br>3/15/10, $7,625 |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Bob Bate Ford**<br>**126 N Main St**<br>**Cascade, ID  83611** | **2009-2010** | **Transfer of vehicles to pay off lease, $0 paid to Debtor.  See Exhibit 3 attached hereto.** |
| **Dealers Auto Auction of Idaho**<br>**3323 Port St**<br>**Nampa, ID  83687-3614** | **01/13/10-03/05/10** | **$225,547.  See Exhibit 4 attached hereto.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Idaho First Bank** | **Checking, acct #4594** | **$18,749.88, 3/23/09** |
| **Sterling Savings Bank** | **Checking, acct #3358** | **$64,264.43, 12/19/09** |
| **U.S. Bank** | **Checking, acct #8113** | **$6,956.99, 3/10/09** |
| **U.S. Bank** | **Checking, acct #8105** | **$19,997.06, 3/10/09** |
| **U.S. Bank** | **Checking, acct #0811** | **$19,161.80, 7/17/09** |
| **U.S. Bank** | **Checking, acct #1033** | **$10,000, 7/17/09** |
| **U.S. Bank** | **Checking, acct #1140** | **$76.96, 7/17/09** |
| **U.S. Bank** | **Checking, acct #2266** | **$0.00, 7/17/09** |
| **U.S. Bank** | **Checking, acct #8147** | **$100, 10/23/09** |
| **U.S. Bank** | **Checking, acct #3504** | **$100, 10/23/09** |

---

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Tamarack Resort, LLC** | **33-0831179** | **313 Village Dr Tamarack, ID 83615** | **Resort** | **11/23/98-current** |
| **Tamarack Video & Telecom LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **3/7/08-current** |
| **Tamarack Resort Realty LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **2/26/08-2/15/08** |
| **Tamarack Whitewater Construction LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **5/17/05-2/15/08** |
| **Village Plaza Construction LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **6/6/05-2/15/08** |
| **Trillium Valley Construction LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **9/29/06-2/15/08** |
| **Lake Plaza LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **3/14/06-2/15/08** |
| **Tamarack Community Housing LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **5/11/06-2/15/08** |
| **Club At Tamarack LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **3/7/08-2/15/08** |
| **West Mountain Resort Rentals LLC** | | **960 S Broadway Ave Ste 100 Boise, ID 83706-3668** | | **3/14/06-2/15/08** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Clearwater Construction LLC** | **960 S Broadway Ave Ste 100**<br>**Boise, ID  83706-3668** | **9/29/06-2/15/08** |
| **Heritage Construction LLC** | **960 S Broadway Ave Ste 100**<br>**Boise, ID  83706-3668** | **4/17/07-2/15/08** |
| **Tamarack Millcreek Construction LLC** | **960 S Broadway Ave Ste 100**<br>**Boise, ID  83706-3668** | **4/17/07-2/15/08** |
| **Village Plaza Retail LLC** | **960 S Broadway Ave Ste 100**<br>**Boise, ID  83706-3668** | **3/7/08-2/15/08** |
| **New Lake Plaza LLC** | **311 Village Dr**<br>**Tamarack, ID  83615-5014** | **1/25/08-4/6/10** |
| **MLC Tamarack LLC** | **960 S Broadway Ave Ste 100**<br>**Boise, ID  83706-3668** | **9/27/07-12/5/08** |
| **Tamarack Property Management LLC** | **960 S Broadway Ave Ste 100**<br>**Boise, ID  83706-3668** | **6/4/07-3/7/08** |
| **Tamarack Village Association, Inc.** | **960 S Broadway Ave Ste 100**<br>**Boise, ID  83706-3668** | **1/11/05-1/20/06** |

None   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☑

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☐

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kristi Kesler**<br>**313 Village Dr**<br>**Donnelly, ID  83615** | **7/09-current** |
| **Hal Bennett**<br>**1652 Wilper Ln**<br>**Grace, ID 83241** | **10/08-7/09** |
| **Mike Drury**<br>**311 Village Dr**<br>**Tamarack, ID  83615-5014** | **through 10/08** |
| **David Grond**<br>**1800 W Owyhee Ave**<br>**Nampa, ID  83651-7716** | **through 10/08** |
| **Eide Bailly**<br>**877 W Main St Ste 800**<br>**Boise, ID  83702-5858** | |
| **Bennett Thrasher**<br>**1 Overton Pk Ste 1000**<br>**3625 Cumberland Blvd SE**<br>**Atlanta, GA  30339-3361** | |

None   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☐

NAME AND ADDRESS                         DATES SERVICES RENDERED

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Eide Bailly**
**877 W Main St Ste 800**
**Boise, ID  83702-5858**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
| --- | --- | --- |
| **Last inventory prepared by receiver, if any** | **Unknown** | **Unknown** |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Jean-Pierre Boespflug** | **CEO, Member** | **50.62%** |
| **Alfredo Miguel Afif** | **Member** | **25.8%** |
| **Jerry Barnett** | **Member** | **8.3%** |
| **Richard Getty** | **Member** | **8.3%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **May 7, 2010** _____   Signature: ***/s/ Jean-Pierre Boespflug*** _____

**Jean-Pierre Boespflug, Chief Executive Officer**
<div align="right">Print Name and Title</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only