Lynnette M. Davis, ISB No. 5263
John K. Olson, ISB No. 6807
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5213
Email: ldavis@hawleytroxell.com
          jkolson@hawleytroxell.com

Attorneys for EZA, P.C., d/b/a OZ Architecture
of Boulder

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) |
| | ) Case No. 09-03911-TLM |
| | ) |
| | ) Chapter 11 |
| TAMARACK RESORT, LLC, | ) |
| | ) |
| Debtor, | ) |
| | ) |
| | ) |
| | ) |

### EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL ORDERS RE INCURRING POST-PETITION DEBT

EZA, P.C., d/b/a OZ Architecture of Boulder ("OZ"), by and through its counsel of

record, Hawley Troxell Ennis & Hawley LLP, hereby objects to Tamarack Resort, LLC's

("Tamarack") Motion for Interim and Final Orders re Incurring Post-Petition Debt [Doc. 247]

("Tamarack's Motion") as follows:

- 1

### I. TAMARACK HAS FAILED TO IDENTIFY OZ AS AN ENTITY THAT HAS AN INTEREST IN THE PROPOSED COLLATERAL.

OZ objects to Tamarack's Motion in that Tamarack has failed to identify OZ as an entity claiming an interest in the collateral proposed to secure Tamarack's post-petition financing. In requesting authorization for post-petition financing, Tamarack must identify "[i]f any other entity has, or claims, an interest in the collateral proposed to secure the post-petition credit or financing." Local Bankruptcy Rule 4001.1(b)(6). Tamarack proposes that the collateral to secure the post-petition financing would be "*all assets* owned . . . by the estate which are now subject to a lien." Tamarack's Motion at p. 2 (emphasis added). In Tamarack's Motion, although Tamarack identifies *some* of the entities that have, or claim, an interest in the proposed collateral, Tamarack does *not* identify that *OZ* has an interest in assets owned by the estate. *See id.* at p. 10–11.

For example, OZ claims a lien against real property that Tamarack refers to in its Motion as the Village Plaza. Affidavit of Lynnette M. Davis ("Davis Aff.") ¶ 3, Ex. 1. However, although Tamarack identifies the lien of Banner/Sabey on portions of the Village Plaza, *see* Tamarack's Motion at p. 11, Tamarack does not identify that *OZ* has a claim of lien against the Village Plaza and that at the time Tamarack's Motion was filed, OZ had a motion pending before Judge Owen in the state court consolidated proceeding, *In re Tamarack Resort Foreclosure and Related Proceedings*, Valley County Case No. CV-2008-114C ("State Court Proceeding"), to establish the validity and priority of its lien against the Village Plaza property. Davis Aff. ¶ 4. On June 16, 2010, the Court entered its Memorandum Decision and Order Re: EZA, PC, dba OZ Architecture of Boulder's Motion for Partial Summary Judgment Re Priority of Its Lien Over Credit Suisse's Mortgage in the State Court Proceeding holding that OZ's claim of lien against

EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO
TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL
ORDERS RE INCURRING POST-PETITION DEBT - 2

44072.0001.1953414.2

the Village Plaza is valid and enforceable and that it has priority over Credit Suisse's mortgage. *Id., ¶ 4,* Ex. 2.

In addition, OZ has two claims of lien against various units in what Tamarack refers to as the Trillium Townhomes. *Id.*, ¶¶ 5–6, Exs. 3–4. Nevertheless, while Tamarack refers to the lien of Hedrick Construction with respect to Unit 122 in the Trillium Townhomes, *see* Tamarack's Motion at p. 11, Tamarack does not mention that *OZ* has claims of lien against various units in the Trillium Townhomes, including, but not limited to, Unit 122, and that at the time Tamarack's Motion was filed OZ also had a motion pending before Judge Owen in the State Court Proceeding to establish the validity and priority of its liens against the Trillium Townhomes property. Davis Aff. ¶ 7. On June 16, 2010, the Court entered its Memorandum Decision and Order Re: EZA, PC, dba OZ Architecture of Boulder's Motion for Partial Summary Judgment Re: Lien Nos. 332702, 332741, 332742 and 332746 in the State Court Proceeding holding that OZ's claims of lien against the Trillium Townhomes, including but not limited to Unit 122, are valid and enforceable and that they have priority over Credit Suisse's mortgage. *Id., ¶* 7, Ex. 5.

Consequently, because Tamarack has failed to identify OZ as an entity that has an interest in the collateral that Tamarack proposes to secure the requested post-petition financing, OZ objects to Tamarack's Motion.

## II.  TAMARACK HAS FAILED TO IDENTIFY HOW THE INTEREST OF OZ WILL BE ADEQUATELY PROTECTED.

OZ also objects to Tamarack's Motion in that Tamarack has failed to identify how the interest of OZ in the proposed collateral will be adequately protected. In addition to identifying each entity that claims an interest in the proposed collateral, Tamarack is required to detail "how the interest of that entity [claiming an interest in the proposed collateral] is to be adequately protected." Local Bankruptcy Rule 4001.1(b)(6)(B)(ii). Tamarack attempts to satisfy this

EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO
TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL
ORDERS RE INCURRING POST-PETITION DEBT - 3

44072.0001.1953414.2

requirement simply by saying that the interest of the lienholders "is adequately protected by an equity cushion that is multiples of the amount of the allowed secured claim each is owed." Tamarack's Motion at p. 16. But, Tamarack has not even recognized the lien claims of OZ and many other lienholders or the total amount of all lien claims against the proposed collateral. Without disclosing a complete list of all entities that have an interest in the proposed collateral and without identifying the amount of each such interest, it is impossible to know whether the "estimated" value of the proposed collateral of $50 million, *see* Tamarack's Motion at p. 16, is sufficient to create an equity cushion that might potentially provide adequate protection for lienholders such as OZ.

