Larry E. Prince (ISB#1759)
E-Mail:  lprince@hollandhart.com
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:   (208) 342-5000
Facsimile:    (208) 343-8869

Attorneys for Creditor Wells Fargo Bank,
National Association, as Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | |
|---|---|
| TAMARACK RESORT LLC, | Case No. 09-03911-TLM<br>Chapter 11 |
| Debtor. | |

**WELLS FARGO'S, AS TRUSTEE, JOINDER IN NORTH LAKE'S OBJECTION TO MOTIONS (Docket No. 343)**

COMES NOW, Wells Fargo Bank, National Association, as Trustee (the "Trustee"), under that certain Indenture of Trust dated November 1, 2005, pertaining to the Idaho Water Resources Board's issuance of its Revenue Bonds for the financing of a water system for local project sponsor North Lake Recreational Sewer and Water District on behalf of Local Improvement District No. 2004-2, and hereby joins in the Objection to Motion for Entry of Order (I) Authorizing Post-Petition Financing; (II) Authorizing the Debtor's Use of Cash Collateral; and (III) Granting Adequate Protection (docket no. 322) and Objection to Motion for Entry of an Order Approving the Appointment of Links Realty Advisory, Inc., By and Through Michael Fleischer, as Responsible Officer for the Debtor Effective as of September 24, 2010

WELLS FARGO'S,  AS TRUSTEE, JOINDER IN NORTH LAKE'S OBJECTION TO
MOTIONS (Docket No. 335) - **1**

(docket no. 323), filed by North Lake Recreational Sewer and Water District ("North Lake")(docket no. 343).  As set forth above, the Trustee is the trustee under an Indenture of Trust dated November 1, 2005, pertaining to the Idaho Water Resources Board's issuance of its bonds for the financing of the water system for North Lake on behalf of Local Improvement District No. 2004-2 (Ordinance No. 2005-4).  A portion of the Debtor's property is located in Local Improvement District No. 2004-2.

DATED October 8, 2010

                      HOLLAND & HART LLP


                      By   /s/ Larry Prince
                          Larry E. Prince, of the firm
                          Attorneys for Wells Fargo Bank,
                            National Association, as Trustee

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Thomas James Angstman on behalf of Creditor Jean-Pierre Boespflug
mindy@angstman.com, tj@angstman.com; mtc@angstman.com; kim@angstman.com

P. Bruce Badger on behalf of Creditor Credit Suisse AG, Cayman Islands Branch
bbadger@fabianlaw.com, aclark@fabianlaw.com

Terry C Copple on behalf of Creditor Tri-State Electric Inc tccopple@davisoncopple.com

Lynnette M Davis on behalf of Creditor EZA, P.C., d/b/a OZ Architecture of Boulder
ldavis@hawleytroxell.com, ltuning@hawleytroxell.com;jkolson@hawleytroxell.com

Anna Elizabeth Eberlin on behalf of Creditor Interior Systems, Inc. aeberlin@lawidaho.com, sharpe@lawidaho.com

Charles W Fawcett on behalf of Creditor American Stair Corp.
cfawcett@skinnerfawcett.com

Randal J French on behalf of Debtor Tamarack Resort LLC rfrench@bauerandfrench.com, nichole@bauerandfrench.com;nancy@bauerandfrench.com;jheineman@bauerandfrench.com

Brad Anthony Goergen on behalf of Petitioning Creditor Banc of America Leasing & Capital LLC bgoergen@grahamdunn.com, dpurdy@grahamdunn.com

John R Hammond on behalf of Creditor Inland Crane, Inc. jrh@fpa-law.com

Bart W Harwood on behalf of Creditor Banner/Sabey II, LLC bwh@hallfarley.com, cmc@hallfarley.com

Jill S Holinka on behalf of Petitioning Creditor TMG/DPMiller LLC jsh@msbtlaw.com, clb@msbtlaw.com

Kenneth C Howell on behalf of Creditor Wells Fargo Equipment Finance, Inc.
kch@hteh.com, tas@hteh.com

Wyatt B Johnson on behalf of Creditor Jean-Pierre Boespflug mindy@angstman.com, wyatt@angstman.com; kim@angstman.com

Soo Y Kang on behalf of Creditor West Mountain Golf, LLC skang@greenerlaw.com, dcarlson@greenerlaw.com; jshepherd@greenerlaw.com

John W Kluksdal on behalf of Creditor Monique Lafleur hljklux@aol.com

WELLS FARGO'S, AS TRUSTEE, JOINDER IN NORTH LAKE'S OBJECTION TO MOTIONS (Docket No. 335) - **3**

Cindy Elliott on behalf of Creditor BAG Property Holdings, LLC cindy@ejame.com
J. Ford Elsaesser on behalf of Creditor BAG Property Holdings LLC ford@ejame.com; dlarue@ejame.com

