Brad A. Goergen ISB #6631
John T. John ISB #8249
GRAHAM & DUNN, PC
Pier 70 ~ 2801 Alaskan Way Suite 300
Seattle, Washington 98121-1128
Telephone: (206) 340-9649
Facsimile: (206) 340-9599
Email: bgoergen@grahamdunn.com
Email: jjohn@grahamdunn.com

Attorney for Banc of America Leasing
& Capital, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 09-03911-TLM |
| TAMARACK RESORT, LLC, | Chapter 11 |
| Debtor. | STATEMENT OF CONDITIONAL SUPPORT |

Banc of America Leasing & Capital, LLC ("BALC"), by and through its undersigned attorneys, make this conditional statement of support for Debtor Tamarack Resort LLC's:

(1) Motion for Entry of Order (I) Authorizing Post-petition Financing; (II) Authorizing Debtor's Use of Cash Collateral; and (III) Granting Adequate Protection, Dkt. #322 (the "DIP Financing Motion"); and

(2) Motion for Entry of Order Approving the Appointment of Kinks Realty Advisors, Inc., by and through Michael Fleischer, as Responsible Officer for the Debtor Effective as of September 24, 2010, Dkt. #323 (the "Responsible Officer Motion").

STATEMENT OF CONDITIONAL
SUPPORT -- 1

Case No. 09-03911
M40355-1469204

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

## I. CONDITIONAL SUPPORT FOR THE DIP FINANCING MOTION

The DIP Financing Motion specifically excludes BALC's equipment from the scope of collateral to be used as adequate protection for the DIP lender and related parties. Due in part to this fact, BALC generally supports the Debtor obtaining DIP financing to pursue a potential sale of estate assets. At the same time, a number of other parties in interest have raised objections to certain aspects of the DIP Financing Motion. Some of these objections may require modifications to the specific relief sought in the DIP Financing Motion. Subject to the resolution of these objections, and so long as the resolution of these objections does not impair or affect BALC's equipment, BALC conditionally supports the Debtor obtaining DIP financing to pursue a potential sale of estate assets.

## II. CONDITIONAL SUPPORT FOR THE RESPONSIBLE OFFICER MOTION

BALC generally supports the Responsible Officer Motion. A number of parties in interest have raised objections to certain aspects of the Responsible Officer Motion, and some of these objections may require modifications to the specific relief sought in the Responsible Officer Motion, or additional disclosures. Subject to the resolution of these objections, the appointment of a Responsible Officer is likely to facilitate a potential sale of estate assets, and BALC therefore conditionally supports the Responsible Officer Motion.

DATED this 8th day of October, 2010.

GRAHAM & DUNN PC

By /s/ Brad A. Goergen
Brad A. Goergen
ISB #6631
Email: bgoergen@grahamdunn.com
John T. John
ISB #8249
Email: jjohn@grahamdunn.com
Attorneys for Banc of America Leasing
& Capital, LLC

STATEMENT OF CONDITIONAL
SUPPORT -- 2

Case No. 09-03911
M40355-1469204

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

<u>Certificate of Service</u>

I, Dona D. Purdy, hereby declare that today, the following document,

- **Statement of Conditional Support; and**

- **(this) Declaration of Service**

were caused to be filed via the CM/ECF system and served upon the following CM/ECF participants:

**09-03911-TLM *Notice will be electronically mailed to:***

*Thomas James Angstman on behalf of Creditor Jean-Pierre Boespflug*
*mindy@angstman.com,*
*tj@angstman.com;kim@angstman.com;kevin@angstman.com;katie@angstman.com*

*P. Bruce Badger on behalf of Creditor Credit Suisse AG, Cayman Islands Branch*
*bbadger@fabianlaw.com, aclark@fabianlaw.com*

*Kevin A Bay on behalf of Creditor Banner/Sabey II, LLC*
*bay@ryanlaw.com*

*Laura E Burri on behalf of Creditor North Lake Recreational Sewer and Water District*
*lburri@ringertlaw.com*

*Terry C Copple on behalf of Creditor Tri-State Electric Inc*
*tc@davisoncopple.com, palmer@davisoncopple.com*

*Lynnette M Davis on behalf of Creditor EZA, P.C., d/b/a OZ Architecture of Boulder*
*ldavis@hawleytroxell.com, tslegers@hawleytroxell.com;jkolson@hawleytroxell.com*

*Jason Gill Dykstra on behalf of Defendant Scott Hedrick Construction, Inc.*
*dykstra@lawidaho.com, sharpe@lawidaho.com;mccollum@lawidaho.com*

*Anna Elizabeth Eberlin on behalf of Creditor Interior Systems, Inc.*
*aeberlin@lawidaho.com, sharpe@lawidaho.com;hambleton@lawidaho.com*

*Cindy Elliott on behalf of Creditor BAG Property Holdings, LLC*
*cindy@ejame.com*

*J Ford Elsaesser on behalf of Creditor BAG Property Holdings, LLC*
*ford@ejame.com, dlarue@ejame.com*

*Charles W Fawcett on behalf of Creditor American Stair Corp.*
*cfawcett@skinnerfawcett.com*

*Suzanne M Fegelein on behalf of Creditor BAG Property Holdings, LLC*

STATEMENT OF CONDITIONAL
SUPPORT -- 3

Case No. 09-03911
M40355-1469204

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

1  sue@ejame.com

2  Paul J Fitzer on behalf of Interested Party TMG/DPMiller LLC
   pjf@msbtlaw.com

3

4  Randal J French on behalf of Debtor Tamarack Resort LLC
   rfrench@bauerandfrench.com, nichole@bauerandfrench.com;kim@bauerandfrench.com

