Randal J. French
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
  ISB No. 3032

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | ) | |
|---|---|---|
| | ) | Bkr. Case No. 09-03911-TLM |
| TAMARACK RESORT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**SECOND ADDENDUM TO MOTION FOR ENTRY OF ORDER (I) AUTHORIZING POST-PETITION FINANCING; (II) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL; AND (III) GRANTING ADEQUATE PROTECTION, DOCKET NO. 322, AND MOTION FOR ENTRY OF AN ORDER APPROVING THE APPOINTMENT OF LINKS REALTY ADVISORS, INC., BY AND THROUGH MICHAEL FLEISCHER, AS RESPONSIBLE OFFICER FOR THE DEBTOR, DOCKET NO. 323**

COMES NOW the Debtor, by and through its counsel of record, Randal J. French of the firm of Bauer & French, and submits this addendum to its *Motion for Entry of Order (I) Authorizing Post-Petition Financing; (II) Authorizing the Debtor's Use of Cash Collateral; and (III) Granting Adequate Protection*, Docket No. 322, and *Motion for Entry of an Order Approving the Appointment of Links Realty Advisors, Inc., by and Through Michael Fleischer, as Responsible Officer for the Debtor*, Docket No. 323.

Attached hereto is a true and correct copy of the one page Schedule 1, DIP Lenders, to be attached to Exhibit B, the Term Sheet, attached to Debtor's Motion for Entry of Order

SECOND ADDENDUM TO MOTION FOR ENTRY OF ORDER (I) AUTHORIZING POST-PETITION FINANCING; (II) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL; AND (III) GRANTING ADEQUATE PROTECTION, DOCKET NO. 322, AND MOTION FOR ENTRY OF AN ORDER APPROVING THE APPOINTMENT OF LINKS REALTY ADVISORS, INC., BY AND THROUGH MICHAEL FLEISCHER, AS RESPONSIBLE OFFICER FOR THE DEBTOR, DOCKET NO. 323 , p. 1
Addendum Second to Mtn for Entry of Ord Authorizing Post Petition Financing2\nrg\100910

Authorizing Post-Petition Financing, filed as Doc. 322 on September 25, 2010, and a true and correct copy of the 111 page DIP Credit Agreement, to be attached to the proposed Order, which proposed Order was Ex. A to the Motion for Entry of Order Authorizing Post-Petition Financing, filed as Doc. 322 on September 25, 2010.

Tamarack would note that the Term Sheet was attached to the Motion as Exhibit B, although its title is Summary of Preliminary Terms and Conditions for Debtor-in-Possession Financing, and the reference to Term Sheet is only referenced in the body of the document.

DATED this __9__ day of October, 2010.

BAUER & FRENCH

/s/
Randal J. French of the firm, Attorney for Debtor

## CERTIFICATION OF SERVICE

I hereby certify that on the __9__ day of October, 2010, a true and correct copy of the foregoing was served electronically through the CM/ECF system upon:

Office of the U.S. Trustee
Washington Group Central Plaza
720 Park Blvd., Ste. 220
Boise, ID 83712-7764

Jeffrey M Wilson
Wilson & McColl
PO Box 1544
Boise, ID 83701-1544

Monte Gray
Gray Law Offices, PLLC
PO Box 37
Pocatello, ID 83204-0037

Mark D. Perison
Mark D. Perison, P.A.
PO Box 6575
Boise, ID 83707-6575

Brad A. Goergen
Graham & Dunn PC
2801 Alaskan Way Ste 300
Seattle, WA 98121-1128

Charles W. Fawcett
Skinner Fawcett
PO Box 700
Boise, ID 83701-0700

Thomas G. Walker
Cosho Humphrey, LLP
PO Box 9518
Boise, ID  83707-9518

David Penny
Cosho Humphrey, LLP
PO Box 9518
Boise, ID  83707-9518

Jill S. Holinka
Moore Smith Buxton & Turcke, Chtd.
950 W Bannock St Ste 520
Boise, ID  83702-6118

Paul J. Fitzer
Moore Smith Buxton & Turcke, Chtd.
950 W Bannock St Ste 520
Boise, ID  83702-6118

T.J. Angstman
Angstman, Johnson & Associates, PLLC
3649 N Lakeharbor Ln
Boise, ID  83703-6913

Wyatt B. Johnson
Angstman, Johnson & Associates, PLLC
3649 N Lakeharbor Ln
Boise, ID  83703-6913

