**SCHEDULE 1**

**DIP LENDERS**

| Name | Commitment Amount |
|---|---:|
| Candlewood Special Situations Master Fund Ltd. | $ 1,020,000.00 |
| Credit Suisse Loan Funding LLC | 843,499.00 |
| GSC Recovery III, L.P. | 50,948.00 |
| GSC Recovery III Parallel Fund, L.P. | 45,553.00 |
| Airlie CLO 2006-II Ltd. | 40,000.00 |
| | |
| Total: | $2,000,000.00 |