Randal J. French
BAUER & FRENCH
1501 Tyrell Lane
Post Office Box 2730
Boise, Idaho 83701-2730
Telephone (208) 383-0090
Facsimile 383-0412
E-Mail rfrench@bauerandfrench.com
  ISB No. 3032

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Bkr. Case No. 09-03911-TLM |
| TAMARACK RESORT, LLC, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**MOTION TO APPROVE USE, LEASE AND SUBLEASE OF PROPERTY OF THE ESTATE AND COMPROMISE OF POTENTIAL CLAIMS**

COMES NOW Tamarack Resort, LLC, by and through its counsel of record, Randal J. French of the firm of Bauer & French, and moves this Court for its order approving the use, lease ans sublease of property of the estate and compromise of potential claims. This motion is brought pursuant to 11 U.S.C. § 363(b)(1), and Bankruptcy Rules 6004 and 9019. This motion is supported by that Memorandum in Support of Motion to Approve Use, Lease and Sublease of Property of the Estate and Compromise of Potential Claims, and is based upon the grounds stated in that memorandum.

RESPECTFULLY SUBMITTED this __22__ day of November, 2010.

BAUER & FRENCH

_____
Randal J. French of the firm, Attorney for
Debtor-in-Possession

MOTION TO APPROVE USE, LEASE AND SUBLEASE OF PROPERTY OF THE ESTATE
AND COMPROMISE OF POTENTIAL CLAIMS, p. 1
Mtn to Approve Use, Lease and Sublease of Prop of Estate\nrg\112210

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on the __22__ day of November, 2010, a true and correct copy of the foregoing was served electronically through the CM/ECF system upon:

Office of the U.S. Trustee
Washington Group Central Plaza
720 Park Blvd., Ste. 220
Boise, ID 83712-7764

Monte Gray
Gray Law Offices, PLLC
PO Box 37
Pocatello, ID 83204-0037

Brad A. Goergen
Graham & Dunn PC
2801 Alaskan Way Ste 300
Seattle, WA 98121-1128

Thomas G. Walker
Cosho Humphrey, LLP
PO Box 9518
Boise, ID 83707-9518

David Penny
Cosho Humphrey, LLP
PO Box 9518
Boise, ID 83707-9518

Jill S. Holinka
Moore Smith Buxton & Turcke, Chtd.
950 W Bannock St Ste 520
Boise, ID 83702-6118

Paul J. Fitzer
Moore Smith Buxton & Turcke, Chtd.
950 W Bannock St Ste 520
Boise, ID 83702-6118

T.J. Angstman
Angstman, Johnson & Associates, PLLC
3649 N Lakeharbor Ln
Boise, ID 83703-6913

Wyatt B. Johnson
Angstman, Johnson & Associates, PLLC
3649 N Lakeharbor Ln
Boise, ID 83703-6913

Jeffrey M Wilson
Wilson & McColl
PO Box 1544
Boise, ID 83701-1544

Mark D. Perison
Mark D. Perison, P.A.
PO Box 6575
Boise, ID 83707-6575

Charles W. Fawcett
Skinner Fawcett
PO Box 700
Boise, ID 83701-0700

David T. Krueck
Trout Jones Gledhill Fuhrman, P.A.
PO Box 1097
Boise, ID 83701-1617

Terry C. Copple
Davison Copple Copple & Copple, LLP
PO Box 1583
Boise, ID 83701-1583

Soo Y. Kang
Greener Burke Shoemaker P.A.
950 W Bannock St Ste 900
Boise, ID 83702-6138

Lynnette Davis
Hawley Troxell Ennis & Hawley LLP
PO Box 1617
Boise, ID 83701-1617

P. Bruce Badger
Fabian & Clendenin
215 S State St Ste 1200
Salt Lake City, UT 84111-2334

Bart W. Harwood
Hall Farley Oberrecht & Blanton PA
PO Box 1271
Boise, ID 83701-1271

MOTION TO APPROVE USE, LEASE AND SUBLEASE OF PROPERTY OF THE ESTATE AND COMPROMISE OF POTENTIAL CLAIMS, p. 2
Mtn to Approve Use, Lease and Sublease of Prop of Estate\nrg\l 12210

