UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Tamarack Resort LLC. | ) | Case No. 09-03911-TLM |
| | ) | |
| Debtor. | ) | |
| _____ | ) | Chapter 11 |

# NOTICE OF ORAL RULING

PLEASE TAKE NOTICE that an Oral Ruling on Credit Suisse AG's Motion for an Order Converting the Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code, or Alternatively Dismissing the Debtor's Chapter 11 Case, Doc. No. 376, will be held January 11, 2011 at 9:30 a.m. (Mountain Standard Time), at the U.S. Bankruptcy Court, James A. McClure Federal Building and U.S. Courthouse, 550 West Fort Street, Boise, Idaho.

Dated: January 10, 2011.

/s/_____
Melanie Patrick
Courtroom Deputy