# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

IN RE                              )
                                   )   Case No. 09-03911-TLM
TAMARACK RESORT, LLC,              )
                                   )   Chapter 11
         Debtor.                   )
_____    )

## ORDER
_____

Based upon the Court's findings of fact and conclusions of law orally entered this day, and good cause appearing,

IT IS HEREBY ORDERED that Credit Suisse's Motion to Convert or Dismiss, Doc. No. 376, is GRANTED and Debtor's chapter 11 case is DISMISSED.

IT IS FURTHER ORDERED that all pending matters in this chapter 11 case, including those previously taken under advisement but not decided, are thereby rendered MOOT.

DATED: January 11, 2011



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER - 1