      Accordingly, because Tamarack's Motion does not provide sufficient information to know whether there is, in fact, "adequate protection" for each entity that has an interest in the proposed collateral, OZ objects to Tamarack's Motion.

      DATED THIS _____ day of June, 2010.

                                HAWLEY TROXELL ENNIS & HAWLEY LLP

                                _____/s/_____
                                Lynnette M. Davis, ISB No. 5263

EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO
TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL
ORDERS RE INCURRING POST-PETITION DEBT - 4

44072.0001.1953414.2

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this _____day of June, 2010, I electronically filed the foregoing EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL ORDERS RE INCURRING POST-PETITION DEBT with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

- Thomas James Angstman    mindy@angstman.com, tj@angstman.com;kim@angstman.com

- P. Bruce Badger    bbadger@fabianlaw.com, aclark@fabianlaw.com

- Terry C Copple    tc@davisoncopple.com, palmer@davisoncopple.com

- Lynnette M Davis    ldavis@hawleytroxell.com, ltuning@hawleytroxell.com;jkolson@hawleytroxell.com

- Anna Elizabeth Eberlin    aeberlin@lawidaho.com, sharpe@lawidaho.com

- Charles W Fawcett    cfawcett@skinnerfawcett.com

- Suzanne M Fegelein    sue@ejame.com

- Paul J Fitzer    pjf@msbtlaw.com

- Randal J French    rfrench@bauerandfrench.com, nichole@bauerandfrench.com;jheineman@bauerandfrench.com

- Brad Anthony Goergen    bgoergen@grahamdunn.com, dpurdy@grahamdunn.com

- Kimbell D Gourley    kgourley@idalaw.com, sprescott@idalaw.com

- Monte C Gray    montegray@cableone.net

- Daniel C Green    dan@racinelaw.net, ajc@racinelaw.net

- John R Hammond    jrh@fpa-law.com

- Bart W Harwood    bwh@hallfarley.com, cmc@hallfarley.com

- Jill S Holinka    jsh@msbtlaw.com, clb@msbtlaw.com

- Kenneth C Howell    kch@hteh.com, tas@hteh.com

- Wyatt B Johnson    mindy@angstman.com, wyatt@angstman.com;kim@angstman.com

- Soo Y Kang    skang@greenerlaw.com, kaulenbacher@greenerlaw.com

- John W Kluksdal    hljklux@aol.com

EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO
TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL
ORDERS RE INCURRING POST-PETITION DEBT - 5

44072.0001.1953414.2

- David T Krueck    dkrueck@idalaw.com, kthomas@idalaw.com

- Stephen J. Lord    slatty@aol.com, kristinest725@aol.com

- Kelly Greene McConnell    laurierehder@givenspursley.com, laurierehder@givenspursley.com

- David Wayne Newman    david.w.newman@usdoj.gov

- William F Nichols    wfn@whitepeterson.com, ms@whitepeterson.com;dallen@whitepeterson.com

- David M Penny    dpenny@cosholaw.com, tswanson@cosholaw.com

- Mark D Perison    mark@markperison.com, emily@markperison.com

- Randall A Peterman    rap@moffatt.com, bzb@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com

- Terri R Pickens    terri@pickenslawboise.com, shannon@pickenslawboise.com

- Larry E Prince    lprince@hollandhart.com, chardesty@hollandhart.com;boiseintaketeam@hollandhart.com

- Joel Gregory Samuels    jsamuels@sidley.com

- US Trustee    ustp.region18.bs.ecf@usdoj.gov

- Arnold L Wagner    wagner@lawidaho.com

- Elizabeth W Walker    ewalker@sidley.com

- Thomas G Walker    twalker@cosholaw.com, pcarson@cosholaw.com;eklein@cosholaw.com;mwhatcott@cosholaw.com

- Jeffrey M Wilson    jeff@wilsonmccoll.com, cindy@wilsonmccoll.com

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

Manuel Cachan
Munger Tolles & Olson
355 S Grand Ave 35th Floor
Los Angeles, CA 90071

Cascade Medical Center
Hospital District
POB 1330
Cascade, ID 83611

EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO
TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL
ORDERS RE INCURRING POST-PETITION DEBT - 6

44072.0001.1953414.2

Mountain Utility
POB 1210
Donnelly, ID 83615

Jorian Rose
Venable LLC
1270 Avenue of the Americas
New York, NY 10019

US Trustee
Washington Group Central Plaza
720 Park Blvd Suite 210
Boise, ID 83712

Yates Excavating
POB 1267
Riggins, ID 83549

tw telecom inc.
Linda Boyle
10475 Park Meadows Dr, #400
Littleton, CO 80124

                                                      /s/
                                        Lynnette M. Davis

EZA, P.C., D/B/A OZ ARCHITECTURE OF BOULDER'S OBJECTION TO
TAMARACK RESORT, LLC'S MOTION FOR INTERIM AND FINAL
ORDERS RE INCURRING POST-PETITION DEBT - 7

44072.0001.1953414.2