Charles W. Fawcett on behalf of Creditor American Stair Corp
cfawcett@skinnerfawcett.com

Suzanne M. Fegelein on behalf of Creditor BAG Property Holdings, LLC sue@ejame.com

Paul J. Fitzer on behalf of Interested Party TMG/DPMiller LLC pjf@msbtlaw.com

David Philip Gardner on behalf of Creditor Committee Unsecured Creditors' Committee
dpg@winstoncashatt.com

Kimbell D. Gourley on behalf of Creditor Randolf Snook kgourley@idalaw.com; sprescott@idalaw.com

Monte C. Gray on behalf of Trustee Jeremy Gugino montegray@cableone.net; livg@cableone.net

Daniel C. Green on behalf of Interested Party Pacific Continental Bank dan@racinelaw.net; ajc@racinelaw.net

Nancy L. Isserlis on behalf of Creditor Committee Unsecured Creditors' Committee
nli@winstoncashatt.com, cmr@winstoncashatt.com, dpg@winstoncashatt.com

Stephen J. Lord on behalf of Creditor Tamarack Municipal Association, Inc. slatty@aol.com
kristinest725@aol.com

Kelly Greene McConnell on behalf of Creditor Bank of the West
laurierehder@givenspursley.com;

David Wayne Newman on behalf of U.S. Trustee, U. S. Trustee
ustp.region18.bs.ecf@usdoj.gov

William F. Nichols on behalf of Creditor North Lake Sewer and Water District
wfn@whitepeterson.com, ms@whitepeterson.com, dallen@whitepeterson.com

David T Krueck on behalf of Creditor Kesler Construction, Inc. dkrueck@idalaw.com

Douglas B Marks on behalf of Creditor BAG Property Holdings, LLC dmarks@ejame.com, ford@ejame.com; james@ejame.com

David M Penny on behalf of Petitioning Creditor Hobson Fabricating
dpenny@cosholaw.com, tswanson@cosholaw.com

Mark D Perison on behalf of Creditor Hopkins Growth Fund LLC mark@markperison.com, emily@markperison.com

WELLS FARGO'S,  AS TRUSTEE, JOINDER IN NORTH LAKE'S OBJECTION TO MOTIONS (Docket No. 335) - **4**

    Randall A Peterman on behalf of Creditor Credit Suisse AG, Cayman Islands Branch
rap@moffatt.com, bzb@moffatt.com; kad@moffatt.com; ecf@moffatt.com;
moffattthomas@hotmail.com

    Terri R Pickens on behalf of Creditor Teufel Nursery, Inc. terri@pickenslawboise.com,
shannon@pickenslawboise.com

    US Trustee ustp.region18.bs.ecf@usdoj.gov

    Arnold L Wagner on behalf of Creditor Scott Hedrick Construction, Inc.
wagner@lawidaho.com

    Elizabeth W Walker on behalf of Creditor Credit Suisse AG, Cayman Islands Branch
ewalker@sidley.com

    Thomas G Walker on behalf of Petitioning Creditor Petra Incorporated
twalker@cosholaw.com, pcarson@cosholaw.com; eklein@cosholaw.com;
mwhatcott@cosholaw.com

    Jeffrey M Wilson on behalf of Creditor United Rentals jeff@wilsonmccoll.com,
cindy@wilsonmccoll.com

And I hereby certify that on October ___, 2010, I caused to be served a true and correct copy of the foregoing via United States first class mail, postage prepaid, and addressed to the following non-CM/ECF Registered Participant(s):

| | |
|---|---|
| Kevin A. Bay on behalf of Creditor Banner/Sabey II LLC<br>Ryan Swanson & Cleveland<br>1201 Third Ave #2400<br>Seattle, WA 98101-3034 | Cascade Medical Center Hospital District<br>P O Box 1330<br>Cascade, ID 83611 |
| Mountain Utility<br>P O Box 1210<br>Donnelly ID 83615 | Jorian Rose on behalf of Debtor Tamarack Resort LLC<br>Eneble LLC<br>1270 Avenue of the Americas<br>New York, NY 10019 |
| U.S. Trustee<br>Washington GHroup Central Plaza<br>720 Park Blvd Ste 210<br>Boise, ID 83712 | Yates Excavating<br>P O Box 1267<br>Riggins, ID 83549 |
| Manuel Cachan on behalf of Creditor BAG Property Holdings, LLC<br>Munger Tolles & Olson<br>355 S Grand Ave 35th Floor<br>Los Angeles, CA 90071 | tw telecom inc.<br>Linda Boyle<br>10475 Park Meadows Dr, #400<br>Littleton, CO 80124 |

WELLS FARGO'S, AS TRUSTEE, JOINDER IN NORTH LAKE'S OBJECTION TO MOTIONS (Docket No. 335) - **5**

/s/ Larry Prince
Holland & Hart LLP

4690510_2.DOC