5  David Philip Gardner on behalf of Creditor Committee Unsecured Creditors' Committee
   dpg@winstoncashatt.com

6

7  Kimbell D Gourley on behalf of Creditor Randolph Snook
   kgourley@idalaw.com, sprescott@idalaw.com

8  Monte C Gray on behalf of Trustee Jeremy Gugino
   montegray@cableone.net, livg@cableone.net

9

10 Daniel C Green on behalf of Interested Party Pacific Continental Bank
   dan@racinelaw.net, ajc@racinelaw.net

11 John R Hammond on behalf of Creditor Inland Crane, Inc.
   jrh@fpa-law.com

12

13 Bart W Harwood on behalf of Creditor Banner/Sabey II, LLC
   bwh@hallfarley.com, cmc@hallfarley.com

14 Jill S Holinka on behalf of Interested Party TMG/DPMiller LLC
   jsh@msbtlaw.com, clb@msbtlaw.com

15

16 Kenneth C Howell on behalf of Creditor Wells Fargo Equipment Finance, Inc.
   kch@hteh.com, tas@hteh.com

17 Nancy L. Isserlis on behalf of Creditor Committee Unsecured Creditors' Committee
   nli@winstoncashatt.com, cmr@winstoncashatt.com;dpg@winstoncashatt.com

18

19 Wyatt B Johnson on behalf of Creditor Jean-Pierre Boespflug
   mindy@angstman.com, wyatt@angstman.com;kim@angstman.com

20 Soo Y Kang on behalf of Creditor West Mountain Golf, LLC
   skang@greenerlaw.com, kaulenbacher@greenerlaw.com;kwheat@greenerlaw.com

21

22 John W Kluksdal on behalf of Creditor Monique Lafleur
   hljklux@aol.com

23 David T Krueck on behalf of Creditor Kesler Construction, Inc.
   dkrueck@idalaw.com, kthomas@idalaw.com

24

25 Stephen J. Lord on behalf of Creditor Tamarack Municipal Association, Inc.
   slatty@aol.com, kristinest725@aol.com

26 Kelly Greene McConnell on behalf of Creditor Bank of the West

STATEMENT OF CONDITIONAL
SUPPORT -- 4

Case No. 09-03911
M40355-1469204

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

1  *laurierehder@givenspursley.com, laurierehder@givenspursley.com*

2  *David Wayne Newman on behalf of U.S. Trustee US Trustee*
3  *ustp.region18.bs.ecf@usdoj.gov*

4  *William F Nichols on behalf of Creditor North Lake Recreational Sewer and Water District*
*wfn@whitepeterson.com, ms@whitepeterson.com;dallen@whitepeterson.com*

5  *David M Penny on behalf of Interested Party Hobson Fabricating*
6  *dpenny@cosholaw.com, tswanson@cosholaw.com*

7  *Mark D Perison on behalf of Creditor Hopkins Growth Fund LLC*
*mark@markperison.com, emily@markperison.com*

8  *Randall A Peterman on behalf of Creditor Credit Suisse AG, Cayman Islands Branch*
*rap@moffatt.com,*
9  *bzb@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com;kzr@moffatt.com*
10

11  *Terri R Pickens on behalf of Creditor Teufel Nursery, Inc.*
*terri@pickenslawboise.com, shannon@pickenslawboise.com*

12  *Larry E Prince on behalf of Creditor State Board of Land Commissioners*
*lprince@hollandhart.com, tahancock@hollandhart.com;boiseintaketeam@hollandhart.com*
13

14  *Joel Gregory Samuels on behalf of Creditor Credit Suisse AG, Cayman Islands Branch*
*jsamuels@sidley.com*

15  *US Trustee*
*ustp.region18.bs.ecf@usdoj.gov*
16

17  *Arnold L Wagner on behalf of Creditor Scott Hedrick Construction, Inc.*
*wagner@lawidaho.com, lemieux@lawidaho.com*

18  *Elizabeth W Walker on behalf of Creditor Credit Suisse AG, Cayman Islands Branch*
*ewalker@sidley.com*
19

20  *Thomas G Walker on behalf of Interested Party Hobson Fabricating*
*twalker@cosholaw.com,*
*pcarson@cosholaw.com;eklein@cosholaw.com;mwhatcott@cosholaw.com*
21

22  *Jeffrey M Wilson on behalf of Creditor GE Capital*
*jeff@wilsonmccoll.com, cindy@wilsonmccoll.com*

23

24       I further declare that true and correct copies of the **Statement of Conditional Support** were

25  caused to be deposited into the U.S. Mail, pre-paid postage to the parties following Non-ECF

26  Participants:

STATEMENT OF CONDITIONAL
SUPPORT -- 5

Case No. 09-03911
M40355-1469204

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**09-03911-TLM Notice will not be electronically mailed to:**

BAG Property Holdings, LLC
c/o Manuel Cachan
Munger Tolles & Olson
355 S Grand Ave 35th Floor
Los Angeles, CA 90071

Cascade Medical Center
Hospital District
POB 1330
Cascade, ID 83611

Mountain Utility
POB 1210
Donnelly, ID 83615

Tamarack Resort LLC
c/o Jorian Rose
Venable LLC
1270 Avenue of the Americas
New York, NY 10019

US Trustee
Washington Group Central Plaza
720 Park Blvd Suite 210
Boise, ID 83712

Yates Excavating
POB 1267
Riggins, ID 83549

tw telecom inc.
Linda Boyle
10475 Park Meadows Dr, #400
Littleton, CO 80124

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 8th day of October, 2010.

GRAHAM & DUNN PC

By _____
Dona D. Purdy
Legal Secretary to Brad A. Goergen, #6631

STATEMENT OF CONDITIONAL SUPPORT -- 6

Case No. 09-03911
M40355-1469204

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599