Suzanne M. Fegelein
Elsaesser Jarzabek Anderson Elliott &
McDonald, Chtd.
PO Box 1049
Sandpoint, ID  83864-0855

Randall A. Peterman
Moffatt Thomas Barrett Rock & Fields, Chtd
PO Box 829
Boise, ID 83701-0829

Joel G. Samuels
Sidley Austin, LLP
3269 N Knoll Dr
Los Angeles, CA  90068-1517

David T. Krueck
Trout Jones Gledhill Fuhrman, P.A.
PO Box 1097
Boise, ID 83701-1617

Terry C. Copple
Davison Copple Copple & Copple, LLP
PO Box 1583
Boise, ID 83701-1583

Soo Y. Kang
Greener Burke Shoemaker P.A.
950 W Bannock St Ste 900
Boise, ID  83702-6138

Lynnette Davis
Hawley Troxell Ennis & Hawley LLP
PO Box 1617
Boise, ID  83701-1617

P. Bruce Badger
Fabian & Clendenin
215 S State St Ste 1200
Salt Lake City, UT  84111-2334

Bart W. Harwood
Hall Farley Oberrecht & Blanton PA
PO Box 1271
Boise, ID 83701-1271

Terri R. Pickens
Pickens Law, PA
PO Box 915
Boise, ID 83701-0915

John W. Kluksdal
Hepworth Janis & Brody, Chtd.
PO Box 2582
Boise, ID 83701-2582

Elizabeth W. Walker
Sidley Austin, LLP
555 W 5th St
Los Angeles, CA  90013-1010

SECOND ADDENDUM TO MOTION FOR ENTRY OF ORDER (I) AUTHORIZING POST-PETITION FINANCING; (II) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL; AND (III) GRANTING ADEQUATE PROTECTION, DOCKET NO. 322, AND MOTION FOR ENTRY OF AN ORDER APPROVING THE APPOINTMENT OF LINKS REALTY ADVISORS, INC., BY AND THROUGH MICHAEL FLEISCHER, AS RESPONSIBLE OFFICER FOR THE DEBTOR, DOCKET NO. 323 , p. 3
Addendum Second to Mtn for Entry of Ord Authorizing Post Petition Financing2\nrg\100910

Larry E. Prince
Holland & Hart LLP
PO Box 2527
Boise, ID 83701-2527

John R. Hammond, Jr.
Batt Fisher Pusch & Alderman LLP
PO Box 1308
Boise, ID 83701-1308

Anna E. Eberlin
Meuleman Mollerup LLP
755 W Front St Ste 200
Boise, ID 83702-5802

Arnold L. Wagner
Meuleman Mollerup LLP
755 W Front St Ste 200
Boise, ID 83702-5802

Kenneth C. Howell
Hawley Troxell Ennis & Hawley LLP
PO Box 1617
Boise, ID 83701-1617

Nancy L. Isserlis
David P. Gardner
Winston & Cashatt, Lawyers
250 Northwest Blvd Ste 107A
Coeur d'Alene, ID 83814-2971

Stephen J. Lord
Attorney At Law
800 W State St Ste 200
Boise, ID 83702-5851

William F. Nichols
Davis F. VanderVelde
White Peterson
5700 E Franklin Rd Ste 200
Nampa, ID 83687-7901

Daniel C. Green
Racine Olson Nye Budge & Bailey Chartered
PO Box 1391
Pocatello, ID 83204-1391

Kelly Greene McConnell
Givens Pursley LLP
PO Box 2720
Boise, ID 83701-2720

Kimbell D. Gourley
Trout Jones Gledhill Fuhrman Gourley, P.A.
PO Box 1097
Boise, ID 83701-1097

DATED this  9  day of October, 2010.

BAUER & FRENCH

/s/
Randal J. French of the firm, Attorney for Debtor

SECOND ADDENDUM TO MOTION FOR ENTRY OF ORDER (I) AUTHORIZING POST-PETITION FINANCING; (II) AUTHORIZING THE DEBTOR'S USE OF CASH COLLATERAL; AND (III) GRANTING ADEQUATE PROTECTION, DOCKET NO. 322, AND MOTION FOR ENTRY OF AN ORDER APPROVING THE APPOINTMENT OF LINKS REALTY ADVISORS, INC., BY AND THROUGH MICHAEL FLEISCHER, AS RESPONSIBLE OFFICER FOR THE DEBTOR, DOCKET NO. 323 , p. 4

Addendum Second to Mtn for Entry of Ord Authorizing Post Petition Financing2\nrg\100910