Suzanne M. Fegelein
Elsaesser Jarzabek Anderson Elliott & McDonald, Chtd.
PO Box 1049
Sandpoint, ID 83864-0855

Ford Elsaesser
Elsaesser Jarzabek Anderson Elliott & McDonald, Chtd.
PO Box 1049
Sandpoint, ID 83864-0855

Randall A. Peterman
Moffatt Thomas Barrett Rock & Fields, Chtd
PO Box 829
Boise, ID 83701-0829

Joel G. Samuels
Sidley Austin, LLP
3269 N Knoll Dr
Los Angeles, CA 90068-1517

Larry E. Prince
Holland & Hart LLP
PO Box 2527
Boise, ID 83701-2527

John R. Hammond, Jr.
Batt Fisher Pusch & Alderman LLP
PO Box 1308
Boise, ID 83701-1308

Anna E. Eberlin
Meuleman Mollerup LLP
755 W Front St Ste 200
Boise, ID 83702-5802

Arnold L. Wagner
Meuleman Mollerup LLP
755 W Front St Ste 200
Boise, ID 83702-5802

Jason G. Dykstra
Meuleman Mollerup LLP
755 W Front St Ste 200
Boise, ID 83702-5802

Kenneth C. Howell
Hawley Troxell Ennis & Hawley LLP
PO Box 1617
Boise, ID 83701-1617

Kevin A. Bay
Ryan, Swanson & Cleveland, PLLC
1201 3rd Ave Ste 3400
Seattle, WA 98101-3268

Terri R. Pickens
Pickens Law, PA
PO Box 915
Boise, ID 83701-0915

John W. Kluksdal
Hepworth Janis & Brody, Chtd.
PO Box 2582
Boise, ID 83701-2582

Elizabeth W. Walker
Sidley Austin, LLP
555 W 5th St
Los Angeles, CA 90013-1010

Stephen J. Lord
Attorney At Law
800 W State St Ste 200
Boise, ID 83702-5851

William F. Nichols
Davis F. VanderVelde
White Peterson
5700 E Franklin Rd Ste 200
Nampa, ID 83687-7901

Daniel C. Green
Racine Olson Nye Budge & Bailey Chartered
PO Box 1391
Pocatello, ID 83204-1391

Kelly Greene McConnell
Givens Pursley LLP
PO Box 2720
Boise, ID 83701-2720

Kimbell D. Gourley
Trout Jones Gledhill Fuhrman Gourley, P.A.
PO Box 1097
Boise, ID 83701-1097

Cindy Elliott
Elsaesser Jarzabek Anderson Elliott & McDonald, Chtd.
PO Box 1049
Sandpoint, ID 83864-0855

MOTION TO APPROVE USE, LEASE AND SUBLEASE OF PROPERTY OF THE ESTATE AND COMPROMISE OF POTENTIAL CLAIMS, p. 3
Mtn to Approve Use, Lease and Sublease of Prop of Estate\nrg\112210

| | |
|---|---|
| Nancy L. Isserlis<br>Winston & Cashatt, Lawyers<br>250 Northwest Blvd Ste 107A<br>Coeur d'Alene, ID 83814-2971 | Laura E. Burri<br>RINGERT LAW CHARTERED<br>PO Box 2773<br>Boise, ID 83701-2773 |
| David P. Gardner<br>Winston & Cashatt, Lawyers<br>250 Northwest Blvd Ste 107A<br>Coeur d'Alene, ID 83814-2971 | Clay Shockley<br>Sasser & Inglis, P.C.<br>PO Box 5880<br>Boise, ID 83705-0880 |
| Susan E. Hamlin<br>Deputy Attorney General<br>Department of Environmental Quality<br>1410 N Hilton St 2nd Fl<br>Boise, ID 83706-1253 | |

DATED this __22__ day of November, 2010.

BAUER & FRENCH

/s/_____
Randal J. French, of the firm, Attorney for
Debtor-in-Possession